# EXHIBIT C

## Financial Interest Analysis

**Company Name:**   Sunlight Financial Holdings Inc.
**Ticker:**   SUNL
**Class Period:**   January 25, 2021 to September 28, 2022
**Name:**   Mike Margent

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/25/2021 | 25.0000 | $15.7500 | -$393.7500 | | $0.0000 | -$393.75 |
| 1/25/2021 | 100.0000 | $15.9200 | -$1,592.0000 | | $0.0000 | -$1,592.00 |
| 1/25/2021 | 157.0000 | $16.0700 | -$2,522.9900 | | $0.0000 | -$2,522.99 |
| 1/25/2021 | 68.0000 | $16.0900 | -$1,094.1200 | | $0.0000 | -$1,094.12 |
| 1/25/2021 | 450.0000 | $16.4000 | -$7,380.0000 | | $0.0000 | -$7,380.00 |
| 2/4/2021 | 100.0000 | $13.1300 | -$1,313.0000 | | $0.0000 | -$1,313.00 |
| 2/4/2021 | 50.0000 | $13.1200 | -$656.0000 | | $0.0000 | -$656.00 |
| 2/4/2021 | 150.0000 | $13.1200 | -$1,968.0000 | | $0.0000 | -$1,968.00 |
| 2/5/2021 | 15.0000 | $12.7300 | -$190.9500 | | $0.0000 | -$190.95 |
| 2/5/2021 | 35.0000 | $12.7500 | -$446.2500 | | $0.0000 | -$446.25 |
| 2/10/2021 | 250.0000 | $12.2600 | -$3,065.0000 | | $0.0000 | -$3,065.00 |
| 2/10/2021 | 250.0000 | $12.3400 | -$3,085.0000 | | $0.0000 | -$3,085.00 |
| 2/16/2021 | 100.0000 | $12.9800 | -$1,298.0000 | | $0.0000 | -$1,298.00 |
| 9/27/2021 | 1.4620 | $5.4000 | -$7.8948 | | $0.0000 | -$7.89 |
| 9/27/2021 | 700.0000 | $5.4100 | -$3,787.0000 | | $0.0000 | -$3,787.00 |
| 9/27/2021 | 1,333.0000 | $5.4100 | -$7,211.5300 | | $0.0000 | -$7,211.53 |
| 9/27/2021 | 3,252.0000 | $5.3800 | -$17,495.7600 | | $0.0000 | -$17,495.76 |
| 9/27/2021 | 3.8100 | $5.3800 | -$20.4978 | | $0.0000 | -$20.50 |
| 9/30/2021 | 1.0270 | $5.3200 | -$5.4636 | | $0.0000 | -$5.46 |
| 9/30/2021 | 1,316.0000 | $5.3200 | -$7,001.1200 | | $0.0000 | -$7,001.12 |
| 10/21/2021 | 0.6550 | $5.2800 | -$3.4584 | | $0.0000 | -$3.46 |
| 10/21/2021 | 1,941.0000 | $5.2800 | -$10,248.4800 | | $0.0000 | -$10,248.48 |
| 10/27/2021 | 160.0000 | $5.4500 | -$872.0000 | | $0.0000 | -$872.00 |
| 11/3/2021 | 1,000.0000 | $5.7400 | -$5,740.0000 | | $0.0000 | -$5,740.00 |
| 11/9/2021 | 917.0000 | $5.4300 | -$4,979.3100 | | $0.0000 | -$4,979.31 |
| 11/9/2021 | 2.9600 | $5.4400 | -$16.1024 | | $0.0000 | -$16.10 |
| 5/3/2022 | 1,112.0000 | $4.3400 | -$4,826.0800 | | $0.0000 | -$4,826.08 |
| 9/9/2022 | 3,005.0000 | $2.9900 | -$8,984.9500 | | $0.0000 | -$8,984.95 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **16,496** | | | | **Subtotal:** | **-$96,204.71** |
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | **$22,836.20** |
| | | $1.3844 | 16,496 | | **Total:** | **-$73,368.51** |

## Financial Interest Analysis

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/2/2021 | 750.0000 | $6.0900 | -$4,567.5000 | | $0.0000 | -$4,567.50 |
| 11/9/2021 | 75.0000 | $5.4400 | -$408.0000 | | $0.0000 | -$408.00 |
| 11/17/2021 | 100.0000 | $5.5400 | -$554.0000 | | $0.0000 | -$554.00 |
| 11/17/2021 | 400.0000 | $5.5300 | -$2,212.0000 | | $0.0000 | -$2,212.00 |
| 11/22/2021 | 500.0000 | $5.0900 | -$2,545.0000 | | $0.0000 | -$2,545.00 |
| 11/29/2021 | 500.0000 | $4.2700 | -$2,135.0000 | | $0.0000 | -$2,135.00 |
| 12/15/2021 | 1,200.0000 | $3.3700 | -$4,044.0000 | | $0.0000 | -$4,044.00 |
| 5/3/2022 | 1,035.0000 | $4.3700 | -$4,522.9500 | | $0.0000 | -$4,522.95 |
| 5/3/2022 | 2,300.0000 | $4.3800 | -$10,074.0000 | | $0.0000 | -$10,074.00 |
| 5/6/2022 | 1,010.0000 | $4.3600 | -$4,403.6000 | | $0.0000 | -$4,403.60 |
| 9/9/2022 | 1,250.0000 | $3.0000 | -$3,750.0000 | | $0.0000 | -$3,750.00 |

**Shares Retained:** 9,120

| 90-Day Average Price | Shares Retained | | |
|---|---|---|---|
| $1.3844 | 9,120 | | |

| | |
|---|---|
| **Subtotal:** | -$39,216.05 |
| **90-Day Average:** | $12,625.32 |
| **Total:** | -$26,590.73 |
| **TOTAL:** | -$99,959.24 |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between September 29, 2022 and December 27, 2022.