# Exhibit 3

**Sunlight Financial Holdings Inc. f/k/a Spartan Acquisition Corp. II Loss Chart**
**Class Period: January 25, 2021 through September 28, 2022**

**Lookback Price** $1.38

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matthew Millunchick | 7/2/2021 | 10,500 | ($9.97) | ($104,685.00) | | | | | | | |
| | 7/14/2021 | 5,000 | ($9.15) | ($45,750.00) | | | | | | | |
| | 7/14/2021 | 5,000 | ($8.35) | ($41,750.00) | | | | | | | |
| | 8/4/2021 | 304 | ($7.88) | ($2,395.52) | | | | | 20,804 | $28,792.7360 | |
| | | 20,804 | | ($194,580.52) | | | | | | | ($165,787.78) |