**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHIE FUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNLIGHT FINANCIAL HOLDINGS INC. f/k/a SPARTAN ACQUISITION CORP. II, GEOFFREY STRONG, MATTHEW POTERE, JAMES CROSSEN, BARRY EDINBURG, and RODNEY YODER,<br><br>Defendants. | Case No. 1:22-cv-10658 |

**NOTICE OF JANA KEATON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the concurrently filed Declaration of Ira M. Press, Esq., the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court, Jana Keaton (the "Movant") hereby moves this Court, before the Honorable Alvin K. Hellerstein, United States District Court, Southern District of New York, Courtroom 14D, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street New York, NY 10007, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order of the following: (i) appointing Movant as Lead Plaintiff on behalf of a proposed class consisting of all persons and entities other than Defendants who purchased or otherwise acquired Sunlight Financial Holdings Inc. f/k/a Spartan

Acquisition Corp. II securities during the period January 25, 2021 through September 28, 2022, inclusive; (ii) approving Movant's selection of the law firm of Kirby McInerney LLP as Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Dated: February 14, 2023

Respectfully submitted,

**KIRBY McINERNEY LLP**

/s/ *Ira M. Press*

Ira M. Press
Thomas W. Elrod
250 Park Avenue, Suite 820
New York, York 10177
Telephone: (212) 371-6600
Email: ipress@kmllp.com
      telrod@kmllp.com

*Counsel for Lead Plaintiff Movant Jana Keaton and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Ira M. Press*
Ira M. Press