**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHIE FUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNLIGHT FINANCIAL HOLDINGS INC. f/k/a SPARTAN ACQUISITION CORP. II, GEOFFREY STRONG, MATTHEW POTERE, JAMES CROSSEN, BARRY EDINBURG, and RODNEY YODER,<br><br>Defendants. | Case No. 1:22-cv-10658 |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND**
**APPROVING SELECTION OF LEAD COUNSEL**

Having considered Jana Keaton's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion"), the Memorandum of Law, and Declaration of Ira M. Press in support thereof, and good cause appearing therefor, the Court ORDERS as follows:

1.  The Motion is **GRANTED**;

2.  Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), Jana Keaton is appointed as Lead Plaintiff; and

3.  Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Kirby McInerney LLP is approved and appointed as Lead Counsel for the proposed Class. Lead Counsel shall have the authority to speak for all Plaintiffs and putative Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

(a)     to brief and argue motions;

(b)     to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

(c)     to direct and coordinate the examination of witnesses in depositions;

(d)     to act as spokesperson at pretrial conferences;

(e)     to consult with and employ experts;

(f)     to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees;

(g)     to initiate and conduct any settlement negotiations with Defendants' counsel; and

(h)     to perform such other duties as may be expressly authorized by further order of this Court.

**IT IS SO ORDERED**.

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE