**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHIE FUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNLIGHT FINANCIAL HOLDINGS INC. f/k/a SPARTAN ACQUISITION CORP. II, GEOFFREY STRONG, MATTHEW POTERE, JAMES CROSSEN, BARRY EDINBURG, and RODNEY YODER,<br><br>Defendants. | Case No. 1:22-cv-10658 |

**DECLARATION OF IRA M. PRESS IN SUPPORT OF JANA KEATON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Ira M. Press, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Jana Keaton ("Movant") for the entry of an Order of the following: (i) appointing Movant as Lead Plaintiff on behalf of a proposed class consisting of all persons and entities other than Defendants who purchased or otherwise acquired Sunlight Financial Holdings Inc. f/k/a Spartan Acquisition Corp. II securities during the period January 25, 2021 through September 28, 2022, inclusive (the "Class Period"); (ii) approving Movant's selection of the law firm of Kirby McInerney LLP as Lead Counsel for the proposed Class; and (iii) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibits 1 through 4 are true and correct copies of the following documents:

EXHIBIT 1:    Signed Certification of Movant pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT 2:    Notice of pendency of class action lawsuit against Sunlight Financial Holdings Inc., published on December 16, 2022;

EXHIBIT 3:    Chart reflecting calculation of financial losses sustained by Movant on Class Period transactions in Sunlight Financial Holdings Inc. securities; and

EXHIBIT 4:    Kirby McInerney LLP firm resume

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 14th day of February 2023.


_/s/ Ira M. Press_____
Ira M. Press

2