# EXHIBIT 1

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Jana Keaton[1] ("Movant"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint filed in the action, *Fung v. Sunlight Financial Holdings Inc.*, No. 1:22 Civ. 10658 (S.D.N.Y.) and adopt its allegations. I have retained the law firm of Kirby McInerney LLP, and such co-counsel as it deems appropriate to associate with, to pursue this action on a contingent fee basis. I have authorized the filing of a motion for appointment as Lead Plaintiff on my behalf.

2.      I did not purchase Sunlight Financial Holdings Inc. ("Sunlight") securities at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

3.      I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Movant's transactions in Sunlight securities during the class period, set forth in the class action complaint, are set forth on the attached Schedule A.

5.      During the three years prior to the date of this certification, Movant has not served or sought to serve as a representative party for a class in any action filed under the federal securities laws.

6.      I will not accept payment for serving as a representative party on behalf of the class beyond my pro rata share of any class recovery, except as ordered or approved by the Court.

---

[1] I was recently married and am changing my name from Jana Heaton to Jana Keaton, which is my married name. I purchased the shares at issue in this matter prior to my marriage under the name, Jana Heaton.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/14/2023

Jana Keaton (Feb 14, 2023 22:01 EST)

Jana Keaton

2

3

## SCHEDULE A

**Movant's Transactions in Sunlight Securities
During the Class Period of 1/25/21 – 9/28/22**

| Security Type | Date | Transaction Type | Quantity | Price |
|---|---|---|---|---|
| Stock | 3/15/22 | Buy | 118 | $4.2154 |
| Stock | 3/15/22 | Buy | 0.612 | $4.2150 |
| Stock | 3/23/22 | Buy | 0.336 | $4.9600 |
| Stock | 3/23/22 | Buy | 2,926 | $4.9550 |

3