UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHIE FUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNLIGHT FINANCIAL HOLDINGS INC. f/k/a SPARTAN ACQUISITION CORP. II, GEOFFREY STRONG, MATTHEW POTERE, JAMES CROSSEN, BARRY EDINBURG, and RODNEY YODER,<br><br>Defendants. | Case No.  1:22-cv-10658-AKH |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF ELIZABETH TORRES FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Elizabeth Torres ("Torres"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Torres's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of Torres's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1:    Chart setting forth Torres's financial interest in this litigation;

Exhibit 2:    Press release published over *Business Wire* on December 16, 2022, announcing the pendency of the Action;

Exhibit 3:    Shareholder Certification executed by Torres;

Exhibit 4:    Declaration executed by Torres; and

Exhibit 5:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 14, 2023.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1