# EXHIBIT 1

**Sunlight Financial Holdings Inc. (SUNL)**
**Class Period: January 25, 2021 - September 28, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $1.3844 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elizabeth Torres | SPRQ | 1/25/2021 | 1,000 | $16.0000 | ($16,000) | | | | | | | |
| Elizabeth Torres | SPRQ -> SUNL | 7/12/2021 | 1,000 | | | | | | | | | |
| **Elizabeth Torres** | **SUNL** | | **1,000** | | **($16,000)** | | | | | **1,000** | **$1,384** | **($14,616)** |

*Avg Closing Prices from September 29, 2022 to December 27, 2022