# Exhibit 1

## CERTIFICATION

Matthew Millunchick ("Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Sunlight Financial Holdings Inc. f/k/a Spartan Acquisition Corp. II ("Sunlight"), its current and/or former officers, and others in connection with the purchase and sale of securities issued by Sunlight.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint against Sunlight and retained The Rosen Law Firm, P.A. and authorizes it to file a Lead Plaintiff motion on his behalf.

2. Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the purchases and sales Plaintiff has made in Sunlight securities during the Class Period set forth in the complaint. Plaintiff has made no transactions during the Class Period in the securities that are the subject of this lawsuit except those set forth here:

See Schedule A

5. Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6. Plaintiff will not accept any payment for serving as a representative party beyond his pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 2/28/2023

DocuSigned by:

Matthew Millunchick

DBCC91F075FE490...

Matthew Millunchick

1

**SCHEDULE A**

**MATTHEW MILLUNCHICK**

CLASS PERIOD TRANSACTIONS

**PURCHASES**

**ACCOUNT 1- STOCKS AND WARRANTS**

| DATE | SHARES | PRICE |
|---|---|---|
| 5/10/2021 | 452* | ($1.45) |
| 5/10/2021 | 1448* | ($1.45) |
| 5/10/2021 | 3100* | ($1.45) |
| 5/12/2021 | 100* | ($1.22) |
| 5/12/2021 | 900* | ($1.25) |
| 5/12/2021 | 1600* | ($1.25) |
| 5/12/2021 | 2400* | ($1.26) |
| 7/2/2021 | 60 | ($9.97) |
| 7/2/2021 | 395 | ($9.97) |
| 7/2/2021 | 5000 | ($9.97) |
| 7/2/2021 | 9545 | ($9.97) |
| 7/14/2021 | 400 | ($9.15) |
| 7/14/2021 | 500 | ($9.15) |
| 7/14/2021 | 4100 | ($9.15) |
| 7/14/2021 | 5000 | ($8.35) |
| 8/4/2021 | 50 | ($7.88) |
| 8/4/2021 | 54 | ($7.88) |
| 8/4/2021 | 100 | ($7.88) |
| 8/4/2021 | 100 | ($7.88) |

**ACCOUNT 2   WARRANTS**

| DATE | SHARES | PRICE |
|---|---|---|
| 3/24/2021 | 2000* | ($1.89) |
| 6/18/2021 | 8000* | ($1.49) |
| 6/18/2021 | 4300* | ($1.49) |
| 6/18/2021 | 700* | ($1.49) |

*Warrants

1

**Sunlight Financial Holdings Inc. f/k/a Spartan Acquisition Corp. II Loss Chart**
**Class Period: January 25, 2021 through September 28, 2022**

| | | | | | | | | | | | | Lookback Price- Stock | Lookback Price- Warrants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $1.3840 | $0.1396 |
| **Name: Matthew Millunchick** | **Date Purchased** | **Shares** | **Price per Share** | **Total** | **Date Sold** | **Shares** | **Price per Share** | **Total** | **Shares Retained** | **Value Retained** | **Total Loss/Gain** | | |
| Account 1: Stock and Warrants | 7/2/2021 | 60 | ($9.97) | ($598.20) | | | | | | | | | |
| | 7/2/2021 | 395 | ($9.97) | ($3,938.15) | | | | | | | | | |
| | 7/2/2021 | 5000 | ($9.97) | ($49,850.00) | | | | | | | | | |
| | 7/2/2021 | 9545 | ($9.97) | ($95,163.65) | | | | | | | | | |
| | 7/14/2021 | 400 | ($9.15) | ($3,660.00) | | | | | | | | | |
| | 7/14/2021 | 500 | ($9.15) | ($4,575.00) | | | | | | | | | |
| | 7/14/2021 | 4100 | ($9.15) | ($37,515.00) | | | | | | | | | |
| | 7/14/2021 | 5000 | ($8.35) | ($41,750.00) | | | | | | | | | |
| | 8/4/2021 | 50 | ($7.88) | ($394.00) | | | | | | | | | |
| | 8/4/2021 | 54 | ($7.88) | ($425.52) | | | | | | | | | |
| | 8/4/2021 | 100 | ($7.88) | ($788.00) | | | | | | | | | |
| | 8/4/2021 | 100 | ($7.88) | ($788.00) | | | | | | | | | |
| | | 25304 | | ($239,445.52) | | | | 0 | 25,304 | $35,020.74 | ($204,424.78) | | |
| | 5/10/2021 | 452 | ($1.45) | ($655.40) | | | | | | | | | |
| | 5/10/2021 | 1448 | ($1.45) | ($2,099.60) | | | | | | | | | |
| | 5/10/2021 | 3100 | ($1.45) | ($4,495.00) | | | | | | | | | |
| | 5/12/2021 | 100 | ($1.22) | ($122.00) | | | | | | | | | |
| | 5/12/2021 | 900 | ($1.25) | ($1,125.00) | | | | | | | | | |
| | 5/12/2021 | 1600 | ($1.25) | ($2,000.00) | | | | | | | | | |
| | 5/12/2021 | 2400 | ($1.26) | ($3,024.00) | | | | | | | | | |
| | | 10000 | | ($13,521.00) | | | | 0 | 10,000 | $1,396.00 | ($12,125.00) | | |
| | | | | | | | | | | Total Account 1 Losses | ($216,549.78) | | |
| Account 2- Warrants | 3/24/2021 | 2000 | ($1.89) | ($3,780.00) | | | | | | | | | |
| | 6/18/2021 | 8000 | ($1.49) | ($11,920.00) | | | | | | | | | |
| | 6/18/2021 | 4300 | ($1.49) | ($6,407.00) | | | | | | | | | |
| | 6/18/2021 | 700 | ($1.49) | ($1,043.00) | | | | | | | | | |
| | | 15000 | | ($23,150.00) | | | | | 15,000 | $2,094.00 | ($21,056.00) | | |
| | | | | | | | | | | Total Losses | ($237,605.78) | | |