UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
MATTHEW MILLUNCHICK and MIKE : 
MARGENT, Individually and on Behalf of All : 
Others Similarly Situated, : 
                                : 
                 Plaintiffs, : 
                                : 
         -against- : 
                                  : 
SUNLIGHT FINANCIAL HOLDINGS, INC. : 
f/k/a/ SPARTAN ACQUISITION CORP. II, : 
MATTHEW POTERE, BARRY EDINBURG, : 
RODNEY YODER, GEOFFREY STRONG, : 
JAMES CROSSEN, OLIVIA WASSENAAR, : 
WILSON HANDLER, CHRISTINE : 
HOMMES, JOSEPH ROMEO, and SPARTAN : 
ACQUISITION II SPONSOR, LLC, : 
                                  : 
                 Defendants. : 
------------------------------------------------------------ x

     22-cv-10658-AKH

## DECLARATION OF CHRISTOPHER E. DUFFY IN SUPPORT OF THE SPARTAN DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

      I, CHRISTOPHER E. DUFFY, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

      1.      My name is Christopher E. Duffy. I am over the age of 18 years old, of sound mind, capable of making this Declaration, and personally acquainted with the facts stated in this Declaration. The facts herein are true and correct to the best of my knowledge.

      2.      I am an attorney at Vinson & Elkins LLP, counsel for Defendants Geoffrey Strong, James Crossen, Olivia Wassenaar, Wilson Handler, Christine Hommes, Joseph Romeo, and Spartan Acquisition Sponsor II, LLC incorrectly listed in the caption as Spartan Acquisition II Sponsor, LLC (the "Spartan Defendants") in the above-referenced action, a member of the Bar of the State of New York, and am admitted to practice before this Court.

1

3.      I respectfully submit this declaration in support of the Spartan Defendants' Motion to Dismiss the Amended Complaint (the "Motion"), filed concurrently herewith, for the purpose of making part of the record the documentary evidence referred to in the Motion.

4.      Attached hereto as **Exhibit A** is a true and correct copy of the Proxy Statement and Prospectus for the Spartan Acquisition Corp. II, which was filed with the U.S. Securities and Exchange Commission on June 21, 2021.

5.      Attached hereto as **Exhibit B** is a true and correct copy of the Form S-4 Registration Statement for the Spartan Acquisition Corp. II, which was filed with the U.S. Securities and Exchange Commission on March 22, 2021.

6.      Attached hereto as **Exhibit C** is a true and correct copy of the Amendment No. 1 to the Form S-4 Registration Statement for the Spartan Acquisition Corp. II, which was filed with the U.S. Securities and Exchange Commission on May 12, 2021.

7.      Attached hereto as **Exhibit D** is a true and correct copy of the Amendment No. 2 to the Form S-4 Registration Statement for the Spartan Acquisition Corp. II, which was filed with the U.S. Securities and Exchange Commission on June 1, 2021.

8.      Attached hereto as **Exhibit E** is a true and correct copy of the Complaint and Jury Demand filed as ECF No. 1 in the U.S. District Court for the Western District of Virginia in an action captioned *Power Home Solar, LLC d/b/a Pink Energy v. Generac Power Systems, Inc.*, Civ. A. No. 6:22-cv-00043, and dated August 1, 2022.

9.      I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2023 in New York, NY.

Respectfully submitted,

By:    */s/ Christopher E. Duffy*
        Christopher E. Duffy

2