**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW MILLUNCHICK and MIKE MARGENT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNLIGHT FINANCIAL HOLDINGS INC. f/k/a/ SPARTAN ACQUISITION CORP. II, MATTHEW POTERE, BARRY EDINBURG, RODNEY YODER, GEOFFREY STRONG, JAMES CROSSEN, OLIVIA WASSENAAR, WILSON HANDLER, CHRISTINE HOMMES, JOSEPH ROMEO, and SPARTAN ACQUISITION II SPONSOR, LLC,<br><br>Defendants. | Case No.: 1:22-cv-10658-AKH |

**NOTICE OF SUGGESTION OF PENDENCY**
**OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS**

PLEASE BE ADVISED that, on October 30, 2023, Sunlight Financial Holdings Inc. and its debtor affiliates (collectively, the "**Debtors**") commenced bankruptcy cases (the "**Chapter 11 Cases**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "**Bankruptcy Code**").[1] The Chapter 11 Cases are now pending before The Honorable Judge Mary F. Walrath, United States Bankruptcy

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Sunlight Financial Holdings Inc. (9566), SL Financial Holdings Inc. (2472), SL Financial Investor I LLC (N/A), SL Financial Investor II LLC (1453), and Sunlight Financial LLC (3713).

Judge, and are under the caption *In re Sunlight Financial Holdings Inc., et al.*, Case No. 23-11794 (MFW).

PLEASE BE FURTHER ADVISED that section 362(a) of the Bankruptcy Code provides for an automatic stay, applicable to all entities, of, among other things, the following:

(1)    The commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]; [and]

* * *

(6)    Any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under [chapter 11].

PLEASE BE FURTHER ADVISED that section 362(k)(1) of the Bankruptcy Code provides that any individual injured by a willful violation of the automatic stay "shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages."

PLEASE BE FURTHER ADVISED that the automatic stay of proceedings as to any Debtor defendant(s) automatically commenced concurrently with the filing of the chapter 11 petitions on October 30, 2023. Any and all pleadings filed since October 30, 2023 constitute a "continuation" of a stayed suit as to such Debtor defendant(s) and therefore violate the automatic stay and are void.

PLEASE BE FURTHER ADVISED that additional information regarding the status of the Chapter 11 Cases may be obtained by: (i) reviewing the docket of the Chapter 11 Cases electronically at *https://ecf.deb.uscourts.gov* (at a cost and a PACER login and password are required); (ii) reviewing the Chapter 11 Case website maintained by the Debtors' claims and

2

noticing agent, Omni Agent Solutions, Inc., at *https://cases.omniagentsolutions.com/?clientId =3677* (free of charge); or (iii) contacting proposed counsel for the Debtors: proposed counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Ray C. Schrock, Esq. (Ray.Schrock@weil.com), Alexander W. Welch, Esq. (Alexander.Welch@weil.com), Alejandro Bascoy, Esq. (Alejandro.Bascoy@weil.com)) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801 (Attn: Daniel J. DeFranceschi, Esq. (DeFranceschi@rlf.com), Zachary I. Shapiro, Esq. (Shapiro@rlf.com), James F. McCauley, Esq. (McCauley@rlf.com)).

|  |  |
|---|---|
| Dated: New York, New York<br>November 2, 2023 | **MCGUIREWOODS LLP**<br><br>*/s/ Jeffrey J. Chapman*<br>Jeffrey J. Chapman<br>Aaron F. Jaroff<br>1251 Avenue of the Americas, 20th Floor<br>New York, NY 10020<br>Tel: (212) 548-7060<br>Fax: (212) 715-6277<br>jchapman@mcguirewoods.com<br>ajaroff@mcguirewoods.com<br><br>*Attorneys for Defendants Sunlight*<br>*Financial Holdings Inc. F/K/A Spartan*<br>*Acquisition Corp. II, Matthew Potere,*<br>*Barry Edinburg, and Rodney Yoder* |

To:     All counsel of record (Via ECF)