**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MATTHEW MILLUNCHICK and MIKE MARGENT, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SUNLIGHT FINANCIAL HOLDINGS INC. f/k/a SPARTAN ACQUISITION CORP. II, MATTHEW POTERE, BARRY EDINBURG, RODNEY YODER, GEOFFREY STRONG, JAMES CROSSEN, OLIVIA WASSENAAR, WILSON HANDLER, CHRISTINE HOMMES, JOSEPH ROMEO, and SPARTAN ACQUISITION SPONSOR II, LLC,

Defendants.

Case No.: 1:22-cv-10658-AKH

---

**DECLARATION OF JEFFREY J. CHAPMAN IN SUPPORT OF THE SUNLIGHT DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I, Jeffrey J. Chapman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am personally acquainted with the facts stated in this Declaration. The facts herein are true and correct to the best of my knowledge.

2.    I am a partner with the law firm of McGuireWoods LLP, counsel for Defendants Sunlight Financial Holdings, Inc. f/k/a Spartan Acquisition Corp. II ("Sunlight"), Matthew Potere, Barry Edinburg, and Rodney Yoder (the "Sunlight Defendants") in the above-referenced action. I am a member of the Bar of the State of New York, and am admitted to practice before this Court.

3. I respectfully submit this Declaration in support of the Sunlight Defendants' Motion to Dismiss the Second Amended Complaint (the "Motion"), filed concurrently herewith, for the purpose of making part of the record the documentary evidence referred to in the Motion.

4. Attached as **Exhibits A and B** are true and accurate copies of the SEC filings that the Sunlight Defendants request the Court to consider for purposes of their Motion to Dismiss the Second Amended Complaint.

   a. Attached as **Exhibit A** is a true and correct copy of the Form S-4 Registration Statement for Spartan Acquisition Corp. II, which was filed with the U.S. Securities and Exchange Commission on March 22, 2021.

   b. Attached as **Exhibit B** is a true and correct copy of a Form 10-Q/A filed by Sunlight for Q3 2021, which was filed with the U.S. Securities and Exchange Commission on November 19, 2021.

5. Attached as **Exhibit C** is a true and correct copy of a graph depicting the upper limit of the federal funds target range established by the Federal Open Market Committee, maintained by the Federal Reserve Bank of St. Louis, https://fred.stlouisfed.org/series/DFEDTARU (last visited December 19, 2023).

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of December, 2023 in New York, New York.

*/s/ Jeffrey J. Chapman*
Jeffrey J. Chapman