# Exhibit C



Source: Board of Governors of the Federal Reserve System (US)

myf.red/g/1cUHr