UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

MATTHEW MILLUNCHICK and MIKE
MARGENT, Individually and on Behalf of All
Others Similarly Situated,

                    Plaintiffs,

      -against-

SUNLIGHT FINANCIAL HOLDINGS, INC.
f/k/a/ SPARTAN ACQUISITION CORP. II,
MATTHEW POTERE, BARRY EDINBURG,
RODNEY YODER, GEOFFREY STRONG,
JAMES CROSSEN, OLIVIA WASSENAAR,
WILSON HANDLER, CHRISTINE
HOMMES, JOSEPH ROMEO, and SPARTAN
ACQUISITION SPONSOR II LLC,

                   Defendants.

----------------------------------------------------------- x

22-cv-10658-AKH

**DECLARATION OF JEFFREY CROUGH IN SUPPORT OF
THE SPARTAN DEFENDANTS' MOTION TO DISMISS
SECOND AMENDED CLASS ACTION COMPLAINT**

I, Jeffrey Crough, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      My name is Jeffrey Crough.  I am over the age of 18 years old, of sound mind, capable of making this Declaration, and personally acquainted with the facts stated in this Declaration.  The facts herein are true and correct to the best of my knowledge.

2.      I am an attorney at Vinson & Elkins LLP, counsel for Defendants Geoffrey Strong, James Crossen, Olivia Wassenaar, Wilson Handler, Christine Hommes, Joseph Romeo, and Spartan Acquisition Sponsor II LLC (the "Spartan Defendants") in the above-referenced action, a member of the Bars of the State of Texas and New York, and am admitted to practice before this Court.

1

2

3.    I respectfully submit this declaration in support of the Spartan Defendants' Motion to Dismiss the Second Amended Class Action Complaint (the "Motion"), filed concurrently herewith, for the purpose of making part of the record the documentary evidence referred to in the Motion.

4.    Attached hereto as **Exhibit A** is a true and correct copy of the Proxy Statement and Prospectus for the Spartan Acquisition Corp. II, which was filed with the U.S. Securities and Exchange Commission on June 21, 2021.

5.    I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2023 in Dallas, Texas.

Respectfully submitted,

By:    */s/ Jeffrey Crough*
Jeffrey Crough