**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MATTHEW MILLUNCHICK and MIKE MARGENT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNLIGHT FINANCIAL HOLDINGS INC. f/k/a SPARTAN ACQUISITION CORP. II, MATTHEW POTERE, BARRY EDINBURG, RODNEY YODER, GEOFFREY STRONG, JAMES CROSSEN, OLIVIA WASSENAAR, WILSON HANDLER, CHRISTINE HOMMES, JOSEPH ROMEO, and SPARTAN ACQUISITION SPONSOR II, LLC,<br><br>Defendants. | Case No.: 1:22-cv-10658-AKH |

## THE SUNLIGHT DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

The Sunlight Defendants submit *Macquarie Infrastructure Corp. v. Moab Partners, L. P.*, No. 22-1165, --- S. Ct. ---, 2024 WL 1588706 (U.S. Apr. 12, 2024) (**Ex. A**), as supplemental authority in support of their Motion to Dismiss (ECF No. 79).

In that case, the plaintiff Moab Partners, L.P. sued Macquarie Infrastructure Corporation, alleging that Macquarie violated § 10(b) and Rule 10b-5 of the Securities Exchange Act of 1934 based, in part, on Macquarie's alleged omission of regulatory information and the impact it could have on one of its subsidiaries.  In vacating the Second Circuit's decision that itself had reversed the district court's dismissal of the complaint, the Supreme Court held that Rule 10b-5(b) "does not proscribe pure omissions" and explained that the Rule "requires disclosure of information necessary to ensure that statements already made are clear and complete." *Id.* at *4.  In its decision,

the Supreme Court "confirm[ed] that the failure to disclose information required by Item 303 can support a Rule 10b–5(b) claim only if the omission renders affirmative statements made misleading." *Id.* at *5. The Court rejected the argument that a plaintiff is not required to plead actual statements rendered misleading by a pure omission. *Id.*

Dated: New York, New York
  April 22, 2024

**MCGUIREWOODS LLP**

*/s/ Jeffrey J. Chapman*
Jeffrey J. Chapman
Aaron F. Jaroff
1251 Avenue of the Americas, 20th Floor
New York, NY 10020
Tel: (212) 548-7060
Fax: (212) 715-6277
jchapman@mcguirewoods.com
ajaroff@mcguirewoods.com

Michael A. Brody (*admitted pro hac vice*)
888 16th Street N.W., Ste. 500
Washington, DC 20006
Tel: (202) 857-1754
Fax: (202) 828-3334
mbrody@mcguirewoods.com

Brooke A. Weedon (*admitted pro hac vice*)
800 E Canal Street
Richmond, VA 23219
Tel: (804) 337-4439
Fax: (804) 698-2114
bweedon@mcguirewoods.com

*Attorneys for Defendants Sunlight Financial Holdings Inc. F/K/A Spartan Acquisition Corp. II, Matthew Potere, Barry Edinburg, and Rodney Yoder*

To: All counsel of record (Via ECF)

2