# McGuireWoods

**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Jeffrey J. Chapman**
Direct: 212.548.7060
jchapman@mcguirewoods.com
Fax: 212.548.2150

April 29, 2024

> A suggestion of settlement having been made, this case is dismissed.  If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period.  All pending court dates are cancelled.  The Clerk is directed to terminate all open motions and close the case.
> SO ORDERED.
> Dated: April 30, 2024           /s/ Alvin K. Hellerstein
> New York, New York              ALVIN K. HELLERSTEIN
>                                 United States District Judge

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States Federal Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Fung v. Sunlight Financial Holdings Inc., et al.,* Case No. 1:22-cv-10658-AKH

Dear Judge Hellerstein:

Counsel for all parties jointly write to inform the Court that they have reached an agreement in principle to settle this matter.

The parties anticipate further filings with the Court seeking preliminary approval of the proposed class action settlement within 60 days.  Accordingly, the parties respectfully request that the Court hold in abeyance any ruling on Defendants' motions to dismiss (ECF Nos. 78 and 82) pending the filing of the motion for preliminary approval.

Respectfully submitted,

*/s/ Jeffrey J. Chapman*

Jeffrey J. Chapman

cc:   All counsel of record