UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

MATTHEW MILLUNCHICK and MIKE
MARGENT, Individually and on Behalf of All
Others Similarly Situated,

               Plaintiffs,

    -against-

SUNLIGHT FINANCIAL HOLDINGS, INC.
f/k/a/ SPARTAN ACQUISITION CORP. II,
MATTHEW POTERE, BARRY EDINBURG,
RODNEY YODER, GEOFFREY STRONG,
JAMES CROSSEN, OLIVIA WASSENAAR,
WILSON HANDLER, CHRISTINE
HOMMES, JOSEPH ROMEO, and SPARTAN
ACQUISITION SPONSOR II LLC,

               Defendants.

------------------------------------------------------------- x

:  22-cv-10658-AKH

### DECLARATION OF CHRISTOPHER E. DUFFY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Christopher E. Duffy, pursuant to Local Rule 1.4, declare as follows:

1.     I have personal knowledge of the facts stated herein.

2.     I submit this declaration in support of the motion to withdraw my appearance as counsel of record for Defendants Geoffrey Strong, James Crossen, Olivia Wassenaar, Wilson Handler, Christine Hommes, Joseph Romeo, and Spartan Acquisition Sponsor II LLC ("Spartan Defendants") in the above-captioned action, submitted concurrently herewith.

3.     Effective May 30, 2024, I am no longer associated with Vinson & Elkins LLP.

4.     The Spartan Defendants will continue to be represented by the other counsel of record at Vinson & Elkins LLP who have appeared in this matter.

5.     I certify that my withdrawal will not cause or result in any delay or prejudice.

6.     There is no retaining or charging lien being asserted.

7.      The motion to withdraw and supporting papers will be served upon the parties as required by Local Rule 1.4.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of June, 2024 in New York, New York.

Christopher E. Duffy