EXHIBIT A-3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW MILLUNCHICK and MIKE MARGENT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SUNLIGHT FINANCIAL HOLDINGS, INC. f/k/a/ SPARTAN ACQUISITION CORP. II, MATTHEW POTERE, BARRY EDINBURG, RODNEY YODER, GEOFFREY STRONG, JAMES CROSSEN, OLIVIA WASSENAAR, WILSON HANDLER, CHRISTINE HOMMES, JOSEPH ROMEO, and SPARTAN ACQUISITION SPONSOR II LLC,<br><br>Defendants. | Case No.: 1:22-cv-10658-AKH<br><br><br>CLASS ACTION |

**SUMMARY NOTICE OF PENDENCY AND**
**PROPOSED CLASS ACTION SETTLEMENT**

**TO:    All PERSONS WHO (A) PURCHASED THE PUBLICLY-TRADED COMMON STOCK OF SUNLIGHT FINANCIAL HOLDINGS, INC. ("SUNLIGHT") BETWEEN JANUARY 25, 2021 AND SEPTEMBER 28, 2022, BOTH DATES INCLUSIVE (THE "CLASS PERIOD"), AND/OR (B) BENEFICIALLY OWNED AND/OR HELD THE COMMON STOCK OF SPARTAN ACQUISITION CORP. II ("SPARTAN") AS OF JUNE 1, 2021 AND WERE ELIGIBLE TO VOTE AT SPARTAN'S JULY 8, 2021 SPECIAL MEETING**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on _____, 2024, at __:__ _.m. before the Honorable Alvin K. Hellerstein, United States District Judge of the Southern District of New York, 500 Pearl Street, Courtroom 14D, New York, NY, 10007, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $3,500,000 should be approved by the Court as fair,

1

reasonable, and adequate; (2) whether the proposed plan of allocation to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to 29% of the Settlement Amount plus interest, reimbursement of expenses of not more than $58,000, and a service payment of no more than $6,000 in total to Plaintiffs, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated July 9, 2024 (the "Settlement Stipulation"). The Court reserves the right to hold the Settlement Fairness Hearing telephonically or by other virtual means.

If you: (a) purchased the publicly traded common stock of Sunlight between January 25, 2021 and September 28, 2022, both dates inclusive, and/or (b) beneficially owned and/or held the common stock of Spartan as of June 1, 2021 and were eligible to vote at Spartan's July 8, 2021 special meeting, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in publicly-traded Sunlight common stock. If you need assistance obtaining a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form ("Claim Form"), you may write to, call, or contact the Claims Administrator: Sunlight Financial Holdings, Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (Toll-Free) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Notice and submit your Claim Form online at www.strategicclaims.net/Sunlight/. If you are a member of the Settlement Class, to share in the distribution of the Net Settlement Fund, you must submit a Claim Form electronically or postmarked no later than _____, 2024 to the Claims Administrator, establishing that

you are entitled to share in the recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than _____ __, 2024, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and awards to Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than _____ __, 2024, by each of the following:

| Clerk of the Court<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 | Yu Shi<br>The Rosen Law Firm, P.A.<br>275 Madison Ave<br>40th Floor<br>New York, NY 10016<br><br>***Lead Counsel for Plaintiffs*** | Jeffrey J. Chapman<br>Aaron F. Jaroff<br>McGuireWoods LLP<br>1251 Avenue of the Americas, 20th Floor<br>New York, NY 10020<br><br>Jeffrey Crough<br>Vinson & Elkins LLP<br>2001 Ross Avenue, Suite 3900<br>Dallas, TX 75201<br><br>***Counsel for Defendants*** |
| --- | --- | --- |

If you have any questions about the Settlement, you may call or write to Lead Counsel:

Yu Shi
THE ROSEN LAW FIRM, P.A.
275 Madison Ave
40th Floor
New York, NY 10016
Tel: (212) 686-1060
yshi@rosenlegal.com

EXHIBIT A-3

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED: _____ __, 2024                    BY ORDER OF THE UNITED STATES
                                             DISTRICT COURT FOR THE
                                             SOUTHERN DISTRICT OF NEW YORK

4