Sunlight Financial Holdings, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St.
Suite 205
Media, PA 19063

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*You may be entitled to a payment. This notice may affect your legal rights.*

*Please read it carefully.*

*SUNLIGHT FINANCIAL HOLDINGS INC. ET AL. CASE NO. 1:22-cv-10658-AKH (S.D.N.Y.)*
*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT <ins>WWW.STRATEGICCLAIMS.NET/SUNLIGHT</ins> OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

The United States District Court for the Southern District of New York (the "Court") has preliminarily approved a proposed Settlement of claims against defendants Sunlight Financial Holdings, Inc. f/k/a Spartan Acquisition Corp. II ("Sunlight"), Matthew Potere, Barry Edinburg, Rodney Yoder, Geoffrey Strong, James Crossen, Olivia Wassenaar, Wilson Handler, Christine Hommes, Joseph Romeo, and Spartan Acquisition Sponsor II LLC. The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the federal securities laws, the defendants made false and misleading statements concerning Sunlight's business practices, causing damage to Settlement Class Members. Defendants deny any wrongdoing.

You received this notice because you may have (a) purchased the publicly traded common stock of Sunlight between January 25, 2021 and September 28, 2022, both dates inclusive, and/or (b) beneficially owned and/or held the common stock of Spartan Acquisition Corp. II ("Spartan") as of June 1, 2021 and were eligible to vote at Spartan's July 8, 2021 special meeting. The Settlement dismisses and releases claims against the defendants and creates a fund consisting of $3,500,000, less attorneys' fees and expenses, which will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim by visiting the website: www.strategicclaims.net/Sunlight/. You may also request copies of the Notice and Proof of Claim from the Claims Administrator by: (1) mail: Sunlight Financial Holdings, Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St, Ste. 205, Media, PA 19063; (2) toll-free phone: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim, which can be found on the website www.strategicclaims.net/Sunlight/. PROOFS OF CLAIM ARE DUE BY _____ ___ TO: SUNLIGHT FINANCIAL HOLDINGS, INC. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON ST, STE 205, MEDIA, PA 19063 or submitted electronically at www.strategicclaims.net/Sunlight/. If you do not want to be legally bound by the Settlement, you must exclude yourself by ____ __. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____ __. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on _____ __ at __:__ _.m. at the Court, 500 Pearl Street, New York, NY, 10007, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for up to 29% of the Settlement Fund in attorneys' fees, plus up to $58,000 in expenses, and a total award to Plaintiffs of no more than $6,000 for litigating the case and negotiating the Settlement. You may, but do not have to, attend the hearing and ask to be heard by the Court. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.