UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW MILLUNCHICK and MIKE MARGENT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SUNLIGHT FINANCIAL HOLDINGS, INC. f/k/a/ SPARTAN ACQUISITION CORP. II, MATTHEW POTERE, BARRY EDINBURG, RODNEY YODER, GEOFFREY STRONG, JAMES CROSSEN, OLIVIA WASSENAAR, WILSON HANDLER, CHRISTINE HOMMES, JOSEPH ROMEO, and SPARTAN ACQUISITION SPONSOR II LLC,<br><br>Defendants. | Case No.: 1:22-cv-10658-AKH<br><br>**CLASS ACTION** |

**NOTICE OF PLAINTIFFS' MOTION FOR ENTRY OF ORDER PRELIMINARILY
APPROVING CLASS ACTION SETTLEMENT AND
<u>ESTABLISHING NOTICE PROCEDURES</u>**

PLEASE TAKE NOTICE that Lead Plaintiff Matthew Millunchick and named plaintiff Mike Margent ("Plaintiffs"), through their undersigned attorneys, respectfully move this Court, before the Honorable Alvin K. Hellerstein, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on July 25, 2024 at 9:30 am, for entry of an Order: (a) preliminarily approving the terms of the settlement between Plaintiffs and Defendants as set forth in the Stipulation of Settlement ("Stipulation") submitted concurrently herewith; (b) preliminarily certifying the Settlement Class; (c) approving the form and method for providing notice of the settlement; and (d) scheduling a hearing date for final approval of the Settlement (the "Settlement Fairness Hearing").

This motion is based on this Notice of Motion, the Stipulation and all exhibits attached thereto, and the supporting Memorandum of Law, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Dated: July 15, 2024　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**THE ROSEN LAW FIRM, P.A.**
　　　　　　　　　　　　　　　　　　　　　　By: */s/ Yu Shi*
　　　　　　　　　　　　　　　　　　　　　　Laurence Rosen
　　　　　　　　　　　　　　　　　　　　　　Yu Shi
　　　　　　　　　　　　　　　　　　　　　　275 Madison Ave, 40th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 686-1060
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 202-3827

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system

*/s/ Yu Shi*
Yu Shi