August 8, 2024

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

   Re: *Millunchick et al. v. Sunlight Financial Holdings, Inc. et al.*, Case No. 1:22-cv-
      10658-AKH

Dear Judge Hellerstein:

Pursuant to Your Honor's directives from the July 25, 2024 hearing on the motion for preliminary approval of the parties' class action settlement, the parties respectfully submit herewith the following revised settlement documents:

Exhibit 1: [Proposed] Order Granting Preliminary Approval (Clean)
Exhibit 2: [Proposed] Order Granting Preliminary Approval (Redline)
Exhibit 3: [Proposed] Order Appointing Claims Administrator and Requiring Periodic Reports
Exhibit 4: Stipulation of Settlement (Clean)
Exhibit 5: Stipulation of Settlement (Redline)
Exhibit 6: Long Notice (Clean)
Exhibit 7: Long Notice (Redline)

Notably, in an attempt to address Your Honor's concern about the proposed funding schedule,[1] Defendants now agree to fund half of the settlement payment within 30 days after entry of the order granting preliminary approval, with the remaining half paid 45 days thereafter. Under this revised payment schedule, the settlement will be funded well in advance of the Settlement Fairness Hearing scheduled for December 10, 2024.

It is our understanding from the July 25, 2024 hearing that Your Honor only wished for the parties to resubmit the settlement documents that were revised following the hearing (as well as the new separate proposed order appointing the claims administrator). Of course, if the Court desires, the parties can also resubmit clean copies of the documents for which the Court did not order changes.

---

[1] The original settlement agreement provided 120 days following entry of the preliminary approval order for Defendants to fund the settlement (apart from $175,000 that was to be funded within 28 days). At the July 25, 2024 hearing, Your Honor directed that half of the settlement be funded within 30 days, with the remaining half to be funded approximately 30 days thereafter, with some flexibility.

Respectfully submitted,

*/s/ Yu Shi*

*/s/ Jeffrey J. Chapman*

*/s/ Jeffrey Crough*

cc: All counsel of record (via ECF)