# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW MILLUNCHICK and MIKE MARGENT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> -against- <br><br> SUNLIGHT FINANCIAL HOLDINGS, INC. f/k/a/ SPARTAN ACQUISITION CORP. II, MATTHEW POTERE, BARRY EDINBURG, RODNEY YODER, GEOFFREY STRONG, JAMES CROSSEN, OLIVIA WASSENAAR, WILSON HANDLER, CHRISTINE HOMMES, JOSEPH ROMEO, and SPARTAN ACQUISITION SPONSOR II LLC, <br><br> Defendants. | Case No.: 1:22-cv-10658-AKH <br><br><br> CLASS ACTION |

**[PROPOSED] ORDER APPOINTING CLAIMS ADMINISTRATOR AND REQUIRING PERIODIC REPORTS BY CLAIMS ADMINISTRATOR**

1.  For settlement purposes only, Strategic Claims Services ("SCS") is appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims.

2.  SCS shall submit to the Court periodic reports as follows:

First Report:  Once the first distribution is sent, a report informing the Court that distribution of the Net Settlement Fund has begun and the amount distributed.

Second Report:  After a reasonable time for negotiating the checks has passed, a report informing the Court that a second distribution is appropriate and the amount of that second distribution, *or* if it is determined

that the remaining Net Settlement Fund is such that a second distribution is not economically feasible, then a report informing the Court of the amount remaining in the Net Settlement Fund for contribution to a *cy pres* recipient (to be approved by the Court upon motion by Class Counsel).

IT IS SO ORDERED.


DATED:_____          _____

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE