**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW MILLUNCHICK and MIKE MARGENT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SUNLIGHT FINANCIAL HOLDINGS, INC. f/k/a/ SPARTAN ACQUISITION CORP. II, MATTHEW POTERE, BARRY EDINBURG, RODNEY YODER, GEOFFREY STRONG, JAMES CROSSEN, OLIVIA WASSENAAR, WILSON HANDLER, CHRISTINE HOMMES, JOSEPH ROMEO, and SPARTAN ACQUISITION SPONSOR II LLC,<br><br>Defendants. | Case No.: 1:22-cv-10658-AKH<br><br>CLASS ACTION |

**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES,**
**REIMBURSEMENT OF EXPENSES, AND AWARD TO PLAINTIFFS**

WHEREAS, the Court has granted final approval of the Settlement in the above-referenced Action;

WHEREAS, Lead Counsel has petitioned the Court for an award of attorneys' fees in compensation for services provided to Plaintiffs and the Settlement Class, along with reimbursement of expenses incurred in connection with prosecuting this Action, and an award to Plaintiffs, to be paid out of the Settlement Fund;

WHEREAS, capitalized terms used herein having the meanings defined in the Second Amended Stipulation of Settlement, dated August 8, 2024 (the "Stipulation") (ECF No. 113-4); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Lead Counsel during the Settlement Fairness Hearing on December 10, 2024, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.      Lead Counsel is hereby awarded attorneys' fees totaling _____% of the Settlement Amount plus reimbursement of out-of-pocket litigation expenses in the amount of $_____, together with interest earned thereon at the rate earned by the Settlement Fund until paid. The Court finds that the amount of fees and expenses awarded is fair and reasonable.

2.      Lead Plaintiff Matthew Millunchick shall be awarded $_____, and named plaintiff Mike Margent shall be awarded $_____, in connection with their service as representative plaintiffs in this Action.

3.      Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Plaintiffs shall be paid in the manner and procedure provided for in the Stipulation.


Dated: _____          _____
                                 HONORABLE ALVIN K. HELLERSTEIN
                                 UNITED STATES DISTRICT JUDGE