# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW MILLUNCHICK and MIKE MARGENT, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:22-cv-10658-AKH |
| Plaintiffs, | CLASS ACTION |
| -against- | |
| SUNLIGHT FINANCIAL HOLDINGS, INC. f/k/a/ SPARTAN ACQUISITION CORP. II, MATTHEW POTERE, BARRY EDINBURG, RODNEY YODER, GEOFFREY STRONG, JAMES CROSSEN, OLIVIA WASSENAAR, WILSON HANDLER, CHRISTINE HOMMES, JOSEPH ROMEO, and SPARTAN ACQUISITION SPONSOR II LLC, | |
| Defendants. | |

**DECLARATION OF YU SHI ON BEHALF OF**
**THE ROSEN LAW FIRM, P.A. CONCERNING ATTORNEYS' FEES AND EXPENSES**

I, Yu Shi, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Partner at The Rosen Law Firm, P.A., Lead Counsel for Plaintiffs and the Settlement Class in this litigation (the "Action").[1] I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2. My firm rendered the following services in connection with the prosecution of this Action: briefed the motion for appointment of Lead Plaintiff and Lead Counsel; researched

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as set forth in the Stipulation of Settlement dated August 8, 2024 (ECF No. 113-4).

and prepared a first and second amended complaint; retained and supervised a private investigator; retained and consulted with a damages expert; retained and consulted with a bankruptcy attorney; negotiated with Sunlight's bankruptcy counsel concerning scope of bankruptcy discharge; researched and prepared an objection to Sunlight's Chapter 11 plan of reorganization in bankruptcy court; presented oral argument in bankruptcy court objecting to Sunlight's Chapter 11 plan; researched and drafted oppositions to Defendants' motions to dismiss; drafted mediation briefs and analyzed Defendants' mediation submissions; participated in settlement negotiations including an all-day mediation; negotiated and prepared settlement documents; prepared motions and briefs in support of approval of the Settlement, attended the hearing on motion for preliminary approval of the Settlement, and oversaw the provision of notice to the Settlement Class and monitored the work of the Claims Administrator.

3.    The chart below is a summary of time expended by the attorneys of The Rosen Law Firm, P.A. on this Action, and the lodestar calculation based on their current billing rate. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. Time spent in preparing this Declaration in support of my firm's application for fees and reimbursement of expenses and any other time related to billing or periodic time reporting has not been included in this chart:

| Professional (Position) | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|
| Laurence Rosen (Partner) | $1,250 | 15.20 | $19,000.00 |
| Phillip Kim (Partner) | $1,150 | 6.50 | $7,475.00 |
| Jonathan Horne (Partner) | $1,000 | 68.70 | $68,700.00 |
| Yu Shi (Partner) | $950 | 671.30 | $637,735.00 |
| Erica Stone (Counsel) | $850 | 1.20 | $1,020.00 |
| Scott Kim (Associate) | $650 | 1.70 | $1,105.00 |
| Ryan Hedrick (Associate) | $600 | 10.35 | $6,210.00 |
| Ian McDowell (Associate) | $500 | 13.65 | $6,825.00 |
| **Total** | | **788.60** | **$748,070.00** |

4.      Since the beginning of this Action, my firm has performed a total of **788.60** attorney work hours in the prosecution of this Action. The total lodestar amount for my firm is **$748,070.00**

5.      The Rosen Law Firm, P.A. expended a total of **$47,634.21** in un-reimbursed expenses in connection with the prosecution of this Action, broken down as follows:

| Category | Amount |
|---|---|
| Bankruptcy Counsel Fees | $10,500.00 |
| Expert Fees | $8,692.00 |
| Investigator Fees | $10,100.00 |
| Mediation Fee | $8,767.47 |
| Online Legal Research and Document Retrieval Fees | $2,120.48 |
| Postage and Courier Fees | $32.85 |
| Press Release / Notice to Class Member Fees | $7,325.41 |
| Service of Process Fees | $96.00 |
| **TOTAL EXPENSES** | **$47,634.21** |

6.      The expenses set forth above are reflected in the firm's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: November 12, 2024 in New York, NY

_/s/ Yu Shi_
Yu Shi