# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW MILLUNCHICK and MIKE MARGENT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SUNLIGHT FINANCIAL HOLDINGS, INC. f/k/a/ SPARTAN ACQUISITION CORP. II, MATTHEW POTERE, BARRY EDINBURG, RODNEY YODER, GEOFFREY STRONG, JAMES CROSSEN, OLIVIA WASSENAAR, WILSON HANDLER, CHRISTINE HOMMES, JOSEPH ROMEO, and SPARTAN ACQUISITION SPONSOR II LLC,<br><br>Defendants. | Case No.: 1:22-cv-10658-AKH<br><br>CLASS ACTION |

**DECLARATION OF CHARLES H. LINEHAN ON BEHALF OF GLANCY PRONGAY & MURRAY LLP CONCERNING ATTORNEYS' FEES AND EXPENSES**

I, Charles H. Linehan, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge:

1.      I am a Partner at Glancy Prongay & Murray LLP ("GPM"), Additional Counsel for Plaintiffs and the Settlement Class in the above-captioned action (the "Action").[1] I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.      GPM initiated this Action by researching, preparing and filing the initial complaint (ECF No. 1), and effectuated service of the initial complaint on Defendant Sunlight.  GPM also

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as set forth in the Stipulation of Settlement dated August 8, 2024. ECF No. 113-4.

1

prepared and briefed the motion for appointment of lead plaintiff on behalf of Mr. Margent. ECF No. 9. Following the appointment of Mr. Millunchick as lead plaintiff, GPM continued to advise Mr. Margent on his participation in this Action, including the decision to join this Action as a named plaintiff, and provided case updates and discussed major filings and legal strategies (*e.g.*, settlement negotiations and mediation, *etc.*) with Mr. Margent.

3.    The chart below is a summary of time expended by the attorneys and professional staff of GPM on this Action, and the lodestar calculation based on their current billing rate. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in their final year of employment by my firm. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by GPM. Time spent in preparing this Declaration and any other time related to billing or periodic time reporting has not been included in this chart:

| Professional (Position) | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|
| Greg Linkh (Partner) | $1,095 | 3.30 | $3,613.50 |
| Garth Spencer (Partner) | $925 | 2.7 | $2,497.50 |
| Charles Linehan (Partner) | $895 | 15.30 | $13,693.50 |
| Pavithra Rajesh (Senior Counsel) | $625 | 2.40 | $1,500 |
| Ani Setian (Associate) | $395 | 23.50 | $9,282.50 |
| Michaela Ligman (Research Analyst) | $400 | 3.50 | $1,400.00 |
| Harry Kharadjian (Senior Paralegal) | $350 | 13.00 | $4,550.00 |
| Paul Harrigan (Paralegal) | $325 | 9.20 | $2,990.00 |
| **TOTAL** | **$542.21** | **72.90** | **$39,527.00** |

2

4.      Since the beginning of this Action, my firm has performed a total of 72.9 professional work hours in the prosecution of this Action. The total lodestar amount for my firm is $39,527.00.

5.      GPM expended a total of **$825.77** in un-reimbursed expenses in connection with the prosecution of this Action broken down as follows:

| Category | Amount |
|---|---|
| Court Filing Fees | $402.00 |
| Online Research | $198.77 |
| PSLRA Mandated Press Release / Notice to Class Members | $110.00 |
| Service of Process Fees | $115.00 |
| **TOTAL EXPENSES** | **$825.77** |

6.      The expenses set forth above are reflected in the firm's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: November 12, 2024, in Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan