# EX A

| Date | Account | Transaction | Security | Symbol | Shares | Price |
|------|---------|-------------|----------|--------|--------|-------|
| 1/28/2021 | 5424 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 384 | $12.750 |
| 1/28/2021 | 5424 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 200 | $12.750 |
| 1/28/2021 | 5424 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 100 | $12.750 |
| 1/28/2021 | 5424 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 100 | $12.750 |
| 1/28/2021 | 5424 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 1 | $12.750 |
| 3/17/2021 | 5424 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 785 | $10.300 |
| 7/15/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 300 | $8.500 |
| 7/15/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 5 | $8.500 |
| 7/15/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 90 | $8.500 |
| 7/15/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 88 | $8.500 |
| 7/15/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 1,000 | $8.500 |
| 7/15/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 292 | $8.500 |
| 7/16/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 50 | $7.950 |
| 7/16/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 950 | $7.950 |
| 8/19/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 2,500 | $5.650 |
| 11/4/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 594 | $5.650 |
| 11/4/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 296 | $5.650 |
| 11/4/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 2,878 | $5.650 |
| 11/4/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 6 | $5.650 |
| 11/4/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 42 | $5.650 |
| 11/4/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 4 | $5.650 |
| 11/4/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 600 | $5.650 |
| 11/22/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 5,000 | $4.980 |
| 11/23/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 5,000 | $4.480 |
| 11/26/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 300 | $4.200 |
| 11/26/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 274 | $4.200 |
| 11/26/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 30 | $4.200 |
| 11/26/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 1,396 | $4.200 |
| 12/14/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 200 | $3.600 |
| 12/14/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 299 | $3.600 |
| 12/14/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $3.600 |
| 12/14/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $3.600 |
| 12/14/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 301 | $3.600 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/14/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 400 | $3.600 |
| 12/14/2021 | 5424 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 3,600 | $3.600 |
| 1/28/2021 | 2365 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 300 | $12.683 |
| 1/28/2021 | 2365 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 100 | $12.683 |
| 1/28/2021 | 2365 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 95 | $12.683 |
| 1/28/2021 | 2365 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 55 | $12.683 |
| 1/28/2021 | 2365 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 100 | $12.683 |
| 1/28/2021 | 2365 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 100 | $12.683 |
| 3/17/2021 | 2365 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 342 | $10.300 |
| 3/17/2021 | 2365 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 158 | $10.300 |
| 3/17/2021 | 2365 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 250 | $10.300 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 277 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 38 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 81 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 677 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 57 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 68 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 52 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 43 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 66 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 81 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 47 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 64 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 66 | $8.500 |
| 7/15/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 83 | $8.500 |
| 7/16/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 901 | $7.950 |
| 7/16/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 99 | $7.950 |
| 8/19/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 1,074 | $5.650 |
| 8/19/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 200 | $5.650 |
| 8/19/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 1,591 | $5.650 |
| 8/19/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 140 | $5.650 |

| 8/19/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 94 | $5.650 |
|---|---|---|---|---|---|---|
| 8/19/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 3,238 | $5.650 |
| 8/19/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 230 | $5.650 |
| 8/19/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 809 | $5.650 |
| 8/19/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 124 | $5.650 |
| 11/4/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 700 | $5.650 |
| 11/4/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 500 | $5.650 |
| 11/4/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 3,220 | $5.650 |
| 11/22/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 5,000 | $4.980 |
| 11/23/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 44 | $4.480 |
| 11/23/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 600 | $4.480 |
| 11/23/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 3,980 | $4.480 |
| 11/23/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 376 | $4.480 |
| 11/26/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 2,000 | $4.200 |
| 12/14/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 5,000 | $3.600 |
| 12/14/2021 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 5,000 | $3.600 |
| 9/29/2022 | 2365 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 25,000 | $1.150 |
| 1/28/2021 | 6552 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 750 | $12.750 |
| 3/17/2021 | 6552 | Buy | SPARTAN ACQUISITION CORPCLASS A | SPRQ | 750 | $10.300 |
| 7/15/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 8 | $8.500 |
| 7/15/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 1,992 | $8.500 |
| 7/16/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 548 | $7.950 |
| 7/16/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 452 | $7.950 |
| 8/19/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 4 | $5.650 |
| 8/19/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 10 | $5.650 |
| 8/19/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 4,728 | $5.650 |
| 8/19/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 2,582 | $5.650 |
| 8/19/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 176 | $5.650 |
| 11/4/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 450 | $5.650 |
| 11/4/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 74 | $5.650 |
| 11/4/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 2,000 | $5.650 |
| 11/4/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 1,596 | $5.650 |
| 11/4/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 300 | $5.650 |
| 11/19/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $4.980 |

| 11/19/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 300 | $4.980 |
|---|---|---|---|---|---|---|
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 200 | $4.980 |
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 300 | $4.980 |
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $4.980 |
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 2,320 | $4.980 |
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 284 | $4.980 |
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 172 | $4.980 |
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $4.980 |
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $4.980 |
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $4.980 |
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $4.980 |
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 328 | $4.980 |
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $4.980 |
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 200 | $4.980 |
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 96 | $4.980 |
| 11/22/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $4.980 |
| 11/23/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 423 | $4.470 |
| 11/23/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 19 | $4.470 |
| 11/23/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 1,816 | $4.470 |
| 11/23/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 1,700 | $4.470 |
| 11/23/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 1,042 | $4.470 |
| 11/26/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 604 | $4.200 |
| 11/26/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 1,396 | $4.200 |
| 12/14/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 8,000 | $3.590 |
| 12/14/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 73 | $3.600 |
| 12/14/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 412 | $3.600 |
| 12/14/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 600 | $3.600 |
| 12/14/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 88 | $3.600 |
| 12/14/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $3.600 |
| 12/14/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 600 | $3.600 |
| 12/14/2021 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 127 | $3.600 |
| 9/29/2022 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 551 | $1.150 |
| 9/29/2022 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 2,049 | $1.150 |
| 9/29/2022 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $1.150 |

| 9/29/2022 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 200 | $1.150 |
|-----------|------|-----|--------------------------|------|-----|--------|
| 9/29/2022 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 6,200 | $1.150 |
| 9/29/2022 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $1.150 |
| 9/29/2022 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $1.150 |
| 9/29/2022 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 1,200 | $1.150 |
| 9/29/2022 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 1,300 | $1.150 |
| 9/29/2022 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 400 | $1.150 |
| 9/29/2022 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 200 | $1.150 |
| 9/29/2022 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 12,500 | $1.150 |
| 9/29/2022 | 6552 | Buy | SUNLIGHT FINL HOLDINGS I | SUNL | 100 | $1.150 |

**Total Shares**    **155,105**

# Account 5424



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
5424

**Statement Period**
**January 1-31, 2021**

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*



## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

01/29-67073-TTIB2504-143401 *1



**Contributory IRA of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███████5424

**Statement Period**
**January 1-31, 2021**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
All references to "Schwab" in this document refer to the broker-dealer Charles Schwab & Co., Inc. Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings you should verify its content with this statement. Securities, products, and services are not available in all countries and are subject to country specific restrictions.

**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.

**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.

**Bank Sweep Feature and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Bank Sweep and Bank Sweep for Benefit Plans features as a Schwab Cash feature for your brokerage account. Deposit accounts constitute direct obligations of banks affiliated with Schwab and are not obligations of Schwab. Deposit accounts are insured by the FDIC within applicable limits. The balance in the bank deposit accounts can be withdrawn on your order and the proceeds returned to your securities account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the and Bank Sweep for Benefit Plans- features, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.

**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.

**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.

**Estimated Annual Income:** Derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon for making investment decisions.

**Fees and Charges:** It is your responsibility, and not Schwab's, to verify the accuracy of all fees. Margin interest charged to your Account during the statement period is included in this section of the statement.

**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep

and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.

**Latest Price/Price (Investment Detail Section Only):** The most recent price evaluation available on the last business day of the statement period, normally the last trade price or bid. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships (LP) and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your periodic statement for this security is unpriced. FINRA rules require that certain LP and REIT securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price; if applicable, that accurate valuation information may not be available.

**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party and Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.

**Option Customers:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions by an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options.

**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If, on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than 1/2 of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.

**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products

and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features.

**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information is not a solicitation or a recommendation to buy or sell. It may, however, be helpful for investment and tax planning strategies. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**

**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**

**COMPLAINT CONTACT INFORMATION:** Complaints about Schwab statements, products or services may be directed to 1-800-435-4000. For clients residing outside of the U.S., call collect +1-415-667-8400. Please send any written complaints to the Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA.

**Address Changes:** It is your obligation to keep Schwab informed of any changes in your address, telephone number or other contact information. If you fail to notify Schwab of those changes, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. For assistance, you may contact Schwab at 1-800-435-4000. Clients residing outside of the U.S. may call Schwab collect at +1-415-667-8400.

**Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. Schwab or an affiliate acts as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Sweep Funds and as Transaction Services Agent for the Government Money Fund. Schwab or an affiliate is compensated by the Sweep Funds for acting in each of these capacities other than as Distributor. The amount of such compensation is disclosed in the prospectus. Additional information will be provided upon written request. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request.
Any third party trademarks appearing herein are the property of their respective owners. Schwab and its affiliated banks are subsidiaries of The Charles Schwab Corporation.
(1017-7MAX)

SIPC has taken the position that it will not cover the balances held in your deposit accounts maintained under programs like our Bank Sweep feature. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
© 2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0616-1157)



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████ **5424**

**Statement Period**
**January 1-31, 2021**

## Account Value as of 01/31/2021: $ ████████

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | ████ | ████ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | | |
| **Ending Value on 01/31/2021** | $ ███ | |
| **Total Change in Account Value** | $ ███ | ██1 |

Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Cash and Bank Sweep $^{X,Z}$ | ████ | ██ |
| Equities | | |
| Exchange Traded Funds | | |
| **Total Assets Long** | | |
| Settled Debit Balance | ██ | |
| **Total Account Value** | ████ | ██ |



- ■ 49% Cash, Bank Sweep [X,Z]
- ■ 45% Equities
- □ 6% Exchange Traded Funds

To explore the features of this statement visit schwab.com/premiumstatement

**Page 3 of 11**



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████**5424**

**Statement Period**
**January 1-31, 2021**

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | This Period | |
| **All Investments** | ████ | ████ |

*Values may not reflect all of your gains/losses. Cost basis may change and be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional gain or (loss) information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ██ | ██ |
| Cash Dividends | ████ | ████ |
| **Total Income** | ████ | ████ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash*** | $████ | ████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ████ | ████ |
| Dividends and Interest | ███ | ███ |
| Withdrawals and other Debits | ██ | ██ |
| Investments Purchased | ████ | ████ |
| Fees and Charges | ██ | ██ |
| **Total Cash Transaction Detail** | ████ | ████ |
| **Ending Cash*** | ████ | ████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| | Account Number | Statement Period |
|---|---|---|
| | ▇5424 | **January 1-31, 2021** |

## Investment Detail - Cash and Bank Sweep

| **Cash** | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| Cash | ▇ | ▇ | ▇ |
| **Total Cash** | ▇ | ▇ | ▇ |

| **Bank Sweep** | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ▇ | ▇ | ▇% |
| **Total Bank Sweep** X,Z | ▇ | ▇ | ▇ |
| **Total Cash and Bank Sweep** | | ▇ | ▇ |

## Investment Detail - Equities

| | Quantity | Market Price | Market Value *Cost Basis* | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** | | | | | | | |
| ▇▇▇▇ | ▇ | ▇ | ▇ ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇▇▇▇ | ▇ | ▇ | ▇ ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇▇▇▇ | ▇ | ▇ | ▇ ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇▇▇▇▇ | ▇ | ▇ | ▇ ▇ | ▇ | ▇ | ▇ | ▇ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
█████5424

Statement Period
**January 1-31, 2021**

## Investment Detail - Equities (continued)

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** (continued) | | | *Cost Basis* | | | | |
| ███████ | ████ | ████ | ████ | ██ | ████ | ██ | ███ |
| ██████ | | | ████ | | | | |
| ██████████ | ████ | ███ | ████ | ██ | ████ | ██ | ███ |
| ██████ | | | ████ | | | | |
| ███████ | ████ | | ████ | ██ | ████ | | ███ |
| | | ██████████ | ████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

## Investment Detail - Exchange Traded Funds

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Exchange Traded Funds** | | | *Cost Basis* | | | | |
| ████████ | ████ | ████ | ████ | ██ | ████ | ████ | ███ |
| ███████ | | | ████ | | | | |
| █████ | | | | | | | |
| ██████████ | ████ | ████ | ████ | ██ | ████ | ████ | ███ |
| █████ | | | ████ | | | | |
| █████ | | | | | | | |
| ███████████ | ████ | | ████ | ██ | ████ | | ███ |
| | | █████████ | ████ | | | | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███████**5424**

**Statement Period**
**January 1-31, 2021**

## Investment Detail - Exchange Traded Funds (continued)

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ██████ |
| **Total Account Value** | ██████ |
| *Total Cost Basis* | ██████ |

## Gain or (Loss) on Investments Sold

| Investments | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|
| ██████████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ██████████ | ███ | ████ | ████ | ███ | ███ | ███ |
| ██████████ | ███ | ████ | ████ | ███ | ███ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ ███ | ███ | ████ | ████ | ███ | ███ | ████ |
| ████ ███ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████████ | | | | ████ | ████ | ████ |

*Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.*
*Option Customers:  Gain/loss on investments sold is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.*



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**█████5424**

**Statement Period**
**January 1-31, 2021**

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ██████ | ██████ | ████ | ████████████████████ | ██████ | ██████ | ██████ |
| ██████ | ██████ | ████ | ████████████████████ | ██████ | ██████ | ██████ |
| ██████ | ██████ | ████ | ████████████████████ | ██████ | ██████ | ██████ |
| ██████ | ██████ | ████ | ████████████████████ | ██████ | ██████ | ██████ |
| ██████ | ██████ | ████ | ████████████████████ | ████ | ██████ | ████ |
| ██████ | ██████ | ████ | ████████████████████ | ████ | ██████ | ████ |
| ██████ | ██████ | ████ | ████████████████████ | ██████ | ██████ | ██████ |
| ██████ | ██████ | ██████ | ████████ | ████ | ██████ | ██████ |

| Total Equities Activity | | | | | | ████████ |
|---|---|---|---|---|---|---|

### Exchange Traded Funds Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ██████ | ██████ | ████ | ████████████ ████████████ | ████ | ██████ | ██████ |
| ██████ | ██████ | ████ | ████████████████ ████████ | ████ | ██████ | ██████ |
| ████████████████████████ | | | | | | ██████ |

### Other Assets Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ██████ | ██████ | ████ | ████████████ ████ | ██████ | ██████ | ██████ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| **Account Number** | **Statement Period** |
|---|---|
| ▆5424 | **January 1-31, 2021** |

## Transaction Detail - Purchases & Sales (continued)

### Other Assets Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ ▆ | ▆ | ▆ | ▆ |
| **Total Other Assets Activity** | | | | | | ▆ |
| **Total Purchases & Sales** | | | | | | ▆ |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | | | | ▆ |
| **Total Transaction Detail** | | | | 1▆ |

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance X,Z |
|---|---|---|---|---|---|
| **Opening Balance** X,Z | | | | | ▆ |
| ▆ | ▆ | ▆ | ▆ | | ▆ |
| ▆ | ▆ | ▆ ▆ | | ▆ | ▆ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████ **5424**

**Statement Period**
**January 1-31, 2021**

## Bank Sweep Activity (continued)

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| ███ | █████ █ | █████████████ | | ███ | ███ |
| ███ | ████ | ██████████ | ███ | | ███ |
| ███ | ████ | █████████ █ | | ███ | ███ |
| ███ | ████ | █████████ █ | | ████ | ███ |
| ███ | ████ | █████████ | ███ | | ███ |
| ███ | ████ | █████████ █ | | ████ | ███ |
| **Total Activity** | | | ████ | ████ | |
| **Ending Balance [X,Z]** | | | | | ████ |

*Bank Sweep: Interest Rate as of 01/29/21 was 0.01%.* [Z]

## Trades Pending Settlement

| | Transaction | Quantity | Trade Date | Settle Date | Unit Price | Purchase/Debit | Sale/Credit |
|---|---|---|---|---|---|---|---|
| ████████████ | ████ | ████ | ████ | | ████ | ████ | |
| SPARTAN ACQUISITION CORP: SPRQ | Bought | 1.0000 | 01/28/21 | 02/01/21 | 12.7500 | 12.75 | |
| SPARTAN ACQUISITION CORP: SPRQ | Bought | 100.0000 | 01/28/21 | 02/01/21 | 12.7500 | 1,275.00 | |
| SPARTAN ACQUISITION CORP: SPRQ | Bought | 100.0000 | 01/28/21 | 02/01/21 | 12.7500 | 1,275.00 | |
| SPARTAN ACQUISITION CORP: SPRQ | Bought | 200.0000 | 01/28/21 | 02/01/21 | 12.7500 | 2,550.00 | |
| SPARTAN ACQUISITION CORP: SPRQ | Bought | 384.0000 | 01/28/21 | 02/01/21 | 12.7500 | 4,896.00 | |
| ████████ ████ | ████ | ████ | ████ | ████ | ████ | ████ | |
| ████████ ████ | ████ | ████ | ████ | ████ | ████ | ████ | |
| ████████ ████ | ████ | ████ | ████ | ████ | ████ | | |
| ████████ ████ | ████ | ████ | ████ | ████ | ████ | ████ | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███████**5424**

**Statement Period**
**January 1-31, 2021**

## Trades Pending Settlement (continued)

| | | Transaction | | Quantity | Trade Date | Settle Date | Unit Price | Purchase/Debit | Sale/Credit |
|---|---|---|---|---|---|---|---|---|---|
| ██████████ | ████ | ████ | | ████ | ████ | ████ | ████ | ████ | |
| **Total Trades Pending Settlement** | | | | | | | | ████ | |

*Pending transactions are not included in account value.*

## Contribution Summary

| | 2020 | 2021 |
|---|---|---|
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **t** | Data for this holding has been edited or provided by a third party. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/compensation.

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.





**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| 5424 | **March 1-31, 2021** |

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*



LI WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

03/31-67073-TTIB2510-133011 *2



**Contributory IRA of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████5424

**Statement Period**
**March 1-31, 2021**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
All references to "Schwab" in this document refer to the broker-dealer Charles Schwab & Co., Inc. Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings you should verify its content with this statement. Securities, products, and services are not available in all countries and are subject to country specific restrictions.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep Feature and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Bank Sweep and Bank Sweep for Benefit Plans features as a Schwab Cash feature for your brokerage account. Deposit accounts constitute direct obligations of banks affiliated with Schwab and are not obligations of Schwab. Deposit accounts are insured by the FDIC within applicable limits. The balance in the bank deposit accounts can be withdrawn on your order and the proceeds returned to your securities account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the and Bank Sweep for Benefit Plans- features, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Estimated Annual Income:** Derived from information provided by out-side parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon for making investment decisions.
**Fees and Charges:** It is your responsibility, and not Schwab's, to verify the accuracy of all fees. Margin interest charged to your Account during the statement period is included in this section of the statement.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep

and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Latest Price/Price (Investment Detail Section Only):** The most recent price evaluation available on the last business day of the statement period, normally the last trade price or bid. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships (LP) and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your periodic statement for this security is unpriced. FINRA rules require that certain LP and REIT securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price; if applicable, that accurate valuation information may not be available.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party and Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Option Customers:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions by an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If, on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than 1/2 of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products

and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information is not a solicitation or a recommendation to buy or sell. It may, however, be helpful for investment and tax planning strategies. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**COMPLAINT CONTACT INFORMATION:** Complaints about Schwab statements, products or services may be directed to 1-800-435-4000. For clients residing outside of the U.S., call collect +1-415-667-8400. Please send any written complaints to the Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA.
**Address Changes:** It is your obligation to keep Schwab informed of any changes in your address, telephone number or other contact information. If you fail to notify Schwab of those changes, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. For assistance, you may contact Schwab at 1-800-435-4000. Clients residing outside of the U.S. may call Schwab collect at +1-415-667-8400.
**Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. Schwab or an affiliate acts as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Sweep Funds and as Transaction Services Agent for the Government Money Fund. Schwab or an affiliate is compensated by the Sweep Funds for acting in each of these capacities other than as Distributor. The amount of such compensation is disclosed in the prospectus. Additional information will be provided upon written request. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request.
Any third party trademarks appearing herein are the property of their respective owners. Schwab and its affiliated banks are subsidiaries of The Charles Schwab Corporation.
(1017-7MAX)

SIPC has taken the position that it will not cover the balances held in your deposit accounts maintained under programs like our Bank Sweep feature. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
© 2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0616-1157)



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**■■■■5424**

**Statement Period**
**March 1-31, 2021**

## Account Value as of 03/31/2021:$ ▉▉▉▉▉▉

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ▉▉▉▉ | ▉▉▉▉ |
| Credits | ▉ | ▉ |
| Debits | ▉ | ▉) |
| Transfer of Securities (In/Out) | ▉ | ▉ |
| Income Reinvested | ▉ | ▉ |
| Change in Value of Investments | ▉ | ▉ |
| **Ending Value on 03/31/2021** | $ ▉ | ▉2 |
| **Total Change in Account Value** | ▉ | ▉ |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep[X,Z] | ▉ | ▉ |
| Equities | ▉ | ▉ |
| Exchange Traded Funds | ▉ | ▉ |
| Other Assets | ▉ | ▉ |
| **Total Assets Long** | ▉ | |
| Settled Debit Balance | ▉ | |
| **Total Account Value** | ▉ | ▉ |



- 59% Equities
- 14% Exchange Traded Funds
- 27% Bank Sweep [X,Z]

To explore the features of this statement visit schwab.com/premiumstatement



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████**5424**

**Statement Period**
**March 1-31, 2021**

|  | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| **Gain or (Loss) Summary** | **This Period** | |
| **All Investments** | ████████ | ████████ |

*Values may not reflect all of your gains/losses. Cost basis may change and be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional gain or (loss) information refer to Terms and Conditions.*

| Income Summary | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ████ | ████ |
| Cash Dividends | ████ | ██████ |
| **Total Income** | ████ | ██████ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**

| Cash Transactions Summary | This Period | Year to Date |
|---|---|---|
| **Starting Cash*** | ████████ | ████████ |
| Deposits and other Cash Credits | ███ | ███ |
| Investments Sold | ██████ | ██████ |
| Dividends and Interest | ███ | ███ |
| Withdrawals and other Debits | ███ | ███ |
| Investments Purchased | ███████ | ███████ |
| Fees and Charges | ████ | ████ |
| **Total Cash Transaction Detail** | ██████ | ██████ |
| **Ending Cash*** | ████████ | ████████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.                **Page 4 of 12**



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████5424

**Statement Period**
**March 1-31, 2021**

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ████ | ████ | ██ |
| **Total Bank Sweep** X,Z | ████ | ████ | ██ |
| **Total Bank Sweep** | | ████ | ██ |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ████ / ████ | ████ | ████ | ████ / ████ | ██ | ████ | ████ | ██ |
| ████ / ████ | ████ | ████ | ████ / ████ | ██ | ████ | ██ | ██ |
| ████ / ████ | ████ | ████ | ████ / ████ | ██ | ████ | ████ | ████ |
| ████ / ████ | ████ | ████ | ████ / ████ | ██ | ████ | ██ | ██ |
| ████ / ████ | ████ | ████ | ████ / ████ | ██ | ████ | ██ | ██ |
| ████ / ████ | ████ | ████ | ████ / ████ | ██ | ████ | ██ | ██ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| ███5424 | **March 1-31, 2021** |

## Investment Detail - Equities (continued)

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** (continued) | | | *Cost Basis* | | | | |
| **SPARTAN ACQUISITION CO F** | 1,570.0000 | 10.46000 | 16,422.20 | 6% | (1,672.05) | N/A | N/A |
| CLASS      A | | | *18,094.25* | | | | |
| SYMBOL: SPRQ | | | | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

## Investment Detail - Exchange Traded Funds

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Exchange Traded Funds** | | | *Cost Basis* | | | | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███5424

**Statement Period**
**March 1-31, 2021**

## Investment Detail - Exchange Traded Funds (continued)

| Exchange Traded Funds | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ███████████ | ██████ | ██████ | ██████ | ████ | ████████ | ███ | ███ |
| ██████████ | | | ██████ | | | | |
| ██████ | | | | | | | |
| **Total Exchange Traded Funds** | ██████ | | ██████ | ████ | ████████ | | ███ |
| | | ████████████ | ██████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

## Investment Detail - Other Assets

| Other Assets | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ██████████████ | ██████ | ██████ | ████ | ████ | ████████ | ███ | ███ |
| █████████ | | | ██████ | | | | |
| ██████ | | | | | | | |
| **Total Other Assets** | ██████ | | ████ | ████ | ████████ | | ███ |
| | | ***Total Cost Basis:*** | ████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████**5424**

**Statement Period**
**March 1-31, 2021**

## Investment Detail - Total

| | |
|---|---|
| **Total Investment Detail** | ██████ |
| **Total Account Value** | ██████ |
| *Total Cost Basis* | ██████ |

## Gain or (Loss) on Investments Sold

| Investments | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|
| ████████████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████████████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████████████ | ████ | ████ | ████ | ████ | ██████ | ████ |
| **Total Gain or (Loss) on Investments Sold** | | | | ████ | ████ | ████ |

*Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.*
*Option Customers:  Gain/loss on investments sold is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.*

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ████ | ████ | ████ | ████████████ ███ ████ ████ | ████ | ████ | ████ |
| 03/19/21 | 03/17/21 | Bought | SPARTAN ACQUISITION CORP CLASS          A: SPRQ | 785.0000 | 10.3000 | (8,085.50) |
| ████ | ████ | ███ | ████████████ | ████ | ████ | ████ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 8 of 12**



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████**5424**

**Statement Period**
**March 1-31, 2021**

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ████ | ████ | ██ | ████████ | ███ | ███ | ██ |
| ████ | ████ | ██ | ████████ | ███ | ███ | ████ |
| ████ | ████ | █████ | ████████ ██████ | ███ | | |
| ████ | ████ | ███ | ████████ ██████ | ███ | | |
| ████ | ████ | ███ | ████████ ██ ██ | ███ | | |

| **Total Equities Activity** | | | | | | ██████ |

### Other Assets Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ████ | ████ | ██ | ████████ ██ | ██ | ██ | ██ |
| ████ | ████ | ██ | ████████ ██ | ██ | ██ | ██ |
| ████ | ████ | ██ | ████████ ██ | ██ | ██ | ██ |
| ████ | ████ | █████ | ████████ ██ | ███ | | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| ▉5424 | **March 1-31, 2021** |

## Transaction Detail - Purchases & Sales (continued)

### Other Assets Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ ▉ | ▉ | | |
| **Total Other Assets Activity** | | | | | | ▉ |
| **Total Purchases & Sales** | | | | | | ▉ |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 03/15/21 | 03/16/21 | Bank Interest [X,Z] | ▉ | ▉ |
| **Total Dividends & Interest** | | | | ▉ |

## Transaction Detail - Fees & Charges

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 03/30/21 | 03/30/21 | ▉ | ▉ | ▉ |
| **Total Fees & Charges** | | | | ▉ |

| **Total Transaction Detail** | ▉ |
|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████**5424**

**Statement Period**
**March 1-31, 2021**

## Bank Sweep Activity



| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance** [X,Z] | | | | | ████ |
| ████ | ████ | ████ | ████ | | ████ |
| ████ | ████ | ████ | | ████ | ████ |
| ████ | ████ | ████ | ████ | | ████ |
| ████ | ████ | ████ | | ████ | ████ |
| ████ | ████ | ████ | ████ | | |
| ████ | ████ | ████ | | | ████ |
| ████ | ████ | ████ | | ████ | ████ |
| ████ | ████ | ████ | ████ | | ████ |
| **Total Activity** | | | ████ | ████ | |
| **Ending Balance** [X,Z] | | | | | ████ |

*Bank Sweep: Interest Rate as of 03/31/21 was 0.01%.* [Z]

## Contribution Summary

| | 2020 | 2021 |
|---|---|---|
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████**5424**

**Statement Period**
**March 1-31, 2021**

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **t** | Data for this holding has been edited or provided by a third party. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/compensation.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| 5424 | **July 1-31, 2021** |

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*



## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 11**

07/30-67074-TTIP2606-192908 *2



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
◼◼◼◼**5424**

**Statement Period**
**July 1-31, 2021**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
- You can lose more funds than you deposit in the margin account.
- Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
- You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
- Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.

**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 11**



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████**5424**

**Statement Period**
**July 1-31, 2021**

## Account Value as of 07/31/2021: $ ████████

## Change in Account Value



| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | ████ | ████ |
| Credits | | |
| Debits | | ) |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | | |
| **Ending Value on 07/31/2021** | | |
| *Accrued Income*$^d$ | | |
| **Ending Value with Accrued Income**$^d$ | | |
| **Total Change in Account Value** | | |
| ***Total Change with Accrued Income***$^d$ | | |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep$^{X,Z}$ | | |
| Equities | | |
| Exchange Traded Funds | | |
| Other Assets | | |
| **Total Assets Long** | | |
| Settled Debit Balance | | |
| **Total Account Value** | $ | |



- ■ 76% Equities
- ■ 9% Bank Sweep [X,Z]
- □ 15% Exchange Traded Funds

To explore the features of this statement visit schwab.com/premiumstatement



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█5424

**Statement Period**
**July 1-31, 2021**

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | **This Period** | |

**All Investments**
█
█

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | █ | █ |
| Cash Dividends | █ | █ |
| **Total Income** | █ | █ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| **Account Number** | **Statement Period** |
|---|---|
| ▮5424 | **July 1-31, 2021** |

## Cash Transactions Summary

|  | This Period | Year to Date |
|---|---|---|
| **Starting Cash** * | ▮▮▮ | ▮▮ |
| Deposits and other Cash Credits | ▮ | ▮ |
| Investments Sold | ▮ | ▮▮ |
| Dividends and Interest | ▮ | ▮ |
| Withdrawals and other Debits | ▮ | ▮ |
| Investments Purchased | ▮▮ | ▮▮ |
| Fees and Charges | ▮ | ▮ |
| **Total Cash Transaction Detail** | ▮▮ | ▮▮ |
| **Ending Cash** * | ▮▮ | ▮▮ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Investment Detail - Cash and Bank Sweep

| Cash | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| Cash | ▮ | ▮ |  |
| **Total Cash** | ▮ | ▮ |  |

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ▮ | ▮ | ▮ |
| **Total Bank Sweep** X,Z | ▮ | ▮ | ▮ |
| **Total Cash and Bank Sweep** |  | ▮ | ▮ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████ **5424**

**Statement Period**
**July 1-31, 2021**

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ███████████ ████ | ███ | ███ | ███ ███ | █ | ███ | █ | █ |
| ████ ███ | ███ | ███ | ███ ███ | █ | ███ | ██ | ██ |
| ████ ███ | ███ | ███ | ███ ███ | █ | ███ | █ | ██ |
| ████ ███ | ███ | ███ | ███ ███ | █ | ███ | ██ | ██ |
| | | | | | ████████████ | | |
| ███████ ████ | ███ | ██ | ███ ███ | █ | ███ | █ | █ |
| ██████████ ██ █ ██████ | ███ | ██ | ███ ███ | █ | ███ | █ | █ |
| ████ ████ | ███ | ███ | ███ ███ | █ | ███ | █ | █ |
| **SUNLIGHT FINL HOLDINGS I** | **4,345.0000** | **8.21000** | **35,672.45** | **12%** | **(5,459.30)** | **N/A** | **N/A** |
| SYMBOL: SUNL | | | *41,131.75* | | | | |



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| ███5424 | **July 1-31, 2021** |

## Investment Detail - Equities (continued)

| Equities (continued) | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ████████ █ | ███ | ███ | ███ | ██ | ████ | ██ | ███ |
| ██ █ | | | ███ | | | | |
| ███ | | | | | | | |
| **Total Equities** | ████ | | ███ | ██ | ████ | | ███0 |
| | | **Total Cost Basis:** | ███ | | | | |

*Total Accrued Dividend for Equities:* ███

## Investment Detail - Exchange Traded Funds

| Exchange Traded Funds | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ████ | ███ | ███ | ███ | ██ | ████ | ██ | ██ |
| ███ | | | ███ | | | | |
| ██ | | | | | | | |
| ████ | ███ | ███ | ███ | ██ | ███ | ██ | ██ |
| ███ | | | ███ | | | | |
| ██ | | | | | | | |
| ████ | ███ | ███ | ███ | ██ | ████ | █ | █ |
| ██ | | | ███ | | | | |
| SYMBOL: ROBO | | | | | | | |
| **Total Exchange Traded Funds** | ███ | | ███ | ██ | ████ | | ██ |
| | | **Total Cost Basis:** | 4███ | | | | |



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| | |
|---|---|
| **Account Number** | **Statement Period** |
| ⬛5424 | **July 1-31, 2021** |

## Investment Detail - Other Assets

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Other Assets** | | | *Cost Basis* | | | | |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ |
| ⬛ | | | ⬛ | | | | |
| ⬛ | | | | | | | |
| ⬛ | ⬛ | | ⬛ | ⬛ | ⬛ | | ⬛ |
| | | ⬛ | ⬛ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ⬛ |

| | |
|---|---|
| **Total Account Value** | ⬛ |
| *Total Cost Basis* | ⬛ |

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 07/12/21 | 07/12/21 | Stock Merger | SPARTAN ACQUISITION CXXX CORP ACT | (1,570.0000) | | |
| 07/12/21 | 07/12/21 | Stock Merger | SUNLIGHT FINL HOLDINGS I:  SUNL | 1,570.0000 | | |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| ███5424 | July 1-31, 2021 |

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 07/19/21 | 07/15/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 1,000.0000 | 8.5000 | (8,500.00) |
| 07/19/21 | 07/15/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 88.0000 | 8.5000 | (748.00) |
| 07/19/21 | 07/15/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 90.0000 | 8.5000 | (765.00) |
| 07/19/21 | 07/15/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 5.0000 | 8.5000 | (42.50) |
| 07/19/21 | 07/15/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 300.0000 | 8.5000 | (2,550.00) |
| 07/19/21 | 07/15/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 292.0000 | 8.5000 | (2,482.00) |
| 07/20/21 | 07/16/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 50.0000 | 7.9500 | (397.50) |
| 07/20/21 | 07/16/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 950.0000 | 7.9500 | (7,552.50) |
| ███ | ███ | ███ | ███████ █ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███████ █ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███████ █ | ███ | ███ | ███ |

| **Total Equities Activity** | ███████ |
|---|---|

| **Total Purchases & Sales** | ███████ |
|---|---|

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ███ | ███ | ███████ | █████████████ | ███ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███████**5424**

**Statement Period**
**July 1-31, 2021**

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)  (continued)



| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ██████ | ██████ | ████████ █ | ████████████████ | ██ |
| **Total Dividends & Interest** | | | | ██ |

| | | |
|---|---|---|
| **Total Transaction Detail** | | ██████ |

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance** [X,Z] | | | | | ██████ |
| ██████ | ████████ | ████████████ █ | | ██ | ██ |
| ██████ | ████████ | ████████████ █ | | ██ | ██ |
| ██████ | ███████ █ | ███████████████ | | ██ | ██ |
| ██████ | ████████ | ████████████ | ██ | | ██ |
| ██████ | ████████ | ████████████ | ██ | | ██ |
| ██████ | ████████ | ████████████ | ██ | | ██ |
| ██████ | ████████ | ████████████ | ██ | | ██ |
| **Total Activity** | | | ██████ | ████ | |
| **Ending Balance** [X,Z] | | | | | ██████ |

*Bank Sweep: Interest Rate as of 07/30/21 was 0.01%.* [Z]



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████**5424**

**Statement Period**
**July 1-31, 2021**

## Pending Corporate Actions

|  | Transaction | Quantity | Payable Date | Rate per Share | Share Distribution | Cash Distribution |
|---|---|---|---|---|---|---|
| ████████ | ██████████ | ████ | ████ | ████ | | ███ |
| ██████████ | | | | | | ██ |

*Pending transactions are not included in account value.*

## Contribution Summary

|  | 2020 | 2021 |
|---|---|---|
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **d** | Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your brokerage account, but the income and/or dividends have not been received into your account and Schwab makes no representation that they will. Accrued amounts are not covered by SIPC account protection until actually received and held in the account. |
| **t** | Data for this holding has been edited or provided by a third party. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.





**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**



| Account Number | Statement Period |
|---|---|
| ██ **5424** | **August 1-31, 2021** |

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*



## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 10**

08/31-67074-TTIP2606-134526 *2



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████5424

**Statement Period**
**August 1-31, 2021**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
- You can lose more funds than you deposit in the margin account.
- Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
- You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
- Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.
**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 10**



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████**5424**

**Statement Period**
**August 1-31, 2021**

## Account Value as of 08/31/2021:$ ████████

## Change in Account Value

|  | This Period | Year to Date |
|---|---|---|
| **Starting Value** | ██████ | ██████ |
| Credits | ██ | ██ |
| Debits | ██ | ██ |
| Transfer of Securities (In/Out) | ██ | ██ |
| Income Reinvested | ██ | ██ |
| Change in Value of Investments | ██ | ██ |
| **Ending Value on 08/31/2021** | | |
| **Total Change in Account Value** | ████ | ████ |



Account Value [in Thousands]

## Asset Composition

|  | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep[X,Z] | ████ | ██ |
| Equities | ████ | ██ |
| Exchange Traded Funds | ████ | ██ |
| Other Assets | ████ | ██ |
| **Total Assets Long** | ████ | |
| Settled Debit Balance | ██ | |
| **Total Account Value** | ████ | ██ |



- 79% Equities
- 5% Bank Sweep [X,Z]
- 16% Exchange Traded Funds

To explore the features of this statement visit schwab.com/premiumstatement



**Contributory IRA  of
LI WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY**

**Account Number**
█5424

**Statement Period**
**August 1-31, 2021**

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | **This Period** | |
| **All Investments** | ██ | ████ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ██ | ██ |
| Cash Dividends | ██ | ███ |
| **Total Income** | ██ | ███ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████5424

**Statement Period**
**August 1-31, 2021**

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash** * | ████ | ████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ██ | ████ |
| Dividends and Interest | ██ | ███ |
| Withdrawals and other Debits | ██ | ██ |
| Investments Purchased | ████ | ████ ) |
| Fees and Charges | ██ | ██ |
| **Total Cash Transaction Detail** | ████ | ████ |
| **Ending Cash** * | ████ | ████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ████ | ████ | ██ |
| **Total Bank Sweep** X,Z | ████ | ████ | ██ |
| **Total Bank Sweep** | | ████ | ██ |



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████5424

**Statement Period**
**August 1-31, 2021**

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ███████████████ ████████ | ████ | ████ | ████ ████ | ██ | █████ | ███ | ████ |
| ██████ ███████ | ████ | ████ | ████ ████ | ██ | █████ | ███ | ████ |
| ██████ ██████ | ████ | ████ | ████ ████ | ██ | █████ | ███ | ████ |
| ██████ ██████ | ████ | ████ | ████ ████ | ██ | █████ | ███ | ████ |
| ██████████████ ██████ | ████ | ████ | ████ ████ | ██ | █████ | ███ | ████ |
| ████████████████ ███ █ ████████ | ████ | ████ | ████ ████ | ██ | █████ | ███ | ████ |
| ███████ ████████ | ████ | ████ | ████ ████ | ██ | █████ | ███ | ████ |
| **SUNLIGHT FINL HOLDINGS I** SYMBOL: SUNL | **6,845.0000** | **5.45000** | **37,305.25** *55,256.75* | **13%** | **(17,951.50)** | **N/A** | **N/A** |
| ██████████████ █ ████ █ ████ | ████ | ████ | ████ ████ | ██ | █████ | ███ | ████ |
| **Total Equities** | ████ | | ████ **Total Cost Basis:** ████ | ██ | █████ | | ████ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████**5424**

**Statement Period**
**August 1-31, 2021**

## Investment Detail - Exchange Traded Funds

| Exchange Traded Funds | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | Cost Basis | | | | |
| ████ | ██ | ██ | ██ | █ | ██ | ██ | ██ |
| ████ | | | ██ | | | | |
| ███ | | | | | | | |
| █████ | ██ | ██ | ██ | █ | ██ | ██ | ██ |
| ████ | | | ██ | | | | |
| ███ | | | | | | | |
| █████ | ██ | ██ | ██ | █ | ██ | █ | █ |
| ███ | | | ██ | | | | |
| ███ | | | | | | | |
| **Total Exchange Traded Funds** | ██ | | ██ | ██ | ██ | | ██ |
| **Total Cost Basis:** | | | ██ | | | | |

## Investment Detail - Other Assets

| Other Assets | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | Cost Basis | | | | |
| █████ | ██ | ██ | ██ | █ | ██ | █ | █ |
| ████ | | | ██ | | | | |
| ███ | | | | | | | |
| **Total Other Assets** | ██ | | ██ | ██ | ██ | | ██ |
| **Total Cost Basis:** | | | ██ | | | | |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| ▮5424 | **August 1-31, 2021** |

## Investment Detail - Total

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EY and EAI will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ▮▮▮ |
| **Total Account Value** | ▮▮▮ |
| ***Total Cost Basis*** | ▮▮▮ |

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 08/23/21 | 08/19/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 2,500.0000 | 5.6500 | 0.00 | (14,125.00) |

| | |
|---|---|
| **Total Equities Activity** | **(14,125.00)** |
| **Total Purchases & Sales** | **(14,125.00)** |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████ **5424**

**Statement Period**
**August 1-31, 2021**

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)  (continued)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ████ | ████ | ██████████ | ████████████████ | ██ |
| **Total Dividends & Interest** | | | | ██ |

| | | |
|---|---|---|
| **Total Transaction Detail** | | ██████ |

## Bank Sweep Activity



*Bank Sweep: Interest Rate as of 08/31/21 was 0.01%.* [Z]



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████5424

**Statement Period**
**August 1-31, 2021**

## Contribution Summary

|  | 2020 | 2021 |
|---|---|---|
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **t** | Data for this holding has been edited or provided by a third party. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**



| Account Number | Statement Period |
|---|---|
| ▮5424 | **November 1-30, 2021** |

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*

LI WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 10**

11/30-67074-TTIP2607-101620 *



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
5424

**Statement Period**
**November 1-30, 2021**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
- You can lose more funds than you deposit in the margin account.
- Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
- You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
- Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.

**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 10**



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| **Account Number** | **Statement Period** |
|---|---|
| ▉▉▉**5424** | **November 1-30, 2021** |

## Account Value as of 11/30/2021: ▉▉▉▉▉▉

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | ▉ | ▉ |
| Credits | ▉ | ▉ |
| Debits | ▉ | ) |
| Transfer of Securities (In/Out) | ▉ | 0 |
| Income Reinvested | ▉ | ▉ |
| Change in Value of Investments | ▉ | ▉ |
| **Ending Value on 11/30/2021** | ▉ | **18** |
| **Total Change in Account Value** | ▉ | ▉ |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep$^{X,Z}$ | ▉ | ▉% |
| Equities | ▉ | ▉ |
| **Total Assets Long** | ▉ | |
| Settled Debit Balance | 0.00 | |
| **Total Account Value** | ▉ | ▉% |



- 19% Bank Sweep [X,Z]
- 81% Equities

To explore the features of this statement visit schwab.com/premiumstatement



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████**5424**

**Statement Period**
**November 1-30, 2021**

|  | **Gain or (Loss) on Investments Sold** | **Unrealized Gain or (Loss)** |
|---|---|---|
| **Gain or (Loss) Summary** | **This Period** |  |
| **All Investments** | $0.00 | ██████ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ████ | ████ |
| Cash Dividends | ████ | ████ |
| **Total Income** | ████ | ████ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████ 5424

**Statement Period**
**November 1-30, 2021**

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash** * | ██████ | ████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ██ | ████ |
| Dividends and Interest | ██ | ████ |
| Withdrawals and other Debits | ██ | ██ |
| Investments Purchased | ████ | ████ |
| Fees and Charges | ██ | ██ |
| **Total Cash Transaction Detail** | ████ | ████ |
| **Ending Cash** * | ████ | ████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ████ | ████ | ██ |
| **Total Bank Sweep** X,Z | ████ | ████ | ██ |
| **Total Bank Sweep** | | ████ | ██ |



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| | Account Number | Statement Period |
|---|---|---|
| | ██████5424 | **November 1-30, 2021** |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ████████████████ ██████████ | ████████ | ████████ | ████████ ████████ | ███ | ████████ | ███ | ████ |
| ██████ ██████████ | ████████ | ████████ | ████████ ████████ | ███ | ████████ | ███ | ████ |
| ██████████████ ██████████ | ████████ | ████████ | ████████ ████████▌ | ███ | ████████ | ███ | ████ |
| ██████████ ██████████ | ████████ | ████████ | ████████ ████████▌ | ███ | ████████ | ███ | ████ |
| **SUNLIGHT FINL HOLDINGS I** SYMBOL: SUNL | **23,265.0000** | **4.37000** | **101,668.05** *135,929.75* | **39%** | **(34,261.70)** | **N/A** | **N/A** |
| ███████████████▐ ██████▐ ██████████ | ████████ | ████████ | ████████ ████████ | ███ | ████████ | ███ | ████ |
| **Total Equities** | ████████ | | ████████ | ███ | ████████ | | ████0 |
| | | *Total Cost Basis:* | ████████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| | |
|---|---|
| **Account Number** | **Statement Period** |
| ███████ **5424** | **November 1-30, 2021** |

| | |
|---|---|
| **Total Investment Detail** | ████████ |
| **Total Account Value** | ████████ |
| *Total Cost Basis* | ████████ |

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 11/08/21 | 11/04/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 600.0000 | 5.6500 | 0.00 | (3,390.00) |
| 11/08/21 | 11/04/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 4.0000 | 5.6500 | 0.00 | (22.60) |
| 11/08/21 | 11/04/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 42.0000 | 5.6500 | 0.00 | (237.30) |
| 11/08/21 | 11/04/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 6.0000 | 5.6500 | 0.00 | (33.90) |
| 11/08/21 | 11/04/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 2,878.0000 | 5.6500 | 0.00 | (16,260.70) |
| 11/08/21 | 11/04/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 296.0000 | 5.6500 | 0.00 | (1,672.40) |
| 11/08/21 | 11/04/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 594.0000 | 5.6500 | 0.00 | (3,356.10) |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
■■■■■**5424**

**Statement Period**
**November 1-30, 2021**

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 5,000.0000 | 4.9800 | 0.00 | (24,900.00) |
| 11/26/21 | 11/23/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 5,000.0000 | 4.4800 | 0.00 | (22,400.00) |
| 11/30/21 | 11/26/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 274.0000 | 4.2000 | 0.00 | (1,150.80) |
| 11/30/21 | 11/26/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 300.0000 | 4.2000 | 0.00 | (1,260.00) |
| 11/30/21 | 11/26/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 30.0000 | 4.2000 | 0.00 | (126.00) |
| 11/30/21 | 11/26/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 1,396.0000 | 4.2000 | 0.00 | (5,863.20) |

| | |
|---|---|
| **Total Equities Activity** | **(80,673.00)** |

| | |
|---|---|
| **Total Purchases & Sales** | **(80,673.00)** |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ■■■■ | ■■■■ | ■■■■ | ■■■■ | ■■ |
| ■■■■ | ■■■■ | ■■■■ | ■■■■ | ■■ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████5424

**Statement Period**
**November 1-30, 2021**

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested) (continued)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ██████ | ██████ | ████████ █ | ███████████████ | ██ |
| **Total Dividends & Interest** | | | | ██ |

| | | |
|---|---|---|
| **Total Transaction Detail** | | ██████ |

## Bank Sweep Activity



| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance X,Z |
|---|---|---|---|---|---|
| **Opening Balance X,Z** | | | | | ██████ |
| ████ | ██████ | █████████████ | ████ | | ████ |
| ████ | ██████ | ████████████ █ | | ██ | ████ |
| ████ | ██████ | ████████████ █ | | ██ | ████ |
| ████ | ███████ █ | ███████████████ | | ██ | ████ |
| ████ | ██████ | ██████████████ | ██ | | ████ |
| ████ | ██████ | ██████████████ █ | | ██ | ████ |
| ████ | ██████ | █████████████ | ████ | | ████ |
| ████ | ██████ | █████████████ | ████ | | ████ |
| ████ | ██████ | █████████████ | | | ████ |
| **Total Activity** | | | ████ | ████ | |
| **Ending Balance X,Z** | | | | | ██████ |

*Bank Sweep: Interest Rate as of 11/30/21 was 0.01%.* Z



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████**5424**

**Statement Period**
**November 1-30, 2021**

## Contribution Summary

|  | 2020 | 2021 |
|---|---|---|
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **t** | Data for this holding has been edited or provided by a third party. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**



**Account Number**
█████**5424**

**Statement Period**
**December 1-31, 2021**

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*



LI WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 10**

12/31-67074-TTIP2611-104914 *1-2-3-4



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████5424

**Statement Period**
**December 1-31, 2021**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
• You can lose more funds than you deposit in the margin account.
• Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
• You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
• Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.
**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 10**



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| 5424 | **December 1-31, 2021** |

## Account Value as of 12/31/2021:$ ▮▮▮▮▮

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ▮▮▮▮ | ▮▮▮▮ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | | |
| **Ending Value on 12/31/2021** | $ ▮▮▮▮ | ▮▮▮▮ |
| **Total Change in Account Value** | ▮▮▮▮ | ▮▮▮▮ |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep$^{X,Z}$ | ▮▮▮▮ | ▮▮ |
| Equities | ▮▮▮▮ | ▮▮ |
| **Total Assets Long** | ▮▮▮▮ | |
| Settled Debit Balance | | |
| **Total Account Value** | ▮▮▮▮ | ▮▮ |



- 5% Bank Sweep [X,Z]
- 95% Equities

To explore the features of this statement visit schwab.com/premiumstatement



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████5424

**Statement Period**
**December 1-31, 2021**

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | **This Period** | |
| **All Investments** | ████ | ████ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ████ | ████ |
| Cash Dividends | ████ | ████ |
| **Total Income** | ████ | ████ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████ **5424**

**Statement Period**
**December 1-31, 2021**

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash** * | ████████ | ██████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ██ | ██████ |
| Dividends and Interest | ██ | ████ |
| Withdrawals and other Debits | ██ | ██ |
| Investments Purchased | (██████ | ██████ |
| Fees and Charges | ██ | ████ |
| **Total Cash Transaction Detail** | ██████ | ██████ |
| **Ending Cash** * | ██████ | ██████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ██████ | ██████ | ██ |
| **Total Bank Sweep** X,Z | ██████ | ██████ | ██ |
| **Total Bank Sweep** | | ██████ | ██ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 5 of 10**



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| | Account Number | Statement Period |
|---|---|---|
| | ██████5424 | **December 1-31, 2021** |

## Investment Detail - Equities

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** | | | *Cost Basis* | | | | |
| ████████████████ ███████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ██ |
| ████ ████████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ██ |
| ███████████████ ████ | ████ | ████ | ████ █ | ██ | ████ | ██ | ██ |
| ███████████ ███████ | ████ | ████ | ████ █ | ██ | ████ | ██ | ██ |
| **SPARTAN ACQUISITION CORP** SYMBOL: SUNL | 28,265.0000 | 4.78000 | 135,106.70 *153,929.75* | 49% | (18,823.05) | N/A | N/A |
| █████████████████ █ ████ █ █████████E | ████ | ████ | ████ ████ | ██ | ████ | ██ | ██ |
| **Total Equities** | ████ | | ████ | ██ | ████ | | ████ |
| | **Total Cost Basis:** | | ████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| | |
|---|---|
| **Account Number** | **Statement Period** |
| ▮▮▮▮5424 | **December 1-31, 2021** |

| | |
|---|---|
| **Total Investment Detail** | ▮▮▮▮ |
| **Total Account Value** | ▮▮▮▮ |
| *Total Cost Basis* | ▮▮▮▮ |

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP: SUNL | 400.0000 | 3.6000 | 0.00 | (1,440.00) |
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP: SUNL | 100.0000 | 3.6000 | 0.00 | (360.00) |
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP: SUNL | 100.0000 | 3.6000 | 0.00 | (360.00) |
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP: SUNL | 200.0000 | 3.6000 | 0.00 | (720.00) |
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP: SUNL | 299.0000 | 3.6000 | 0.00 | (1,076.40) |
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP: SUNL | 3,600.0000 | 3.6000 | 0.00 | (12,960.00) |
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP: SUNL | 301.0000 | 3.6000 | 0.00 | (1,083.60) |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████**5424**

**Statement Period**
**December 1-31, 2021**

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| ████ | ████ | ████ | ██████████ █ | ████ | ████ | ███ | ████ |
| | | | ████   ████ | | | | |

| | | |
|---|---|---|
| **Total Equities Activity** | | (████ |
| **Total Purchases & Sales** | | (████ |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ████ | ████ | ██████ █ | ██████████ | ██ |
| **Total Dividends & Interest** | | | | ██ |

| | |
|---|---|
| **Total Transaction Detail** | ████ |

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance [X,Z]** | | | | | ████ |
| 12/15/21 | Interest Paid [X,Z] | ██████████████ | | ██ | ████ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████ **5424**

**Statement Period**
**December 1-31, 2021**

## Bank Sweep Activity (continued)

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | | ████ |
| ████ | ████ | ████ | ████ | | ████ |
| ████ | ████ | ████ ▪ | | ████ | ████ |
| ████ | ████ | ████ | ████ | | ████ |
| **Total Activity** | | | ████ | ████ | |
| **Ending Balance** [X,Z] | | | | | ████ |

*Bank Sweep: Interest Rate as of 12/31/21 was 0.01%.* [Z]

## Contribution Summary

| | 2020 | 2021 |
|---|---|---|
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **t** | Data for this holding has been edited or provided by a third party. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**5424**

**Statement Period**
**December 1-31, 2021**

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**



| Account Number | Statement Period |
|---|---|
| ▉5424 | **June 1-30, 2022** |

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*



LI WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 8**

06/30-67074-TTIP2611-101720 *



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█5424

**Statement Period**
**June 1-30, 2022**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
- You can lose more funds than you deposit in the margin account.
- Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
- You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
- Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.

**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 8**



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███ **5424**

**Statement Period**
**June 1-30, 2022**

## Account Value as of 06/30/2022: $ ███████

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | ███ | ███ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | | |
| **Ending Value on 06/30/2022** | | |
| **Total Change in Account Value** | ███ | ███ |



Account Value [in Thousands]

## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep X,Z | ███ | ███ |
| Equities | | |
| **Total Assets Long** | ███ | |
| Settled Debit Balance | | |
| **Total Account Value** | ███ | ███ % |

To explore the features of this statement visit schwab.com/premiumstatement



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| | | |
|---|---|---|
| **Account Number** | | **Statement Period** |
| ▇▇5424 | | **June 1-30, 2022** |

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | **This Period** | |
| **All Investments** | ▇▇ | ▇▇ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ▇▇ | ▇▇ |
| Cash Dividends | ▇▇ | ▇▇ |
| **Total Income** | ▇▇ | ▇▇ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
■■■■**5424**

**Statement Period**
**June 1-30, 2022**

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash** * | ■■■■ | ■■■■ |
| Deposits and other Cash Credits | ■■ | ■■ |
| Investments Sold | ■■ | ■■ |
| Dividends and Interest | ■■ | ■■ |
| Withdrawals and other Debits | ■■ | ■■ |
| Investments Purchased | ■■ | ■■■ |
| Fees and Charges | ■■ | ■■ |
| **Total Cash Transaction Detail** | ■■ | ■■■ |
| **Ending Cash** * | ■■■ | ■■ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ■■ | ■■ | ■■ |
| **Total Bank Sweep** X,Z | ■■ | ■■ | ■■ |
| **Total Bank Sweep** | | ■■ | ■■ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| ███5424 | **June 1-30, 2022** |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ███████████████ | ████ | ████ | ████ | ██ | ████ | ██ | ████ |
| ███████ | | | ████ | | | | |
| █████ | ████ | ████ | ████ | █ | ████ | ██ | ███ |
| ███████ | | | ████ | | | | |
| ██████████████ | ████ | ████ | ████ | █ | ████ | ██ | ███ |
| ███████ | | | ████ | | | | |
| ████████ | ████ | ████ | ████ | | ████ | ██ | ███ |
| ███████ | | | ████ | | | | |
| **SUNLIGHT FINL HOLDINGS I** | **28,265.0000** | **2.95000** | **83,381.75** | **46%** | **(70,548.00)** | **N/A** | **N/A** |
| SYMBOL: SUNL | | | *153,929.75* | | | | |
| ████████████ █ | ████ | ████ | ████ | █ | ████ | ██ | ███ |
| ████ █ | | | ████ | | | | |
| ███████ | | | | | | | |
| **Total Equities** | ████ | | ████ | ██ | ████ | | ███ |
| **Total Cost Basis:** | | | ████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| ▉5424 | **June 1-30, 2022** |

| | |
|---|---|
| **Total Investment Detail** | **181,416.63** |

| | |
|---|---|
| **Total Account Value** | **181,416.63** |
| *Total Cost Basis* | *335,720.50* |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 06/15/22 | 06/16/22 | ▉ | ▉ | ▉ |
| **Total Dividends & Interest** | | | | ▉ |
| | | | **Total Transaction Detail** | ▉ |

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance [X,Z]** | | | | | ▉ |
| ▉ | ▉ | ▉ | | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | | ▉ | ▉ |
| **Total Activity** | | | ▉ | ▉ | |
| **Ending Balance [X,Z]** | | | | | ▉ |

*Bank Sweep: Interest Rate as of 06/30/22 was 0.15%.* [Z]

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 7 of 8**



**Contributory IRA  of**
**LI WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
5424

**Statement Period**
**June 1-30, 2022**

## Contribution Summary

|  | 2021 | 2022 |
|---|---|---|
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| t | Data for this holding has been edited or provided by a third party. |
| X | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| Z | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



## Contributory IRA of

LI WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

| Account Number | Statement Period |
|---|---|
| ███5424 | September 1-30, 2023 |

## Account Summary

| Ending Account Value as of 09/30 | Beginning Account Value as of 09/01 | Total Value Change ($) |
|---|---|---|
| ████████ | ███████ | ███████ |

| | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | █████ | █████ | █████ |
| Deposits | ██ | ██ | ██0 |
| Withdrawals | ██ | ██ | ██ |
| Dividends and Interest | ██ | ██ | ███ |
| Transfer of Securities(In/Out) | ██ | ██ | ██ |
| Market Value Change | ███ | ████ | ███ |
| Fees | ██ | ██ | ██ |
| **Ending Value** | █████ | █████ | █████ |

## Gain or (Loss) Summary

| | All Positions | | |
|---|---|---|---|
| | Gain | (Loss) | Net |
| This Period | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | ███████ |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are found at schwab.com/transparency

## Online Assistance

  Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

 **Time to go digital**

Sign up for paperless at schwab.com/ez

09/29-83150-ID2042009-130524 *1 #3



LI WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

**1 of 6**



## Contributory IRA of

LI WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

**Statement Period**
September 1-30, 2023

## Asset Allocation

| | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | ■■■■ | ■■ |
| Equities | ■■■■ | ■■ |
| **Total** | ■■■■ | ■■ |

## Income Summary

| | This Period | YTD |
|---|---|---|
| Bank Sweep Interest | ■■■ | ■■ |
| Cash Dividends | ■■ | ■■ |
| **Total Income** | ■■■ | ■■■ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00. There were no margin debits during the margin period. **No interest was charged.**

## Retirement Contribution Details

| Contributions | 2022 | 2023 |
|---|---|---|
| **Total YTD ($)** | **0.00** | **0.00** |

## Positions - Summary

| Beginning Value as of | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | **Ending Value as of 09/30** | | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■■■■ | + | ■■ | + | ■■ | + | ■■ | + | ■■■ | = | ■■■ | | ■■■ | ■■■ |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | Period Income($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK [X,Z] | | | ■■ | ■■ | ■■ | | ■■ | ■■ |
| **Total Cash and Cash Investments** | | | | | ■■ | ■■ | ■■ | | | |



## Contributory IRA of

LI WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Statement Period

September 1-30, 2023

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | Accrued Income($) |
|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| SUNL | SUNLIGHT FINL HOLDINGS I | 1,414.0000 | 0.45050 | 637.01 | 153,929.75 | (153,292.74) | N/A | 0.00 | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| **Total Equities** | | | | ▮ | ▮ | ▮ | | ▮ | ▮ |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 09/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 09/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | | ▮ | | ▮ | | ▮ | | ▮ | | ▮ | | ▮ | | ▮ |

| Other Activity | **$0.00** | Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc. |
|---|---|---|

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | Interest | Bank Interest [X,Z] | | ▮ | | | | ▮ | |
| **Total Transactions** | | | | | | | | ▮ | ▮ |

Date column represents the Settlement/Process date for each transaction.



## Contributory IRA of

LI WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Statement Period

September 1-30, 2023

## Bank Sweep Activity

| Date | Description | Amount | | Date | Description | Amount |
|---|---|---|---|---|---|---|
| 09/01 | **Beginning Balance** X,Z | ███████ | | 09/30 | **Ending Balance** X,Z | ██████ |
| 09/15 | BANK INTEREST - CHARLES SCHWAB BANK X,Z | ████ | | 09/29 | **Interest Rate** * Z | ████ |

* Your interest period was 08/16/23 - 09/15/23. Z

## Pending / Open Activity

| Activity Type | Date | Action | Symbol/ CUSIP | Description | Quantity | Market Price/ Rate per Share($) | Limit Price($) | Settle/ Payable Date | Amount($) |
|---|---|---|---|---|---|---|---|---|---|
| ████████ | | | ████ | ██████ | ████ | ████ | ████ | | |

You can change or cancel any open order by calling us.

## Endnotes For Your Account

i    Value includes incomplete cost basis. If cost basis is not available for an investment, you may be able to provide updates. Please refer to the first page of this statement for instructions or contact information.

t    Data for this holding has been edited or provided by a third party.

X    Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

Z    For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request. **Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep and Bank Sweep for Benefit Plans features, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that

**4 of 6**



**Contributory IRA** of

LI WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Statement Period

September 1-30, 2023

## Terms and Conditions (Continued)

day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005. **Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection. Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include: 1) You can lose more funds than you deposit in the margin account; 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you; 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call; 4) Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you. **Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not Held at Schwab are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab, including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement. **Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts. **Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests. **Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period.

Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower. **Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., **Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features**. Please see your Cash Feature Disclosure Statement for more information on insurance coverage. **Yield to Maturity:** This is the actual average annual return on a note if held to maturity. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions. IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157. **Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. **Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Charles Schwab & Co., Inc., Charles Schwab Bank, Charles Schwab Premier Bank, and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation. © 2023 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. **Member SIPC**. (0822-20UL)

*This page intentionally left blank.*

# Account 2365



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
■**2365**

**Statement Period**
**January 1-31, 2021**

## Your Consultant

Sam Hyatt
VP: Financial Consultant
tel: 1 212-450-1807
email: Sam.Hyatt@schwab.com

## Manage Your Account

**Questions about this statement**
1 (800) 435-4000 - 24/7 Customer service
**For the most current records on your account visit us at**
schwab.com/login *Statements are archived up to 10 years online*

MITCHELL WAX INH IRA
BENE OF BARBARA ROTHMAN
CHARLES SCHWAB & CO INC CUST

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 12**

01/29-67073-TTIB2504-143401 *



Inherited IRA from IRA  of
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████ **2365**

**Statement Period**
**January 1-31, 2021**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
All references to "Schwab" in this document refer to the broker-dealer Charles Schwab & Co., Inc.  Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement.  If you receive any other communication from any source other than Schwab which purports to represent your holdings you should verify its content with this statement. Securities, products, and services are not available in all countries and are subject to country specific restrictions.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep Feature and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Bank Sweep and Bank Sweep for Benefit Plans features as a Schwab Cash feature for your brokerage account. Deposit accounts constitute direct obligations of banks affiliated with Schwab and are not obligations of Schwab. Deposit accounts are insured by the FDIC within applicable limits. The balance in the bank deposit accounts can be withdrawn on your order and the proceeds returned to your securities account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the and Bank Sweep for Benefit Plans- features, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Estimated Annual Income:** Derived from information provided by out-side parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon for making investment decisions.
**Fees and Charges:** It is your responsibility, and not Schwab's, to verify the accuracy of all fees. Margin interest charged to your Account during the statement period is included in this section of the statement.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep

and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Latest Price/Price (Investment Detail Section Only):** The most recent price evaluation available on the last business day of the statement period, normally the last trade price or bid. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only.  Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced.  For Limited Partnerships (LP) and Real Estate Investment Trust (REIT) securities,  you may see that the value reflected on your periodic statement for this security is unpriced. FINRA rules require that certain LP and REIT securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price; if applicable, that accurate valuation information may not be available.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party and Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Option Customers:**  Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions by an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds.  The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period.  Yields vary. If, on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than 1/2 of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products

and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features.
**Gain (or Loss):**  Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information is not a solicitation or a recommendation to buy or sell. It may, however, be helpful for investment and tax planning strategies.  **Schwab does not provide tax advice and encourages you to consult with your tax professional.  Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you.  If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000.  (Outside the U.S., call +1-415-667-8400.) Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).  If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**COMPLAINT CONTACT INFORMATION:**  Complaints about Schwab statements, products or services may be directed to 1-800-435-4000.  For clients residing outside of the U.S., call collect +1-415-667-8400. Please send any written complaints to the Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA.
**Address Changes:**  It is your obligation to keep Schwab informed of any changes in your address, telephone number or other contact information. If you fail to notify Schwab of those changes, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.  For assistance, you may contact Schwab at 1-800-435-4000.  Clients residing outside of the U.S. may call Schwab collect at +1-415-667-8400.
**Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. Schwab or an affiliate acts as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Sweep Funds and as Transaction Services Agent for the Government Money Fund.  Schwab or an affiliate is compensated by the Sweep Funds for acting in each of these capacities other than as Distributor.  The amount of such compensation is disclosed in the prospectus.  Additional information will be provided upon written request. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request.
Any third party trademarks appearing herein are the property of their respective owners. Schwab and its affiliated banks are subsidiaries of The Charles Schwab Corporation.
(1017-7MAX)

SIPC has taken the position that it will not cover the balances held in your deposit accounts maintained under programs like our Bank Sweep feature. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
© 2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0616-1157)



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
■■■■ **2365**

**Statement Period**
**January 1-31, 2021**

# Account Value as of 01/31/2021: $ ■■■■■■

## Change in Account Value



| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | ■ | ■ |
| Credits | ■ | ■ |
| Debits | ■ | ■ |
| Transfer of Securities (In/Out) | ■ | ■ |
| Income Reinvested | ■ | ■ |
| Change in Value of Investments | ■ | ■ |
| **Ending Value on 01/31/2021** | ■ | ■ |
| **Total Change in Account Value** | ■ | ■ |

Account Value [in Thousands]

## Asset Composition



| | Market Value | % of Account Assets |
|---|---|---|
| Cash and Bank Sweep $^{X,Z}$ | ■ | ■ |
| Equities | ■ | |
| Exchange Traded Funds | ■ | % |
| **Total Assets Long** | ■ | |
| **Total Account Value** | ■ | ■ |

- 47% Cash, Bank Sweep [X,Z]
- 40% Equities
- 13% Exchange Traded Funds

To explore the features of this statement visit schwab.com/premiumstatement



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████**2365**

**Statement Period**
**January 1-31, 2021**

|  | **Gain or (Loss) on Investments Sold** | **Unrealized Gain or (Loss)** |
|---|---|---|
| **Gain or (Loss) Summary** | **This Period** | |
| **All Investments** | ████ | ████ |

*Values may not reflect all of your gains/losses. Cost basis may change and be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional gain or (loss) information refer to Terms and Conditions.*

## Income Summary

|  | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ██ | ██ |
| Cash Dividends | ███ | ███ |
| **Total Income** | ███ | ███ |

## Cash Transactions Summary

|  | This Period | Year to Date |
|---|---|---|
| **Starting Cash*** | ████ | ████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ███ | ███ |
| Dividends and Interest | ███ | ███ |
| Withdrawals and other Debits | ██ | ██ |
| Investments Purchased | (███ | (███ |
| Fees and Charges | ██ | ██ |
| **Total Cash Transaction Detail** | ███ | ███ |
| **Ending Cash*** | $ ███ | $ ███ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
█████ **2365**

**Statement Period**
**January 1-31, 2021**

## Investment Detail - Cash and Bank Sweep

| Cash | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| Cash | ██ | ████ | ██ |
| **Total Cash** | ██ | ████ | ██ |

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ███ | ███ | ██ |
| **Total Bank Sweep** X,Z | ███ | ███ | ██ |
| **Total Cash and Bank Sweep** | | ███ | ██ |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / *Cost Basis* | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ████ | ███ | ███ | ███ / ███ | ██ | ███ | ███ | ███ |
| ████ | ███ | ███ | ███ / ███ | ██ | ███ | ██ | ██ |
| ████ | ███ | ███ | ███ / ███ | ██ | ███ | ███ | ███ |
| ██████ | ████ | ███ | ███ / ███ | ██ | ███ | ██ | ██ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
■■■**2365**

**Statement Period**
**January 1-31, 2021**

## Investment Detail - Equities (continued)

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** (continued) | | | *Cost Basis* | | | | |
| ██████████ | ████ | ████ | ████ | ██ | ████ | ██ | ████ |
| ██████████ | | | ████ ▌ | | | | |
| ████████████ | ████ | ████ | ████ | ██ | ████ | ██ | ████ |
| ████████ | | | ████ ▌ | | | | |
| **Total Equities** | ██████ | | ██████ | ██ | (██████ | | ████ |
| | | | *Total Cost Basis:* ██████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

## Investment Detail - Exchange Traded Funds

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Exchange Traded Funds** | | | *Cost Basis* | | | | |
| ████████████ | ████ | ████ | ████ | ██ | ████ | ████ | ████ |
| ██████████ | | | ████ | | | | |
| ██████ | | | | | | | |
| ██████████████ | ████ | ████ | ████ | ██ | ████ | ████ | ████ |
| ████████ | | | ████ | | | | |
| ██████ | | | | | | | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
█████**2365**

**Statement Period**
**January 1-31, 2021**

## Investment Detail - Exchange Traded Funds (continued)

| Exchange Traded Funds | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ██████████████ | ████ | ████ | ████ | ██ | ██████ | ██ | ██ |
| ██████████ | | | ████ | | | | |
| ██████ | | | | | | | |
| **Total Exchange Traded Funds** | ██████ | | ██████ | ██ | ██████ | | ██ |
| | | *Total Cost Basis:* | ██████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ██████ |

| | |
|---|---|
| **Total Account Value** | ██████ |
| ██████████ | ██████ |

## Gain or (Loss) on Investments Sold

| Investments | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|
| ██████████████ | ██████ | ████ | ████ | ██████ | ████ | ██████ |
| ██████████████ | ██████ | ████ | ████ | ████ | ████ | ████ |
| ██████████████ | ██████ | ████ | ████ | ████ | ██████ | ██████ |
| ██████████████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ██████████████ | ██████ | ██████ | ████ | ████ | ████ | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
█████ **2365**

**Statement Period**
**January 1-31, 2021**

## Gain or (Loss) on Investments Sold (continued)

| Investments (continued) | | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|---|
| ██████████████████ | | ███████ | ██████ | ██████ | ████████ | ███████ ▮ | ████████ |
| ██████████████████ | | ███████ | ██████ | ██████ | ████████ | ███████ ▮ | ████████ |
| █████████ | ██████ | ██████ | ██████ | ██████ | ██████ | ███████ ▮ | ██████ |
| █████████ | ██████ | ██████ | ██████ | ██████ | ████████ | ███████ ▮ | ████████ |
| █████████ | ██████ | ██████ | ██████ | ██████ | ████████ | ███████ ▮ | ████████ |
| █████████ | ██████ | ██████ | ██████ | ██████ | ████████ | ███████ ▮ | |
| █████████ | ██████ | ██████ | ██████ | ██████ | ████████ | ███████ ▮ | ████████ |
| █████████ | ██████ | ██████ | ██████ | ██████ | ████████ | ███████ ▮ | ████████ |
| **Total Gain or (Loss) on Investments Sold** | | | | | ████████ | ████████ | ████████ |

*Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.*
*Option Customers: Gain/loss on investments sold is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.*

## Transaction Detail - Purchases & Sales

**Equities Activity**

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ██████ | ██████ | ████ | ████████████████ | ███████ | ██████ | ██████ |
| ██████ | ██████ | ████ | ████████████████ | ███████ | ██████ | ██████ |
| ██████ | ██████ | ████ | ████████████████ | ███████ | ██████ | ██████ |
| ██████ | ██████ | ████ | ████████████████ | █████ | ██████ | ████ |
| ██████ | ██████ | ████ | ████████████████ | █████ | ██████ | ████ |
| ██████ | ██████ | ████ | ████████████████ | ███████ | ██████ | ██████ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████ **2365**

**Statement Period**
**January 1-31, 2021**

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ████ | ████ | ██ | ████████████████ | ████ | ████ | ████ |
| ████ | ████ | ███ | ██████ | ████ | ████ | ████ |
| **Total Equities Activity** | | | | | | ████ |

### Exchange Traded Funds Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ████ | ████ | ███ | ████████ ██████ | ████ | ████ | ████ |
| ████ | ████ | ███ | █████████ ██████ | ████ | ████ | ████ |
| ████ | ████ | ███ | ████████ ██████ | ████ | ████ | ████ |
| ████ | ████ | ███ | ███████ ███████ | ████ | ████ | ████ |
| **Total Exchange Traded Funds Activity** | | | | | | ████ |

### Other Assets Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ████ | ████ | ██ | ██████ ███ | ████ | ████ | ████ |
| ████ | ████ | ██ | ██████ ███ | ████ | ████ | ████ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████ **2365**

**Statement Period**
**January 1-31, 2021**

## Transaction Detail - Purchases & Sales (continued)

### Other Assets Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ████ | ████ | ██ | ████████ ████ | ████ | ████ | ████ |
| ████ | ████ | ██ | ████████ ████ | ████ | ████ | ████ |
| ████ | ████ | ██ | ████████ ████ | ████ | ████ | ████ |
| ████ | ████ | ██ | ████████ ████ | ████ | ████ | ████ |

| **Total Other Assets Activity** | ████ |
|---|---|

| **Total Purchases & Sales** | ████ |
|---|---|

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ████ | ████ | ████████ | ██████████ | ████ |
| ████ | ████ | ████████ | ██████████████ | ██ |

| **Total Dividends & Interest** | ████ |
|---|---|

| **Total Transaction Detail** | ████ |
|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
███████**2365**

**Statement Period**
**January 1-31, 2021**

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance X,Z |
|---|---|---|---|---|---|
| **Opening Balance** X,Z | | | | | ███ |



| | | | | | |
|---|---|---|---|---|---|
| **Total Activity** | | | ███ | ███ | |
| **Ending Balance** X,Z | | | | | ███ |

*Bank Sweep: Interest Rate as of 01/29/21 was 0.01%.* Z

## Trades Pending Settlement

| | Transaction | Quantity | Trade Date | Settle Date | Unit Price | Purchase/Debit | Sale/Credit |
|---|---|---|---|---|---|---|---|
| SPARTAN ACQUISITION CORP: SPRQ | Bought | 100.0000 | 01/28/21 | 02/01/21 | 12.6833 | 1,268.33 | |
| SPARTAN ACQUISITION CORP: SPRQ | Bought | 100.0000 | 01/28/21 | 02/01/21 | 12.6833 | 1,268.33 | |
| SPARTAN ACQUISITION CORP: SPRQ | Bought | 55.0000 | 01/28/21 | 02/01/21 | 12.6833 | 697.58 | |
| SPARTAN ACQUISITION CORP: SPRQ | Bought | 95.0000 | 01/28/21 | 02/01/21 | 12.6833 | 1,204.91 | |
| SPARTAN ACQUISITION CORP: SPRQ | Bought | 100.0000 | 01/28/21 | 02/01/21 | 12.6833 | 1,268.33 | |
| SPARTAN ACQUISITION CORP: SPRQ | Bought | 300.0000 | 01/28/21 | 02/01/21 | 12.6833 | 3,804.99 | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████ **2365**

**Statement Period**
**January 1-31, 2021**

## Trades Pending Settlement (continued)

| | | Transaction | Quantity | Trade Date | Settle Date | Unit Price | Purchase/Debit | Sale/Credit |
|---|---|---|---|---|---|---|---|---|
| ████████ ████ | | ████ | | ████ | ████ | ████ | ████ | ████ |
| **Total Trades Pending Settlement** | | | | | | | ████ | |

*Pending transactions are not included in account value.*

## Contribution Summary

| | 2020 | 2021 |
|---|---|---|
| Inherited IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **t** | Data for this holding has been edited or provided by a third party. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/compensation.

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
2365

**Statement Period**
**March 1-31, 2022**

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*



## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 8**

03/31-67074-TTIP2610-103556 *1-4



Inherited IRA from IRA  of
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
**2365**

**Statement Period**
**March 1-31, 2022**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
• You can lose more funds than you deposit in the margin account.
• Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
• You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
• Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.
**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

| **Account Number** | **Statement Period** |
|---|---|
| 2365 | **March 1-31, 2022** |

## Account Value as of 03/31/2022: $ ▮▮▮▮▮▮

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ▮▮▮▮ | $ ▮▮▮▮ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | | |
| **Ending Value on 03/31/2022** | $ ▮▮▮▮ | $ ▮▮▮▮ |
| **Total Change in Account Value** | $ ▮▮▮▮ | $ ▮▮▮▮ |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep [X,Z] | $ ▮▮▮▮ | ▮▮ |
| Equities | | |
| **Total Assets Long** | $ ▮▮▮▮ | |
| **Total Account Value** | $ ▮▮▮▮ | ▮▮ |



- 25% Bank Sweep [X,Z]
- 75% Equities

To explore the features of this statement visit schwab.com/premiumstatement



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
█████**2365**

**Statement Period**
**March 1-31, 2022**

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | This Period | |
| All Investments | $██ | $(█████) |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ██ | ██ |
| Cash Dividends | ██ | ██ |
| **Total Income** | ██ | ██ |

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash*** | ████ | ████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ██ | ██0 |
| Dividends and Interest | ██ | ██ |
| Withdrawals and other Debits | ██ | ██ |
| Investments Purchased | ██ | ████ |
| Fees and Charges | ██ | ██0 |
| **Total Cash Transaction Detail** | ██ | ████ |
| **Ending Cash*** | ████ | ████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
███**2365**

**Statement Period**
**March 1-31, 2022**

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ███ | ███ | ███ |
| **Total Bank Sweep** X,Z | ███ | ███ | ███ |
| **Total Bank Sweep** | | ███ | ███ |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ / ███ | ██ | ███ | ██ | ██ |
| ███ | ███ | ███ | ███ / ███ | ██ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ / ███ | ██ | ███ | ██ | ███ |
| ███ | ███ | ███ | ███ / ███ | ██ | ███ | ██ | ███ |
| **SUNLIGHT FINL HOLDINGS I** SYMBOL: SUNL | **38,420.0000** | **5.04000** | **193,636.80** / *201,235.47* | **37%** | **(7,598.67)** | **N/A** | **N/A** |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 5 of 8**



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████**2365**

**Statement Period**
**March 1-31, 2022**

## Investment Detail - Equities (continued)

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** (continued) | | | *Cost Basis* | | | | |
| ████████████ ██ █ | ████ | ████ | ████ | ██ | ████ | ██ | ███ |
| ████ ██ █ | | | ████ | | | | |
| ████ ███ | | | | | | | |
| **Total Equities** | ████ | | ████ | ██ | ████ | | ███ |
| | | ***Total Cost Basis:*** | ████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EY and EAI will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ████ |

| | |
|---|---|
| **Total Account Value** | ████ |
| ***Total Cost Basis*** | ████ |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 03/15/22 | 03/16/22 | Bank Interest [X,Z] | BANK INT 021622-031522: SCHWAB BANK | ██ |
| **Total Dividends & Interest** | | | | ██ |

| | |
|---|---|
| **Total Transaction Detail** | ██ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 6 of 8**



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
██ **2365**

**Statement Period**
**March 1-31, 2022**

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance** [X,Z] | | | | | ██████ |
| ████ | ██████ | ██████████████ | | ██ | █████ |
| ███ | █████ | ████████████ | ██ | | █████ |
| ███ | █████ | ████████████ | | ██ | █████ |
| **Total Activity** | | | ██ | ██ | |
| **Ending Balance** [X,Z] | | | | | █████ |

*Bank Sweep: Interest Rate as of 03/31/22 was 0.01%.* [Z]

## Contribution Summary

| | 2021 | 2022 |
|---|---|---|
| Inherited IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **t** | Data for this holding has been edited or provided by a third party. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
**2365**

**Statement Period**
**March 1-31, 2022**

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████ **2365**

**Statement Period**
**July 1-31, 2022**

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*

MITCHELL WAX INH IRA
BENE OF BARBARA ROTHMAN
CHARLES SCHWAB & CO INC CUST

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 8**

07/29-67074-TTIP2608-102733 *



Inherited IRA from IRA  of
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████2365

**Statement Period**
**July 1-31, 2022**

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed to us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
• You can lose more funds than you deposit in the margin account.
• Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
• You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
• Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.
**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 8**



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
2365

**Statement Period**
**July 1-31, 2022**

## Account Value as of 07/31/2022:$ ███████

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ███████ | $ ███████ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | | ( |
| **Ending Value on 07/31/2022** | $ ███ | $ ███ |
| **Total Change in Account Value** | $ ███ | $ (███ |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep $^{X,Z}$ | $ ███ | ███ |
| Equities | | |
| **Total Assets Long** | $ ███ | |
| **Total Account Value** | $ ███ | ███ |



■ 29% Bank Sweep [X,Z]
■ 71% Equities

To explore the features of this statement visit schwab.com/premiumstatement



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
■■■■2365

**Statement Period**
**July 1-31, 2022**

## Gain or (Loss) Summary

|  | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
|  | **This Period** |  |
| **All Investments** | $■■ | $■■■■■■ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

|  | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ■■■ | ■■■ |
| Cash Dividends | ■■ | ■■■ |
| **Total Income** | ■■■ | ■■■ |

## Cash Transactions Summary

|  | This Period | Year to Date |
|---|---|---|
| **Starting Cash*** | ■■■■■■ | ■■■■■■ |
| Deposits and other Cash Credits | ■■ | ■■ |
| Investments Sold | ■■ | ■■ |
| Dividends and Interest | ■■■ | ■■■ |
| Withdrawals and other Debits | ■■ | ■■0 |
| Investments Purchased | ■■ | ■■■■) |
| Fees and Charges | ■■ | ■■0 |
| **Total Cash Transaction Detail** | ■■■ | ■■■■■ |
| **Ending Cash*** | ■■■■■ | ■■■■■■ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
█████ **2365**

**Statement Period**
**July 1-31, 2022**

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ██████ | ██████ | ████ |
| Total Bank Sweep X,Z | ██████ | ██████ | ████ |
| **Total Bank Sweep** | | ██████ | ████ |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ████████████ ███████ | ██████ | ██████ | ██████ ██████ | ███ | ██████ | ███ | ██ |
| ███████ ████████ | ██████ | ██████ | ██████ ██████ | ███ | ██████ | ███ | ██████ |
| █████████████ █████████ | ██████ | ██████ | ██████ ████████ | ███ | ██████ | ███ | ██████ |
| ████████ ████████ | ██████ | ██████ | ██████ ████████ | ███ | ██████ | ███ | ██████ |
| **SUNLIGHT FINL HOLDINGS I** SYMBOL: SUNL | 38,420.0000 | 3.80000 | 145,996.00 _201,235.47_ | 33% | (55,239.47) | N/A | N/A |



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████**2365**

**Statement Period**
**July 1-31, 2022**

## Investment Detail - Equities (continued)

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** (continued) | | | *Cost Basis* | | | | |
| ████████████ █ | ████ | ████ | ████ | ██ | ████ | ██ | ████ |
| ████ ██ | | | ████ | | | | |
| ████████ | | | | | | | |
| **Total Equities** | ████████ | | ████ | ██ | ████ | | ██**80** |
| | | **Total Cost Basis:** | ████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ████ |

| | |
|---|---|
| **Total Account Value** | ████ |
| **Total Cost Basis** | ████ |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 07/15/22 | 07/18/22 | Bank Interest [X,Z] | BANK INT 061622-071522: SCHWAB BANK | ██ |
| **Total Dividends & Interest** | | | | ██ |

| | |
|---|---|
| **Total Transaction Detail** | ██ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
███2365

**Statement Period**
**July 1-31, 2022**

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance [X,Z]** | | | | | ████ |
| ████ | ████ | ██████████ | | ███ | ████ |
| ████ | ████ | ████████ | ███ | | ████ |
| ████ | ████ | ████████ | | ███ | ████ |
| **Total Activity** | | | ███ | ███ | |
| **Ending Balance [X,Z]** | | | | | ████ |

*Bank Sweep: Interest Rate as of 07/29/22 was 0.15%.* [Z]

## Contribution Summary

| | 2021 | 2022 |
|---|---|---|
| Inherited IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **t** | Data for this holding has been edited or provided by a third party. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
**2365**

**Statement Period**
**July 1-31, 2022**

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
█████**2365**

**Statement Period**
**August 1-31, 2022**

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*

MITCHELL WAX INH IRA
BENE OF BARBARA ROTHMAN
CHARLES SCHWAB & CO INC CUST

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 8**

08/31-67074-TTIP2609-102022 *



Inherited IRA from IRA  of
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
▇2365

**Statement Period**
**August 1-31, 2022**

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
- You can lose more funds than you deposit in the margin account.
- Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
- You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
- Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.

**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 8**



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
█████ **2365**

**Statement Period**
**August 1-31, 2022**

## Account Value as of 08/31/2022: $

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ██████ | $ ██████ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | ( ████ | ( ████ |
| **Ending Value on 08/31/2022** | $ ████ | $ ████ |
| **Total Change in Account Value** | $ ( ████ | $ ( ████ |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep X,Z | $ ████ | ██ |
| Equities | | |
| **Total Assets Long** | $ ████ | |
| **Total Account Value** | $ ████ | ██ |



■ 30% Bank Sweep [X,Z]
■ 70% Equities

To explore the features of this statement visit schwab.com/premiumstatement

**Page 3 of 8**



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████ **2365**

**Statement Period**
**August 1-31, 2022**

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | **This Period** | |
| **All Investments** | $0.00 | $█████ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ████ | ████ |
| Cash Dividends | ████ | ████ |
| **Total Income** | ████ | ████ |

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash*** | ████ | ████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ██ | ██ |
| Dividends and Interest | ██ | ███ |
| Withdrawals and other Debits | ██ | ██ |
| Investments Purchased | ██ | ███ |
| Fees and Charges | ██ | ██ |
| **Total Cash Transaction Detail** | ██ | ███ |
| **Ending Cash*** | ████ | ████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████ **2365**

**Statement Period**
**August 1-31, 2022**

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ████ | ████ | ██ |
| Total Bank Sweep ^X,Z | ████ | ████ | ██ |
| **Total Bank Sweep** | | ████ | ██ |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ████████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ██ |
| ████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ████ |
| ████████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ████ |
| ████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ████ |
| **SUNLIGHT FINL HOLDINGS I**<br>SYMBOL: SUNL | 38,420.0000 | 3.06000 | 117,565.20<br>*201,235.47* | 27% | (83,670.27) | N/A | N/A |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

| Account Number | Statement Period |
|---|---|
| ███ **2365** | **August 1-31, 2022** |

## Investment Detail - Equities (continued)

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** (continued) | | | *Cost Basis* | | | | |
| ████████████ █ | ████ | ████ | ████ | ██ | ████ | ██ | ████ |
| ████ ██ | | | ████ | | | | |
| ████ ██ | | | | | | | |
| **Total Equities** | ████ | | ████ | ██ | ████ | | ████ |
| | | *Total Cost Basis:* | ████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ████ |
| **Total Account Value** | ████ |
| *Total Cost Basis* | ████ |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ████ | ████ | ████████ | ████ | ██ |
| ████ | ████ | ████ █ | ████████████ | ██ |
| **Total Dividends & Interest** | | | | ██ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

| | |
|---|---|
| **Account Number** | **Statement Period** |
| ▉2365 | **August 1-31, 2022** |

| Total Transaction Detail | ▉ |
|---|---|

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance [X,Z]** | | | | | ▉ |
| ▉ | ▉ | ▉ ▉ | | ▉ | ▉ |
| ▉ | ▉ ▉ | ▉ | | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ ▉ | | ▉ | ▉ |
| **Total Activity** | | | ▉ | ▉ | |
| **Ending Balance [X,Z]** | | | | | ▉ |

*Bank Sweep: Interest Rate as of 08/31/22 was 0.25%. [Z]*

## Contribution Summary

| | 2021 | 2022 |
|---|---|---|
| Inherited IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **t** | Data for this holding has been edited or provided by a third party. |



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
■■■■2365

**Statement Period**
**August 1-31, 2022**

## Endnotes For Your Account (continued)

| Symbol | Endnote Legend |
|---|---|
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
░░2365

**Statement Period**
**November 1-30, 2022**

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*

MITCHELL WAX INH IRA
BENE OF BARBARA ROTHMAN
CHARLES SCHWAB & CO INC CUST

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 9**

11/30-67074-TTIP2608-222406 *



Inherited IRA from IRA  of
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
█████ **2365**

**Statement Period**
**November 1-30, 2022**

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed to us by you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
- You can lose more funds than you deposit in the margin account.
- Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
- You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
- Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.

**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 9**



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
██████ **2365**

**Statement Period**
**November 1-30, 2022**

## Account Value as of 11/30/2022: $ ████████

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ████████ | $ ████████ |
| Credits | | |
| Debits | (██████ | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | ████████ | (██████ |
| **Ending Value on 11/30/2022** | $ ████████ | $ ████████ |
| **Total Change in Account Value** | $ ████████ | $ (██████ |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep[X,Z] | $ ████████ | ████ |
| Equities | | █ |
| **Total Assets Long** | $ ████████ | |
| **Total Account Value** | $ ████████ | ████ |



■ 27% Bank Sweep [X,Z]
■ 73% Equities

To explore the features of this statement visit schwab.com/premiumstatement



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
█████**2365**

**Statement Period**
**November 1-30, 2022**

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | **This Period** | |
| **All Investments** | $ ████ | $(████ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ████ | ████ |
| Cash Dividends | ████ | ████ |
| **Total Income** | ████ | ████ |

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash*** | ████ | ████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ████ | ████ |
| Dividends and Interest | ██ | ████ |
| Withdrawals and other Debits | ████ | ████ |
| Investments Purchased | ██ | ████ |
| Fees and Charges | ██ | ██ |
| **Total Cash Transaction Detail** | ████ | ████ |
| **Ending Cash*** | ████ | ████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████**2365**

**Statement Period**
**November 1-30, 2022**

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ████ | ████ | ██ |
| **Total Bank Sweep** X,Z | ████ | ████ | ██ |
| **Total Bank Sweep** | | ████ | ██ |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ████ ████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ██ |
| ████████ ████ | ████ | ████ | ████▎ | ██ | ████ | ██ | ██ |
| ████ ████ | ████ | ████ | ████ ████▎ | ██ | ████ | ██ | ██ |
| **SPARTAN ACQUISITION CORP** SYMBOL: SUNL | 63,420.0000 | 1.81000 | 114,790.20 *229,985.47* | 27% | (115,195.27) | N/A | N/A |
| ████████▎ ████ ██ ████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ██ |
| **Total Equities** | ████ | | ████ | ██ | ████ | | ██ |
| **Total Cost Basis:** | | | ████ | | | | |



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
█████**2365**

**Statement Period**
**November 1-30, 2022**

## Investment Detail - Total

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ████████ |

| | |
|---|---|
| **Total Account Value** | ████████ |
| ***Total Cost Basis*** | ████████ |

## Gain or (Loss) on Investments Sold

| Investments | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|
| ███████████ | ████ | ████ | ████ | █████ | █████ | ████ |
| ███████████ | ██████ | ████ | ████ | █████ | █████ | ████ |
| ███████████ | ██████ | ████ | ████ | █████ | █████ | ████ |
| ███████████ | ██████ | ████ | ████ | █████ | █████ | ████ |
| **Total Gain or (Loss) on Investments Sold** | | | | █████ | █████ | █████ |

*Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.*
*Option Customers: Gain/loss on investments sold is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.*



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████ **2365**

**Statement Period**
**November 1-30, 2022**

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 11/██ | ████ | ███ | ████████ ████████ | ████ | ███ | ██ | ████ |
| ████ | ████ | ███ | ████████ ████████ | ████ | ███ | ██ | ████ |
| ████ | ████ | ███ | ████████ ████████ | ███ | ███ | ██ | ████ |
| ████ | ████ | ███ | ████████ ████████ | ████ | ███ | ██ | ████ |

| **Total Equities Activity** | ████ |
|---|---|

| **Total Purchases & Sales** | ████ |
|---|---|

## Transaction Detail - Deposits & Withdrawals

| Transaction Date | Process Date | Activity | Description | Location | Credit/(Debit) |
|---|---|---|---|---|---|
| ████ | ████ | ████ | ██ ██ ███ | | ████ |
| **Total Deposits & Withdrawals** | | | | | ████ |

The total deposits activity for the statement period was $0.00.  The total withdrawals activity for the statement period was ████

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
███ **2365**

**Statement Period**
**November 1-30, 2022**

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| **Total Dividends & Interest** | | | | ███ |

| | Total Transaction Detail | ███ |
|---|---|---|

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance** [X,Z] | | | | | ███ |
| ███ | ███ | ███ | | ███ | ███ |
| ███ | ███ | ███ | | ███ | ███ |
| ███ | ███ | ███ | ███ | | ███ |
| ███ | ███ | ███ | | ███ | ███ |
| ███ | ███ | ███ | | ███ | ███ |
| **Total Activity** | | | ███ | ███ | |
| **Ending Balance** [X,Z] | | | | | ███ |

*Bank Sweep: Interest Rate as of 11/30/22 was 0.40%.* [Z]

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 8 of 9**



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████2365

**Statement Period**
**November 1-30, 2022**

## Contribution Summary

|  | 2021 | 2022 |
|---|---|---|
| Inherited IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Distribution Summary

|  | Gross Amount | Federal Tax Withheld | State Tax Withheld | Earnings | Net Amount |
|---|---|---|---|---|---|
| Beneficiary | ████ | ██ | ███ | ██ | ████ |
| **Year To Date Total** | ████ | ██ | ██ | ██ | ████ |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **t** | Data for this holding has been edited or provided by a third party. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.





Inherited IRA from IRA  of
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
███**2365**

**Statement Period**
**December 1-31, 2022**

## Your Consultant

Nicole Sanchez
Financial Consultant
tel: 1 855-943-6208 x53292
email: nicole.sanchez@Schwab.com

## Manage Your Account

**Questions about this statement**
1 (800) 435-4000 - 24/7 Customer service
**For the most current records on your account visit us at**
schwab.com/login *Statements are archived up to 10 years online*



## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 8**

12/30-67074-TTIP2610-125050 *1-2-4



Inherited IRA from IRA of
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
█████ **2365**

**Statement Period**
**December 1-31, 2022**

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
- You can lose more funds than you deposit in the margin account.
- Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
- You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
- Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.

**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 8**



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████ **2365**

**Statement Period**
**December 1-31, 2022**

## Account Value as of 12/31/2022: $ ████████

## Change in Account Value

|  | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ████ | $ ████ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | ( ████ | ( ████ |
| **Ending Value on 12/31/2022** | $ ████ | $ ████ |
| **Total Change in Account Value** | $ ( ████ | $ ( ████ |

### Account Value [in Thousands]



## Asset Composition

|  | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep [X,Z] | $ ████ | ████ |
| Equities | | |
| **Total Assets Long** | $ ████ | |
| **Total Account Value** | $ ████ | ████ |



■ 31% Bank Sweep [X,Z]
■ 69% Equities

To explore the features of this statement visit schwab.com/premiumstatement

**Page 3 of 8**



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████**2365**

**Statement Period**
**December 1-31, 2022**

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | This Period | |
| **All Investments** | ████ | ████ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ████ | ████ |
| Cash Dividends | ████ | ████ |
| **Total Income** | ████ | ████ |

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash*** | ████ | ████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ██ | ███ |
| Dividends and Interest | ███ | ███6 |
| Withdrawals and other Debits | ██ | ███ |
| Investments Purchased | ██ | ███ |
| Fees and Charges | ██ | ██ |
| **Total Cash Transaction Detail** | ██ | ███ |
| **Ending Cash*** | ████ | ████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

| | Account Number | Statement Period |
|---|---|---|
| | ███2365 | December 1-31, 2022 |

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ███████ | ███████ | ████ |
| Total Bank Sweep X,Z | ███████ | ███████ | ████ |
| **Total Bank Sweep** | | ███████ | ████ |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ / ████ | ███ | ███████ | ████ | ████ |
| ███████████ | ███████ | ███████ | ███████ / ███████ | ███ | ███████ | ███ | ███ |
| ███████ | ███████ | ███████ | ███████ / ███████ | ███ | ███████ | ███ | ███ |
| **SPARTAN ACQUISITION CORP** SYMBOL: SUNL | 63,420.0000 | 1.29000 | 81,811.80 / 229,985.47 | 22% | (148,173.67) | N/A | N/A |
| ███████ | ███████ | ███████ | ███████ | ███ | ███████ | ███ | ███ |
| **Total Equities** | ███████ | | ███████ | ███ | ███████ | | ████ |
| | | **Total Cost Basis:** | ███████ | | | | |



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

| Account Number | Statement Period |
|---|---|
| ███2365 | **December 1-31, 2022** |

## Investment Detail - Total

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ███ |

| | |
|---|---|
| **Total Account Value** | ███ |
| ***Total Cost Basis*** | ███ |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 12/15/22 | 12/16/22 | Bank Interest [X,Z] | ██████ | ██ |
| **Total Dividends & Interest** | | | | ██ |

| | |
|---|---|
| **Total Transaction Detail** | ██ |

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance [X,Z]** | | | | | ███ |
| ██ | ████ | ████████ | | ██ | ███ |



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████**2365**

**Statement Period**
**December 1-31, 2022**

## Bank Sweep Activity (continued)



| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| ████ | ████ | ████ | ██ | | ████ |
| ████ | ████ | ████ ▪ | | ██ | ████ |
| **Total Activity** | | | ██ | ██ | |
| **Ending Balance** [X,Z] | | | | | ████ |

*Bank Sweep: Interest Rate as of 12/30/22 was 0.45%.* [Z]

## Contribution Summary

| | 2021 | 2022 |
|---|---|---|
| Inherited IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Distribution Summary

| | Gross Amount | Federal Tax Withheld | State Tax Withheld | Earnings | Net Amount |
|---|---|---|---|---|---|
| Beneficiary | ██ | ██ | ██ | ██ | ██ |
| **Year To Date Total** | ██ | ██ | ██ | ██ | ██ |



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
**2365**

**Statement Period**
**December 1-31, 2022**

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **t** | Data for this holding has been edited or provided by a third party. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 8 of 8**



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
**2365**

**Statement Period**
**September 1-30, 2022**

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*

MITCHELL WAX INH IRA
BENE OF BARBARA ROTHMAN
CHARLES SCHWAB & CO INC CUST

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

09/30-67074-TTIP2610-134159 *1-2-3



Inherited IRA from IRA of
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
██████2365

**Statement Period**
**September 1-30, 2022**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
- You can lose more funds than you deposit in the margin account.
- Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
- You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
- Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.

**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 9**



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
**2365**

**Statement Period**
**September 1-30, 2022**

## Account Value as of 09/30/2022: $ ███████

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ███ | $ ███ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | ( ) | ( ) |
| **Ending Value on 09/30/2022** | $ ███ | $ ███ |
| **Total Change in Account Value** | $ ( ) | $ ( ) |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep [X,Z] | $ ███ | ██ |
| Equities | | |
| **Total Assets Long** | $ ███ | |
| **Total Account Value** | $ ███ | ██ |



23% Bank Sweep [X,Z]
77% Equities

To explore the features of this statement visit schwab.com/premiumstatement



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
■■■■**2365**

**Statement Period**
**September 1-30, 2022**

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | **This Period** | |
| **All Investments** | $■■ | $■■■■■■ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ■■■ | ■■■ |
| Cash Dividends | ■■ | ■■■ |
| **Total Income** | ■■■ | ■■■ |

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash*** | ■■■■■ | ■■■■ |
| Deposits and other Cash Credits | ■■ | ■■ |
| Investments Sold | ■■ | ■■ |
| Dividends and Interest | ■■■ | ■■■ |
| Withdrawals and other Debits | ■■ | ■■ |
| Investments Purchased | ■■■■ | ■■■■ |
| Fees and Charges | ■■ | ■■ |
| **Total Cash Transaction Detail** | ■■■■ | ■■■■ |
| **Ending Cash*** | ■■■■ | ■■■■ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 4 of 9**



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████ **2365**

**Statement Period**
**September 1-30, 2022**

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ████ | ████ | ██ |
| **Total Bank Sweep** X,Z | ████ | ████ | ██ |
| **Total Bank Sweep** | | ████ | ██ |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value *Cost Basis* | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ████ ████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ██ |
| ████ ████ | ████ | ████ | ████ ████ | █ | ████ | ██ | ████ |
| ████ ████ | ████ | ████ | ████ ████ | █ | ████ | ██ | ████ |
| ████ ████ | ████ | ████ | ████ ████ | █ | ████ | ██ | ████ |
| **SUNLIGHT FINL HOLDINGS I** SYMBOL: SUNL | 38,420.0000 | 1.24000 | 47,640.80 *201,235.47* | 13% | (153,594.67) | N/A | N/A |



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████**2365**

**Statement Period**
**September 1-30, 2022**

## Investment Detail - Equities (continued)

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** (continued) | | | *Cost Basis* | | | | |
| ██████████████ █ | ████ | ████ | ████ | ██ | ████ | ██ | ██ |
| ███ █ | | | ████ | | | | |
| ████ | | | | | | | |
| **Total Equities** | ████ | | ████ | ██ | ████ | | ██0 |
| | | *Total Cost Basis:* | ████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ████ |

| | |
|---|---|
| **Total Account Value** | ████ |
| *Total Cost Basis* | ████ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████ 2365

**Statement Period**
**September 1-30, 2022**

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| ████ | ████ | ████ | ████████ | ████ | ████ | ██ | ████ |

| **Total Equities Activity** | ████ |
|---|---|

| **Total Purchases & Sales** | (████ |
|---|---|

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ████ | ████ | ████ | ████████ | ██ |
| **Total Dividends & Interest** | | | | ██ |

| **Total Transaction Detail** | (████ |
|---|---|

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance <sup>X,Z</sup> |
|---|---|---|---|---|---|
| **Opening Balance <sup>X,Z</sup>** | | | | | ████ |
| ████ | ████ | ████████ | | ██ | ████ |
| ████ | ████ | ████████ | ██ | | ████ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
█████**2365**

**Statement Period**
**September 1-30, 2022**

## Bank Sweep Activity (continued)



| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| ██████ | ████████ | ██████████████ ▪ | | ████ | ████ |
| ██████ | ████████ | ██████████████ | ████ | | ████ |
| **Total Activity** | | | ████ | ███ | |
| **Ending Balance** [X,Z] | | | | | ████ |

*Bank Sweep: Interest Rate as of 09/30/22 was 0.40%. [Z]*

## Trades Pending Settlement

| | Transaction | Quantity | Trade Date | Settle Date | Unit Price | Purchase/Debit | Sale/Credit |
|---|---|---|---|---|---|---|---|
| SUNLIGHT FINL HOLDINGS I: SUNL | Bought | 25,000.0000 | 09/29/22 | 10/03/22 | 1.1500 | 28,750.00 | |
| **Total Trades Pending Settlement** | | | | | | **28,750.00** | |

*Pending transactions are not included in account value.*

## Contribution Summary

| | 2021 | 2022 |
|---|---|---|
| Inherited IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
█████**2365**

**Statement Period**
**September 1-30, 2022**

## Endnotes For Your Account

| Symbol | Endnote Legend |
|--------|----------------|
| **t** | Data for this holding has been edited or provided by a third party. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.





**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

| **Account Number** | **Statement Period** |
|---|---|
| ▉2365 | **August 1-31, 2023** |

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*

MITCHELL WAX INH IRA
BENE OF BARBARA ROTHMAN
CHARLES SCHWAB & CO INC CUST

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 9**

08/31-67074-TTIP2603-101126 *



Inherited IRA from IRA  of
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
**████ 2365**

**Statement Period**
**August 1-31, 2023**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
- You can lose more funds than you deposit in the margin account.
- Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
- You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
- Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.

**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not held at Schwab Are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab. including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, espically thinly traded equities in the OTC market or foreign markets, may not report report the most current price and are indicated as Stale Priced. Certain Limited Partnership (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., **Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.**
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or **call Schwab Signature Alliance at 800-515-2157.**
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.

© 2023 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved.
**Member SIPC.**

(0822-20UL)

**Page 2 of 9**



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
2365

**Statement Period**
**August 1-31, 2023**

# Account Value as of 08/31/2023:$ ▮▮▮▮▮

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ▮▮▮▮ | $ ▮▮▮▮ |
| Credits | ▮ | ▮ |
| Debits | ▮ | ▮ |
| Transfer of Securities (In/Out) | ▮ | ▮ |
| Income Reinvested | ▮ | ▮ |
| Change in Value of Investments | (▮) | (▮) |
| **Ending Value on 08/31/2023** | $ ▮ | $ ▮ |
| **Total Change in Account Value** | $ (▮) | $ (▮) |

Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep [X,Z] | $ ▮ | ▮ |
| Equities | ▮ | ▮ |
| **Total Assets Long** | $ ▮ | |
| **Total Account Value** | $ ▮ | ▮ |



- 34% Bank Sweep [X,Z]
- 66% Equities

To explore the features of this statement visit schwab.com/premiumstatement



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████2365

**Statement Period**
**August 1-31, 2023**

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | **This Period** | |
| **All Investments** | $██ | $(████) |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ██ | ██ |
| Cash Dividends | ██ | ██ |
| **Total Income** | ██ | ██ |

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash*** | ████ | ████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ██ | ██ |
| Dividends and Interest | ██ | ██ |
| Withdrawals and other Debits | ██ | ██ |
| Investments Purchased | ██ | (████) |
| Fees and Charges | ██ | ██ |
| **Total Cash Transaction Detail** | ██ | (████) |
| **Ending Cash*** | $████ | $████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
███ **2365**

**Statement Period**
**August 1-31, 2023**

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| ████████████████ | ██████ | ██████ | ████ |
| Total Bank Sweep X,Z | ██████ | ██████ | ████ |
| Total Bank Sweep | | ██████ | ████ |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value _Cost Basis_ | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ████████ ████████ | ██████ | ██████ | ██████ ██████ | ██ | ██████ | ████ | ████ |
| ████████████ ████████ | ██████ | ██████ | ██████ ██████ | ██ | ██████ | ████ | ████ |
| ████████████ ████████ | ██████ | ██████ | ██████ ██████ | ██ | ██████ | ██ | ██ |
| ████████ ████████ | ██████ | ██████ | ██████ ██████ | ██ | ██████ | ██ | ██ |
| **SUNLIGHT FINL HOLDINGS,** CLASS        A SYMBOL: SUNL | **3,171.0000** | **2.46000** | **7,800.66** _229,985.47_ | **3%** | **(222,184.81)** | **N/A** | **N/A** |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 5 of 9**



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████**2365**

**Statement Period**
**August 1-31, 2023**

## Investment Detail - Equities (continued)

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** (continued) | | | *Cost Basis* | | | | |
| ███████████████ █ | ████ | ████ | ████ | ██ | ████ | ██ | ██ |
| ███ █ | | | ████ | | | | |
| ██████ | | | | | | | |
| **Total Equities** | ████ | | ████ | ██ | ████ | | ████0 |
| | | *Total Cost Basis:* | ████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ████ |

| | |
|---|---|
| **Total Account Value** | ████ |
| *Total Cost Basis* | ████ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
███████**2365**

**Statement Period**
**August 1-31, 2023**

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 08/23/23 | 08/23/23 | Reverse Split | SUNLIGHT FINL HOLDINGS, CLASS          A: SUNL | 3,171.0000 | | 0.00 | |
| 08/23/23 | 08/23/23 | Reverse Split | SUNLIGHT FINL HOLDINGXXX REVERSE SPLIT | (63,420.0000) | | 0.00 | |

| | |
|---|---|
| **Total Equities Activity** | **0.00** |

| | |
|---|---|
| **Total Purchases & Sales** | **0.00** |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)



| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ███ | ███ | ████ | ███████ | ██ |
| ███ | ███ | ████ | █████ | ██ |
| ███ | ███ | ████ | ██████ | ██ |
| **Total Dividends & Interest** | | | | **██** |
| | | **Total Transaction Detail** | | **██** |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
███2365

**Statement Period**
**August 1-31, 2023**

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance** [X,Z] | | | | | ████ |
| ████ | ████ █ | ██████████████ | | ██ | ████ |
| ████ | ████ | ██████████ | ██ | | ████ |
| ████ | ████ | ██████████ ▪ | | ██ | ████ |
| ████ | ████ | ██████████ ▪ | | ██ | ████ |
| ████ | ████ | ██████████ ▪ | | ██ | ████ |
| **Total Activity** | | | ██ | ██ | |
| **Ending Balance** [X,Z] | | | | | ████ |

*Bank Sweep: Interest Rate as of 08/31/23 was 0.45%.* [Z]

## Open Orders

*You can change or cancel any open order by calling us.*

| | Transaction | Quantity | Order Date | Market Price | Limit Price |
|---|---|---|---|---|---|
| ████ | ██ | ██ | ██ | ██ | ██ |

## Contribution Summary

| | 2022 | 2023 |
|---|---|---|
| Inherited IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
2365

**Statement Period**
**August 1-31, 2023**

## Endnotes For Your Account

| Symbol | Endnote Legend |
|--------|----------------|
| **t** | Data for this holding has been edited or provided by a third party. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 9 of 9**





Inherited IRA from IRA  of
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**



**Account Number**
2365

**Statement Period**
**September 1-30, 2023**

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*

MITCHELL WAX INH IRA
BENE OF BARBARA ROTHMAN
CHARLES SCHWAB & CO INC CUST

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 9**

09/29-67074-TTIP2605-125831 *3



Inherited IRA from IRA  of
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
**2365**

**Statement Period**
**September 1-30, 2023**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
- You can lose more funds than you deposit in the margin account.
- Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
- You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
- Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.

**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not held at Schwab Are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab. including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, espically thinly traded equities in the OTC marketor foreign markets, may not report report the most current price and are indicated as Stale Priced. Certain Limited Partnership (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., **Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.**
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or **call Schwab Signature Alliance at 800-515-2157.**
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.

© 2023 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved.
**Member SIPC.**

(0822-20UL)



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
 **2365**

**Statement Period**
**September 1-30, 2023**

## Account Value as of 09/30/2023: $ ▮▮▮▮▮

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ▮▮▮ | $ ▮▮▮ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | (▮▮) | (▮▮) |
| **Ending Value on 09/30/2023** | $ ▮▮ | $ ▮▮ |
| **Total Change in Account Value** | $ (▮▮) | $ (▮▮) |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep$^{X,Z}$ | $ ▮ | < |
| Money Market Funds [Non-Sweep] | ▮▮ | ▮ |
| Equities | | |
| **Total Assets Long** | $ ▮▮ | |
| **Total Account Value** | $ ▮▮ | ▮ |



■ 35% MMFs [Non-Sweep]
■ 65% Equities

To explore the features of this statement visit schwab.com/premiumstatement



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
█████**2365**

**Statement Period**
**September 1-30, 2023**

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | **This Period** | |
| **All Investments** | $██ | $(██████) |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ███ | ███ |
| Cash Dividends | ██ | ██ |
| **Total Income** | ███ | ███ |

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash*** | ████ | ████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ██ | ██ |
| Dividends and Interest | ███ | ███ |
| Withdrawals and other Debits | ██ | ██ |
| Investments Purchased | █████ | █████ |
| Fees and Charges | ██ | ██ |
| **Total Cash Transaction Detail** | ████ | ████ |
| **Ending Cash*** | ███ | ███ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████ 2365

**Statement Period**
**September 1-30, 2023**

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ████ | ██ | ██ |
| Total Bank Sweep X,Z | ████ | ██ | ██ |
| Total Bank Sweep | | ██ | ██ |

## Investment Detail - Money Market Funds [Non-Sweep]

| Fund Name | Quantity | Market Price | Market Value | % of Account Assets |
|---|---|---|---|---|
| ████████████████ | ████ | ███ | ████ | ██ |
| Total Money Market Funds [Non-Sweep] | ████ | | ████ | ██ |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ████ | ███ | ███ | ███ | █ | ████ | ███ | ████ |
| ████ | | | ███ | | | | |
| ████████ | ███ | ███ | ███ | █ | ████ | ███ | ████ |
| ████ | | | ███ | | | | |
| ████████ | ████ | ███ | ███ | █ | ████ | ██ | ██ |
| ████ | | | ████ | | | | |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

| | Account Number | Statement Period |
|---|---|---|
| | ▆▆▆▆**2365** | **September 1-30, 2023** |

## Investment Detail - Equities (continued)

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** (continued) | | | *Cost Basis* | | | | |
| ▆▆▆▆▆▆▆ | ▆▆▆▆ | ▆▆▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ |
| ▆▆▆▆▆▆ | | | ▆▆▆▆ ▌ | | | | |
| **SUNLIGHT FINL HOLDINGS I** | 3,171.0000 | 0.45050 | 1,428.54 | <1% | (228,556.93) | N/A | N/A |
| CLASS            A | | | 229,985.47 | | | | |
| SYMBOL: SUNL | | | | | | | |
| ▆▆▆▆▆▆▆▆▆▆ | ▆▆▆ | ▆▆▆ | ▆▆▆ | ▆ | ▆▆▆ | ▆ | ▆▆▆ |
| ▆▆▆ ▌ | | | ▆▆▆ | | | | |
| ▆▆▆▆ | | | | | | | |
| **Total Equities** | ▆▆▆▆ | | ▆▆▆▆ | ▆▆ | ▆▆▆▆ | | ▆▆ |
| | | *Total Cost Basis:* | ▆▆▆▆ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EY and EAI will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ▆▆▆▆ |

| | |
|---|---|
| **Total Account Value** | ▆▆▆▆ |
| *Total Cost Basis* | ▆▆▆▆ |



**Inherited IRA from IRA of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████ **2365**

**Statement Period**
**September 1-30, 2023**

## Transaction Detail - Purchases & Sales

### Money Market Fund [Non-Sweep] Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| ████ | ████ | ████ | ████████ | ████ | ████ | ██ | ████ |
| | | | ████ | | | | |

| | |
|---|---|
| **Total Money Market Fund [Non-Sweep] Activity** | (████) |
| **Total Purchases & Sales** | (████) |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ████ | ████ | ████ | ████████ | ██ |
| **Total Dividends & Interest** | | | | ██ |

| | |
|---|---|
| **Total Transaction Detail** | (████) |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
████ **2365**

**Statement Period**
**September 1-30, 2023**

## Bank Sweep Activity



| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance** [X,Z] | | | | | ████ |
| ████ | ████ | ████ | | ████ | ████ |
| ████ | ████ | ████ | ████ | | 0.05 |
| **Total Activity** | | | ████ | ████ | |
| **Ending Balance** [X,Z] | | | | | ████ |

*Bank Sweep: Interest Rate as of 09/29/23 was 0.45%.* [Z]

## Open Orders

*You can change or cancel any open order by calling us.*

| | Transaction | Quantity | Order Date | Market Price | Limit Price |
|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ | ████ |

## Contribution Summary

| | 2022 | 2023 |
|---|---|---|
| Inherited IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Inherited IRA from IRA  of**
**MITCHELL WAX INH IRA**
**BENE OF BARBARA ROTHMAN**
**CHARLES SCHWAB & CO INC CUST**

**Account Number**
███**2365**

**Statement Period**
**September 1-30, 2023**

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| ◊ | Dividends paid on this security will be automatically reinvested. |
| t | Data for this holding has been edited or provided by a third party. |
| X | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| Z | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.



# Account 6552



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**⬛6552**

**Statement Period**
**January 1-31, 2021**

## Your Consultant

Sam Hyatt
VP: Financial Consultant
tel: 1 212-450-1807
email: Sam.Hyatt@schwab.com

## Manage Your Account

**Questions about this statement**
1 (800) 435-4000 - 24/7 Customer service
**For the most current records on your account visit us at**
schwab.com/login *Statements are archived up to 10 years online*



## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 13**

01/29-67073-TTIB2504-143401 *



Contributory IRA  of
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
■■■■**6552**

**Statement Period**
**January 1-31, 2021**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
All references to "Schwab" in this document refer to the broker-dealer Charles Schwab & Co., Inc.  Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement.  If you receive any other communication from any source other than Schwab which purports to represent your holdings you should verify its content with this statement. Securities, products, and services are not available in all countries and are subject to country specific restrictions.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep Feature and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Bank Sweep and Bank Sweep for Benefit Plans features as a Schwab Cash feature for your brokerage account. Deposit accounts constitute direct obligations of banks affiliated with Schwab and are not obligations of Schwab. Deposit accounts are insured by the FDIC within applicable limits. The balance in the bank deposit accounts can be withdrawn on your order and the proceeds returned to your securities account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the and Bank Sweep for Benefit Plans- features, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Estimated Annual Income:** Derived from information provided by out-side parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon for making investment decisions.
**Fees and Charges:** It is your responsibility, and not Schwab's, to verify the accuracy of all fees. Margin interest charged to your Account during the statement period is included in this section of the statement.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep

and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Latest Price/Price (Investment Detail Section Only):** The most recent price evaluation available on the last business day of the statement period, normally the last trade price or bid. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only.  Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced.  For Limited Partnerships (LP) and Real Estate Investment Trust (REIT) securities,  you may see that the value reflected on your periodic statement for this security is unpriced. FINRA rules require that certain LP and REIT securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price; if applicable, that accurate valuation information may not be available.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party and Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Option Customers:**  Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions by an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds.  The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period.  Yields vary. If, on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than 1/2 of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products

and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features.
**Gain (or Loss):**  Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information is not a solicitation or a recommendation to buy or sell. It may, however, be helpful for investment and tax planning strategies.  **Schwab does not provide tax advice and encourages you to consult with your tax professional.  Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you.  If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000.  (Outside the U.S., call +1-415-667-8400.) Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).  If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**COMPLAINT CONTACT INFORMATION:**  Complaints about Schwab statements, products or services may be directed to 1-800-435-4000.  For clients residing outside of the U.S., call collect +1-415-667-8400. Please send any written complaints to the Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA.
**Address Changes:** It is your obligation to keep Schwab informed of any changes in your address, telephone number or other contact information. If you fail to notify Schwab of those changes, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.  For assistance, you may contact Schwab at 1-800-435-4000.  Clients residing outside of the U.S. may call Schwab collect at +1-415-667-8400.
**Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. Schwab or an affiliate acts as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Sweep Funds and as Transaction Services Agent for the Government Money Fund.  Schwab or an affiliate is compensated by the Sweep Funds for acting in each of these capacities other than as Distributor.  The amount of such compensation is disclosed in the prospectus.  Additional information will be provided upon written request. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request.
Any third party trademarks appearing herein are the property of their respective owners. Schwab and its affiliated banks are subsidiaries of The Charles Schwab Corporation.
(1017-7MAX)

SIPC has taken the position that it will not cover the balances held in your deposit accounts maintained under programs like our Bank Sweep feature. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
© 2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0616-1157)



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████ **6552**

**Statement Period**
**January 1-31, 2021**

## Account Value as of 01/31/2021:$ ████████

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ████████ | $ ████████ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | | |
| **Ending Value on 01/31/2021** | $ ████ | $ ████ |
| **Total Change in Account Value** | $ ████ | $ ████ |

Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Cash and Bank Sweep [X,Z] | ████████ | ██ |
| Equities | | |
| Exchange Traded Funds | | |
| **Total Assets Long** | | |
| Settled Debit Balance | | |
| **Total Account Value** | ████████ | ██ |



- 44% Cash, Bank Sweep [X,Z]
- 41% Equities
- 15% Exchange Traded Funds

To explore the features of this statement visit schwab.com/premiumstatement



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████6552

**Statement Period**
**January 1-31, 2021**

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | **This Period** | |
| **All Investments** | $██████ | $(██████ |

*Values may not reflect all of your gains/losses. Cost basis may change and be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional gain or (loss) information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ████ | ████ |
| Cash Dividends | ████ | ████ |
| **Total Income** | ████ | ████ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash*** | $██████ | ██████ |
| Deposits and other Cash Credits | ████ | ████ |
| Investments Sold | ██████ | ██████ |
| Dividends and Interest | ████ | ████ |
| Withdrawals and other Debits | ████ | ████ |
| Investments Purchased | (██████ | (██████ |
| Fees and Charges | ████ | ████ |
| **Total Cash Transaction Detail** | ██████ | ██████ |
| **Ending Cash*** | $██████ | $██████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| | Account Number | Statement Period |
|---|---|---|
| | ▮6552 | **January 1-31, 2021** |

## Investment Detail - Cash and Bank Sweep

| Cash | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| Cash | ▮ | ▮ | ▮ |
| **Total Cash** | 0.00 | ▮ | ▮ |

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ▮ | ▮ | ▮ |
| **Total Bank Sweep** [X,Z] | ▮ | ▮ | ▮ |
| **Total Cash and Bank Sweep** | | ▮ | ▮ |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ▮▮ | ▮ | ▮ | ▮ / ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮ / ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮ / ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮ / ▮ | ▮ | ▮ | ▮ | ▮ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| ▮▮▮6552 | **January 1-31, 2021** |

## Investment Detail - Equities (continued)

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** (continued) | | | *Cost Basis* | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮ | ▮▮ |
| ▮▮▮▮ | | | ▮▮ ▮ | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮ | ▮▮ |
| ▮▮▮ | | | ▮▮ ▮ | | | | |
| **Total Equities** | ▮▮ | | ▮▮ | ▮ | ▮▮ | | ▮▮ |
| | | ***Total Cost Basis:*** | ▮▮ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

## Investment Detail - Exchange Traded Funds

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Exchange Traded Funds** | | | *Cost Basis* | | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮ | ▮▮ |
| ▮▮▮ | | | ▮▮ | | | | |
| ▮▮ | | | | | | | |
| ▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮ | ▮▮ |
| ▮▮ | | | ▮▮ | | | | |
| ▮▮ | | | | | | | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 6 of 13**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████**6552**

**Statement Period**
**January 1-31, 2021**

## Investment Detail - Exchange Traded Funds (continued)

| Exchange Traded Funds | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ████████████████ | ████ | ████ | ████ | ██ | ██████ | ██ | ██ |
| ███████████ | | | ████ | | | | |
| ████████ | | | | | | | |
| **Total Exchange Traded Funds** | ██████ | | ██████ | ██ | ██████ | | ████ |
| | | *Total Cost Basis:* | ██████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ██████ |

| | |
|---|---|
| **Total Account Value** | ██████ |
| *Total Cost Basis* | ██████ |

## Gain or (Loss) on Investments Sold

| Investments | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|
| ██████████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ██████████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ██████████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ████████████████ | ████ | | ████ | ████ | ████ █ | ████ |
| ████████████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███████ **6552**

**Statement Period**
**January 1-31, 2021**

## Gain or (Loss) on Investments Sold (continued)

| Investments (continued) | | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| ███████████████ | | ████ | ████ | ████ | ████ | ████ | ▮ | ████ |
| ███████ | ████ | ███ | ████ | ████ | ████ | ████ | ▮ | ███ |
| ███████ | ████ | ███ | ████ | ████ | ████ | ████ | ▮ | ███ |
| ███████ | ████ | ███ | ████ | ████ | ████ | ████ | ▮ | ███ |
| ███████ | ████ | ███ | ████ | ████ | ████ | ████ | ▮ | ███ |
| ███████ | ████ | ███ | ████ | ████ | ████ | ████ | ▮ | |
| ███████ | ████ | ███ | ████ | ████ | ████ | ████ | ▮ | ███ |
| ███████ | ████ | ███ | ████ | ████ | ████ | ████ | ▮ | ███ |
| ███████ | ████ | ███ | ████ | ████ | ████ | ████ | ▮ | ███ |
| ███████ | ████ | ████ | ████ | ████ | ████ | ████ | ▮ | ████ |
| ███████ | ████ | ███ | ████ | ████ | ████ | ████ | ▮ | ████ |
| ███████ | ████ | ███ | ████ | ████ | ████ | ████ | ▮ | ████ |
| ███████ | ████ | ████ | ████ | ████ | ████ | ████ | ▮ | ████ |
| ███████ | ████ | ████ | ████ | ████ | ████ | ████ | ▮ | ████ |
| ███████ | ████ | ████ | ████ | ████ | ████ | ████ | ▮ | ████ |
| **Total Gain or (Loss) on Investments Sold** | | | | | ████ | ████ | | ████ |

*Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.*
*Option Customers:  Gain/loss on investments sold is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.*



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████ **6552**

**Statement Period**
**January 1-31, 2021**

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ████████ | ███ | ███ | ███ |
| ███ | ███ | ███ | ████████ | ███ | ███ | ███ |
| ███ | ███ | ███ | ████████ | ███ | ███ | ███ |
| ███ | ███ | ███ | ████████ | ███ | ███ | ███ |
| ███ | ███ | ███ | ████████ | ███ | ███ | ███ |
| ███ | ███ | ███ | ████████ | ███ | ███ | ███ |
| ███ | ███ | ███ | █████ | ███ | ███ | ███ |
| **Total Equities Activity** | | | | | | ███ |

### Exchange Traded Funds Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ██████ | ███ | ███ | ███ |
| ███ | ███ | ███ | ██████ | ███ | ███ | ███ |
| ███ | ███ | ███ | ██████ | ███ | ███ | ███ |
| **Total Exchange Traded Funds Activity** | | | | | | (███ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███ **6552**

**Statement Period**
**January 1-31, 2021**

## Transaction Detail - Purchases & Sales (continued)

### Other Assets Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ███ | ███ | ██ | ███████ ██ | ███ | ███ | ███ |
| ███ | ███ | ██ | ███████ ██ | ███ | ███ | ███ |
| ███ | ███ | ██ | ███████ ██ | ███ | ███ | ███ |
| ███ | ███ | ██ | ███████ ██ | ███ | ███ | ███ |
| ███ | ███ | ██ | ███████ ██ | ███ | ███ | ███ |
| ███ | ███ | ██ | ███████ ██ | ███ | ███ | ███ |
| ███ | ███ | ██ | ███████ ██ | ███ | ███ | ███ |
| ███ | ███ | ██ | ███████ ██ | ███ | ███ | ███ |
| ███ | ███ | ██ | ███████ ██ | ███ | ███ | ███ |
| ███ | ███ | ██ | ███████ ██ | ███ | ███ | ███ |
| ███ | ███ | ██ | ███████ ██ | ███ | ███ | ███ |
| ███ | ███ | ██ | ███████ ██ | ███ | ███ | ███ |
| ███ | ███ | ██ | ███████ ██ | ███ | ███ | ███ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████ 6552

**Statement Period**
**January 1-31, 2021**

## Transaction Detail - Purchases & Sales (continued)

### Other Assets Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ████ | ████ | ███ | ████████ ████ | ████ | ████ | ████ |
| **Total Other Assets Activity** | | | | | | ████ |
| **Total Purchases & Sales** | | | | | | ████ |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ████ | ████ | ████ | ████████ | ████ |
| ████ | ████ | ████ | █████████████ | ██ |
| **Total Dividends & Interest** | | | | ████ |

| | Total Transaction Detail | | | ████ |
|---|---|---|---|---|

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance [X,Z]** | | | | | ████ |
| ████ | ████ | ████████ | ████ | | ████ |
| ████ | ████ | ████████ ▪ | | ████ | ████ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████ **6552**

**Statement Period**
**January 1-31, 2021**

## Bank Sweep Activity (continued)

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| ██████ | ████████ █ | ████████████████████ | | ████ | ████ |
| ████ | ████████ | ████████████████ | ████ | | ████ |
| ████ | ████████ | ██████████████ █ | | ████ | ████ |
| ████ | ████████ | ██████████████ █ | | ████████ | ████ |
| ████ | ████████ | ██████████████ | ████ | | ████ |
| ████ | ████████ | ██████████████ | ████ | | ████ |
| ████ | ████████ | ██████████████ █ | | ████ | ████ |
| **Total Activity** | | | ████ | ████ | |

| **Ending Balance** [X,Z] | ████ |
|---|---|

*Bank Sweep: Interest Rate as of 01/29/21 was 0.01%.* [Z]

## Trades Pending Settlement

| | Transaction | Quantity | Trade Date | Settle Date | Unit Price | Purchase/Debit | Sale/Credit |
|---|---|---|---|---|---|---|---|
| SPARTAN ACQUISITION CORP: SPRQ | Bought | 750.0000 | 01/28/21 | 02/01/21 | 12.7499 | 9,562.43 | |
| ████████████ ████ | ████ | ████ | ████ | ████ | ████ | ████ | |
| ████████████ ████ | ████ | ████ | ████ | ████ | ████ | ████ | |
| ████████████ ████ | ████ | ████ | ████ | ████ | ████ | ████ | |
| ████████████ ████ | ████ | ████ | ████ | ████ | ████ | ████ | |
| **Total Trades Pending Settlement** | | | | | | ████ | |

*Pending transactions are not included in account value.*

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 12 of 13**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████6552

**Statement Period**
**January 1-31, 2021**

## Contribution Summary

|  | 2020 | 2021 |
| --- | --- | --- |
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
| --- | --- |
| **e** | Data for this holding has been edited or provided by the account holder. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/compensation.

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 13 of 13**





**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████6552

**Statement Period**
**March 1-31, 2021**

## Your Consultant

Sam Hyatt
VP: Financial Consultant
tel: 1 212-450-1807
email: Sam.Hyatt@schwab.com

## Manage Your Account

**Questions about this statement**
1 (800) 435-4000 - 24/7 Customer service
**For the most current records on your account visit us at**
schwab.com/login *Statements are archived up to 10 years online*



## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 12**

03/31-67073-TTIB2510-133011 *2



Contributory IRA  of
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████**6552**

**Statement Period**
**March 1-31, 2021**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
All references to "Schwab" in this document refer to the broker-dealer Charles Schwab & Co., Inc.  Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement.  If you receive any other communication from any source other than Schwab which purports to represent your holdings you should verify its content with this statement. Securities, products, and services are not available in all countries and are subject to country specific restrictions.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep Feature and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Bank Sweep and Bank Sweep for Benefit Plans features as a Schwab Cash feature for your brokerage account. Deposit accounts constitute direct obligations of banks affiliated with Schwab and are not obligations of Schwab. Deposit accounts are insured by the FDIC within applicable limits. The balance in the bank deposit accounts can be withdrawn on your order and the proceeds returned to your securities account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the and Bank Sweep for Benefit Plans- features, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Estimated Annual Income:** Derived from information provided by out-side parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon for making investment decisions.
**Fees and Charges:** It is your responsibility, and not Schwab's, to verify the accuracy of all fees. Margin interest charged to your Account during the statement period is included in this section of the statement.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep

and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Latest Price/Price (Investment Detail Section Only):** The most recent price evaluation available on the last business day of the statement period, normally the last trade price or bid. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only.  Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced.  For Limited Partnerships (LP) and Real Estate Investment Trust (REIT) securities,  you may see that the value reflected on your periodic statement for this security is unpriced. FINRA rules require that certain LP and REIT securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price; if applicable, that accurate valuation information may not be available.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party and Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Option Customers:**  Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions by an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds.  The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period.  Yields vary. If, on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than 1/2 of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products

and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features.
**Gain (or Loss):**  Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information is not a solicitation or a recommendation to buy or sell. It may, however, be helpful for investment and tax planning strategies.  **Schwab does not provide tax advice and encourages you to consult with your tax professional.  Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you.  If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000.  (Outside the U.S., call +1-415-667-8400.) Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).  If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**COMPLAINT CONTACT INFORMATION:**   Complaints about Schwab statements, products or services may be directed to 1-800-435-4000.  For clients residing outside of the U.S., call collect +1-415-667-8400. Please send any written complaints to the Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA.
**Address Changes:** It is your obligation to keep Schwab informed of any changes in your address, telephone number or other contact information. If you fail to notify Schwab of those changes, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.  For assistance, you may contact Schwab at 1-800-435-4000.  Clients residing outside of the U.S. may call Schwab collect at +1-415-667-8400.
**Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. Schwab or an affiliate acts as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Sweep Funds and as Transaction Services Agent for the Government Money Fund.  Schwab or an affiliate is compensated by the Sweep Funds for acting in each of these capacities other than as Distributor.  The amount of such compensation is disclosed in the prospectus.  Additional information will be provided upon written request. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request.
Any third party trademarks appearing herein are the property of their respective owners. Schwab and its affiliated banks are subsidiaries of The Charles Schwab Corporation.
(1017-7MAX)

SIPC has taken the position that it will not cover the balances held in your deposit accounts maintained under programs like our Bank Sweep feature. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
© 2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0616-1157)



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███ **6552**

**Statement Period**
**March 1-31, 2021**

## Account Value as of 03/31/2021: $ ███████

## Change in Account Value

|  | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ███████ | $ ███████ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | | |
| **Ending Value on 03/31/2021** | $ ███████ | $ ███████ |
| **Total Change in Account Value** | $ ███████ | $ ███████ |

**Account Value [in Thousands]**



## Asset Composition

|  | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep[X,Z] | | |
| Equities | | |
| Exchange Traded Funds | | % |
| Other Assets | | |
| **Total Assets Long** | | |
| Settled Debit Balance | | |
| **Total Account Value** | | |



■ 47% Equities
■ 13% Exchange Traded Funds
□ 39% Bank Sweep [X,Z]

To explore the features of this statement visit schwab.com/premiumstatement

**Page 3 of 12**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████**6552**

**Statement Period**
**March 1-31, 2021**

|  | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| **Gain or (Loss) Summary** | **This Period** |  |
| **All Investments** | $██████ | $(██████ |

*Values may not reflect all of your gains/losses. Cost basis may change and be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional gain or (loss) information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ██ | ██ |
| Cash Dividends | ██ | ███ |
| **Total Income** | ██ | ███ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash***  | ████ | ███ |
| Deposits and other Cash Credits | █ | █ |
| Investments Sold | ███ | ███ |
| Dividends and Interest | █ | ██ |
| Withdrawals and other Debits | █ | █ |
| Investments Purchased | ███ | ███ |
| Fees and Charges | █ | █ |
| **Total Cash Transaction Detail** | ███ | ███ |
| **Ending Cash***  | ███ | ███ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
■■■■6552

**Statement Period**
**March 1-31, 2021**

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ■■■■ | ■■■■ | ■■ |
| **Total Bank Sweep** X,Z | ■■■■ | ■■■■ | ■■ |
| **Total Bank Sweep** | | ■■■■ | ■■ |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ■■■■ ■■■■ | ■■■ | ■■■ | ■■■ ■■ | ■ | ■■■ | ■■ | ■ |
| ■■■■ ■■■■ | ■■■ | ■■■ | ■■■ ■■ | ■ | ■■■ | ■ | ■ |
| ■■■■ ■■■■ | ■■■ | ■■■ | ■■■ ■■ | ■ | ■■■ | ■■ | ■■ |
| ■■■■■ ■■■ | ■■■ | ■■■ | ■■■ ■ | ■ | ■■■ | ■ | ■ |
| ■■■■■ ■■ ■ ■■■ | ■■■ | ■■■ | ■■■ ■■ | ■ | ■■■ | ■ | ■ |
| ■■■ ■■■ | ■■■ | ■■■ | ■■■ ■ | ■ | ■■■ | ■ | ■ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████ **6552**

**Statement Period**
**March 1-31, 2021**

## Investment Detail - Equities (continued)

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** (continued) | | | *Cost Basis* | | | | |
| **SPARTAN ACQUISITION CO F** | 1,500.0000 | 10.46000 | 15,690.00 | 3% | (1,597.43) | N/A | N/A |
| CLASS      A | | | *17,287.43* | | | | |
| SYMBOL: SPRQ | | | | | | | |
| ██████████████ █ | ███████ | ███████ | ██████ █ | ██ | ███████ | ███ | ███ |
| █████ █ | | | ██████ | | | | |
| ████████ | | | | | | | |
| **Total Equities** | ██████ | | ██████ █ | ██ | ███████ | | ███ |
| **Total Cost Basis:** | | | ██████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

## Investment Detail - Exchange Traded Funds

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Exchange Traded Funds** | | | *Cost Basis* | | | | |
| ███████████ | ████ | ████ | ████ | ██ | ██████ | ████ | ████ |
| ██████████ | | | ████ | | | | |
| ████████ | | | | | | | |
| ███████████████ | ████ | ████ | ████ | ██ | ████ | ████ | ████ |
| ████████ | | | ████ | | | | |
| ████████ | | | | | | | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████**6552**

**Statement Period**
**March 1-31, 2021**

## Investment Detail - Exchange Traded Funds (continued)

| Exchange Traded Funds | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ██████████ | ███████ | ████████ | ███████ | ████ | █████████ | ████ | ████ |
| ██████████ | | | ███████ | | | | |
| ██████ | | | | | | | |
| **Total Exchange Traded Funds** | ███████ | | ███████ | ████ | █████████ | | ████ |
| | | **Total Cost Basis:** | ███████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

## Investment Detail - Other Assets

| Other Assets | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ████████████ | ██████ | ███████ | ██████ | ████ | █████████ | ████ | ████ |
| ██████████ | | | ███████ | | | | |
| ██████ | | | | | | | |
| **Total Other Assets** | ██████ | | ██████ | ████ | █████████ | | ████ |
| | | **Total Cost Basis:** | ██████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*



**Contributory IRA  of
MITCHELL WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY**

**Account Number**
██████6552

**Statement Period**
**March 1-31, 2021**

## Investment Detail - Total

| | |
|---|---|
| **Total Investment Detail** | ██████ |
| **Total Account Value** | ██████ |
| *Total Cost Basis* | ██████ |

## Gain or (Loss) on Investments Sold

| Investments | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|
| ██████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| ██████████ | ████ | ████ | ████ | ████ | ████ █ | ████ |
| **Total Gain or (Loss) on Investments Sold** | | | | ████ | ████ | ████ |

*Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.*
*Option Customers:  Gain/loss on investments sold is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.*

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| | |
|---|---|
| **Account Number** | **Statement Period** |
| ▮▮▮▮6552 | **March 1-31, 2021** |

## Transaction Detail - Purchases & Sales

**Equities Activity**

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ ▮ ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ ▮ ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ ▮ ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ ▮ ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| 03/19/21 | 03/17/21 | Bought | SPARTAN ACQUISITION CORP CLASS          A: SPRQ | 750.0000 | 10.3000 | (7,725.00) |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**■■■■6552**

**Statement Period**
**March 1-31, 2021**

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ■■■ | ■■■ | ■■■■ | ■■■■■■ ■■■■ | ■■■ | | |
| ■■■ | ■■■ | ■■■ | ■■■■■■ ■■■■ | ■■■ | | |
| ■■■ | ■■■ | ■■■ | ■■■■■■ ■■ ■■■ | ■■■ | | |
| **Total Equities Activity** | | | | | | ■■■■ |

### Other Assets Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ■■■ | ■■■ | ■■■ | ■■■■■■ ■■ | ■■■ | ■■■ | ■■■ |
| ■■■ | ■■■ | ■■■■ | ■■■■■■ ■■ | ■■■ | | |
| ■■■ | ■■■ | ■■■ | ■■■■■ ■■■■■ | ■■■ | | |
| **Total Other Assets Activity** | | | | | | (■■■■ |
| **Total Purchases & Sales** | | | | | | ■■■■ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████ **6552**

**Statement Period**
**March 1-31, 2021**

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 03/15/21 | 03/16/21 | ██████████ | ████████████████████ | ██ |
| **Total Dividends & Interest** | | | | ███ |

| | | |
|---|---|---|
| **Total Transaction Detail** | | ██████ |

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance** [X,Z] | | | | | ██████ |
| ████ | ██████ | ████████████ | ████ | | ██████ |
| ████ | ██████ | █████████████████ | | ██ | ██████ |
| ████ | █████ | █████████ | ██ | | ██████ |
| ████ | █████ | █████████ | | ██ | ██████ |
| ████ | █████ | █████████ | ███ | | ██████ |
| ████ | █████ | █████████ | ███ | | ██████ |
| ████ | █████ | █████████ | | ████ | ██████ |
| **Total Activity** | | | ██████ | ██████ | |
| **Ending Balance** [X,Z] | | | | | ██████ |

*Bank Sweep: Interest Rate as of 03/31/21 was 0.01%.* [Z]

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████ **6552**

**Statement Period**
**March 1-31, 2021**

## Contribution Summary

|  | 2020 | 2021 |
|---|---|---|
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| e | Data for this holding has been edited or provided by the account holder. |
| X | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| Z | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/compensation.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████6552

**Statement Period**
**July 1-31, 2021**

## Your Consultant

Sam Hyatt
VP: Financial Consultant
tel: 1 212-450-1807
email: Sam.Hyatt@schwab.com

## Manage Your Account

**Questions about this statement**
1 (800) 435-4000 - 24/7 Customer service
**For the most current records on your account visit us at**
schwab.com/login *Statements are archived up to 10 years online*



## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 11**

07/30-67074-TTIP2606-192908 *2



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███6552

**Statement Period**
**July 1-31, 2021**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
• You can lose more funds than you deposit in the margin account.
• Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
• You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
• Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.
**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 11**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**6552**

**Statement Period**
**July 1-31, 2021**

## Account Value as of 07/31/2021:$ ▇▇▇▇▇

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ▇▇▇ | $ ▇▇▇ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | | |
| **Ending Value on 07/31/2021** | $ ▇▇▇ | $ ▇▇▇ |
| *Accrued Income*[d] | ▇▇ | |
| ***Ending Value with Accrued Income*[d]** | $ ▇▇▇ | |
| **Total Change in Account Value** | $ ▇▇▇ | $ ▇▇▇ |
| ***Total Change with Accrued Income*[d]** | $ ▇▇▇ | |



Account Value [in Thousands]

## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep[X,Z] | $ ▇▇▇ | ▇▇ |
| Equities | | ▇ |
| Exchange Traded Funds | | |
| Other Assets | | < |
| **Total Assets Long** | $ ▇▇▇ | |
| Settled Debit Balance | | |
| **Total Account Value** | $ ▇▇▇ | ▇▇ |



■ 60% Equities
■ 14% Exchange Traded Funds
□ 26% Bank Sweep [X,Z]

To explore the features of this statement visit schwab.com/premiumstatement



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████6552

**Statement Period**
**July 1-31, 2021**

## Gain or (Loss) Summary

|  | **Gain or (Loss) on Investments Sold** | **Unrealized Gain or (Loss)** |
|---|---|---|
|  | **This Period** |  |
| **All Investments** | ████ | ████████ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

|  | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ████ | ████ |
| Cash Dividends | ████ | ██████ |
| **Total Income** | ████ | ██████ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| | **Account Number** | **Statement Period** |
|---|---|---|
| | ▮▮6552 | **July 1-31, 2021** |

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash** * | ▮▮▮▮ | ▮▮▮ |
| Deposits and other Cash Credits | ▮ | ▮ |
| Investments Sold | ▮ | ▮▮ |
| Dividends and Interest | ▮ | ▮▮ |
| Withdrawals and other Debits | ▮ | ▮ |
| Investments Purchased | ▮▮ | ▮▮ |
| Fees and Charges | ▮ | ▮ |
| **Total Cash Transaction Detail** | ▮▮ | ▮▮ |
| **Ending Cash** * | ▮▮ | ▮▮▮ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Investment Detail - Cash and Bank Sweep

| **Cash** | **Starting Balance** | **Ending Balance** | **% of Account Assets** |
|---|---|---|---|
| Cash | ▮ | ▮ | |
| **Total Cash** | ▮ | ▮ | |

| **Bank Sweep** | **Starting Balance** | **Ending Balance** | **% of Account Assets** |
|---|---|---|---|
| ▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| **Total Bank Sweep** X,Z | ▮ | ▮ | ▮ |
| **Total Cash and Bank Sweep** | | ▮ | ▮ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████ **6552**

**Statement Period**
**July 1-31, 2021**

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ██████████████ ████████ | ██████ | ██████ | ██████ ██████ | ██ | ██████ | ████ | ██████ |
| █████ ██████████ | ██████ | ██████ | ██████ ██████ | ██ | ██████ | ████ | ████ |
| █████ ██████ | ██████ | ██████ | ██████ ██████ | ██ | ██████ | ████ | ████ |
| ██████ ██████ | ██████ | ██████ | ██████ ██████ | ██ | ██████ | ████ | ██████ |
| | | | | | ███████████████ | | |
| █████████████ ████████ | ██████ | ██████ | ██████ ██████ | ██ | ██████ | ████ | ████ |
| ██████████████████ ████ █ ██████████ | ██████ | ██████ | ██████ ██████ | ██ | ██████ | ████ | ████ |
| █████ ██████████ | ██████ | ██████ | ██████ ██████ | ██ | ██████ | ████ | ████ |
| **SUNLIGHT FINL HOLDINGS I** SYMBOL: SUNL | **4,500.0000** | **8.21000** | **36,945.00** *42,237.43* | **7%** | **(5,292.43)** | **N/A** | **N/A** |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| ▇▇▇▇6552 | **July 1-31, 2021** |

## Investment Detail - Equities (continued)

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** (continued) | | | *Cost Basis* | | | | |
| ▇▇▇▇▇▇▇ ▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇ | ▇▇▇ | ▇▇ | ▇▇ |
| ▇▇ ▇ ▇ | | | ▇▇▇ | | | | |
| ▇▇▇▇ | | | | | | | |
| **Total Equities** | ▇▇▇ | | ▇▇▇ | ▇▇ | ▇▇▇ | | ▇▇ |
| | | *Total Cost Basis:* | 3▇▇▇ | | | | |

*Total Accrued Dividend for Equities:* ▇▇▇

## Investment Detail - Exchange Traded Funds

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Exchange Traded Funds** | | | *Cost Basis* | | | | |
| ▇▇▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇ | ▇▇▇ | ▇▇ | ▇▇ |
| ▇▇▇▇ | | | ▇▇▇ | | | | |
| ▇▇▇ | | | | | | | |
| ▇▇▇▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇ | ▇▇▇ | ▇▇ | ▇▇ |
| ▇▇▇ | | | ▇▇ | | | | |
| ▇▇▇ | | | | | | | |
| ▇▇▇▇▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇ | ▇▇▇ | ▇ | ▇ |
| ▇▇▇ | | | ▇▇▇ | | | | |
| ▇▇▇ | | | | | | | |
| **Total Exchange Traded Funds** | ▇▇▇ | | ▇▇▇ | ▇ | ▇▇▇ | | ▇▇ |
| | | *Total Cost Basis:* | ▇▇▇ | | | | |



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████6552

**Statement Period**
**July 1-31, 2021**

## Investment Detail - Other Assets

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| **Other Assets** | | | | | | | |
| ████████████████ | ████ | ████ | ████ ▪ | ████ | ████ | ████ | ████ |
| ████████████ | | | ████ | | | | |
| ████████ | | | | | | | |
| **Total Other Assets** | ████ | | ████ | ████ | ████ | | ████ |
| | | *Total Cost Basis:* | ████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ████████ |

| | |
|---|---|
| **Total Account Value** | ██████ |
| *Total Cost Basis* | ██████ |

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 07/12/21 | 07/12/21 | Stock Merger | SPARTAN ACQUISITION CXXX CORP ACT | (1,500.0000) | | |
| 07/12/21 | 07/12/21 | Stock Merger | SUNLIGHT FINL HOLDINGS I:  SUNL | 1,500.0000 | | |



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
6552

**Statement Period**
**July 1-31, 2021**

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 07/19/21 | 07/15/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 8.0000 | 8.5000 | (68.00) |
| 07/19/21 | 07/15/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 1,992.0000 | 8.5000 | (16,932.00) |
| 07/20/21 | 07/16/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 548.0000 | 7.9500 | (4,356.60) |
| 07/20/21 | 07/16/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 452.0000 | 7.9500 | (3,593.40) |



## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | | Credit/(Debit) |
|---|---|---|---|---|---|



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████ **6552**

**Statement Period**
**July 1-31, 2021**

## Bank Sweep Activity



| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance X,Z |
|---|---|---|---|---|---|
| **Opening Balance** X,Z | | | | | ████ |
| ████ | ████ | ████████ ▪ | | ██ | ████ |
| ████ | ████ | ████████ ▪ | | ██ | ████ |
| ████ | ████ ▪ | ██████████ | | ██ | ████ |
| ████ | ████ | ████████ | ██ | | ████ |
| ████ | ████ | ████████ | ██ | | ████ |
| ████ | ████ | ████████ | ██ | | ████ |
| ████ | ████ | ████████ | ██ | | ████ |
| **Total Activity** | | | ████ | ██ | |
| **Ending Balance** X,Z | | | | | ████ |

*Bank Sweep: Interest Rate as of 07/30/21 was 0.01%.* Z

## Pending Corporate Actions

| | Transaction | Quantity | Payable Date | Rate per Share | Share Distribution | Cash Distribution |
|---|---|---|---|---|---|---|
| ████ | ████ | ██ | ██ | ██ | | ██ |
| **Total Pending Corporate Actions** | | | | | | ██ |

*Pending transactions are not included in account value.*

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**■■■■6552**

**Statement Period**
**July 1-31, 2021**

## Contribution Summary

|  | 2020 | 2021 |
|---|---|---|
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **d** | Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your brokerage account, but the income and/or dividends have not been received into your account and Schwab makes no representation that they will. Accrued amounts are not covered by SIPC account protection until actually received and held in the account. |
| **e** | Data for this holding has been edited or provided by the account holder. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.





**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████6552

**Statement Period**
**August 1-31, 2021**

## Your Consultant

Sam Hyatt
VP: Financial Consultant
tel: 1 212-450-1807
email: Sam.Hyatt@schwab.com

## Manage Your Account

**Questions about this statement**
1 (800) 435-4000 - 24/7 Customer service
**For the most current records on your account visit us at**
schwab.com/login *Statements are archived up to 10 years online*



## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 11**

08/31-67074-TTIP2606-134526 *



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████6552

**Statement Period**
**August 1-31, 2021**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed to us by you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
- You can lose more funds than you deposit in the margin account.
- Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
- You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
- Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.

**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 11**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**



**Account Number**
███████ **6552**

**Statement Period**
**August 1-31, 2021**

## Account Value as of 08/31/2021:$ ███████

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ███████ | $ ███████ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | | |
| **Ending Value on 08/31/2021** | $ ███████ | $ ███████ |
| **Total Change in Account Value** | $ ███████ | $ ███████ |

Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep X,Z | $ ███████ | ███ |
| Equities | | |
| Exchange Traded Funds | | |
| Other Assets | | < |
| **Total Assets Long** | $ ███████ | |
| Settled Debit Balance | | |
| **Total Account Value** | $ ███████ | ███ |



- 67% Equities
- 15% Exchange Traded Funds
- 18% Bank Sweep [X,Z]

To explore the features of this statement visit schwab.com/premiumstatement



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████ **6552**

**Statement Period**
**August 1-31, 2021**

|  | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| **Gain or (Loss) Summary** | **This Period** |  |
| **All Investments** | $███ | $(███████) |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| Income Summary | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ███ | ███ |
| Cash Dividends | ███ | ████ |
| **Total Income** | ███ | ████ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████ **6552**

**Statement Period**
**August 1-31, 2021**

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash** * | $ ██████ | $ █████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ██ | █████ |
| Dividends and Interest | ███ | ████ |
| Withdrawals and other Debits | ██ | ██ |
| Investments Purchased | ( █████ | ( █████ |
| Fees and Charges | ██ | ██ |
| **Total Cash Transaction Detail** | ( █████ | █████ |
| **Ending Cash** * | $ █████ | $ █████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ████ | ████ | ██ |
| **Total Bank Sweep** X,Z | ████ | ████ | ██ |
| **Total Bank Sweep** | | ████ | ██ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████6552

**Statement Period**
**August 1-31, 2021**

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ███████ | ███ | ███ | ███ | ██ | ███ | ██ | ██ |
| ███ | | | ███ | | | | |
| ███ | ███ | ███ | ███ | ██ | | ██ | ███ |
| ███ | | | ███ | | | | |
| ███ | ███ | ███ | ███ | ██ | ███ | ██ | |
| ███ | | | ███ | | | | |
| ███ | ███ | ███ | ███ | ██ | ███ | ██ | ███ |
| ███ | | | ███ | | | | |
| ███████ | ███ | ███ | ███ | ██ | ███ | ██ | ███ |
| ███ █ | | | ███ █ | | | | |
| ███████ | ███ | ███ | ███ █ | ██ | ███ | ██ | ███ |
| ███ █ | | | ███ █ | | | | |
| ███ | | | | | | | |
| ███ | ███ | ███ | ███ █ | ██ | ███ | ██ | ██ |
| ███ | | | ███ █ | | | | |
| **SUNLIGHT FINL HOLDINGS I** | **12,000.0000** | **5.45000** | **65,400.00** | **13%** | **(19,212.43)** | **N/A** | **N/A** |
| SYMBOL: SUNL | | | *84,612.43* | | | | |
| ███████ █ | ███ | ███ | ███ | ██ | ███ | ██ | ██ |
| ███ █ | | | ███ | | | | |
| ███ | | | | | | | |
| **Total Equities** | ███ | | ███ | ██ | ███ | | ██ |
| | | **Total Cost Basis:** | ███ | | | | |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 6 of 11**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
■■■■ **6552**

**Statement Period**
**August 1-31, 2021**

## Investment Detail - Exchange Traded Funds

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Exchange Traded Funds** | | | *Cost Basis* | | | | |
| ██████████ | ████ | ████ | ████ | ██ | ████ | ██ | ██ |
| ██████ | | | ████ | | | | |
| ████ | | | | | | | |
| ████████████ | ████ | ████ | ████ | ██ | ████ | ██ | ██ |
| ██████ | | | ██ | | | | |
| ██████ | | | | | | | |
| ████████████ | ████ | ████ | ████ | ██ | ████ | ██ | ██ |
| ████ | | | ████ | | | | |
| ██████ | | | | | | | |
| **Total Exchange Traded Funds** | ████ | | ████ | ██ | ████ | | ██ |
| | **Total Cost Basis:** | | ████ | | | | |

## Investment Detail - Other Assets

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Other Assets** | | | *Cost Basis* | | | | |
| ██████████████ | ████ | ████ | ████ | ██ | ████ | ██ | ██ |
| ████████ | | | ████ ▪ | | | | |
| ██████ | | | | | | | |
| **Total Other Assets** | ████ | | ████ | ██ | ████ | | ██ |
| | **Total Cost Basis:** | | ████ | | | | |



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████ **6552**

**Statement Period**
**August 1-31, 2021**

## Investment Detail - Total

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | ████ |
| **Total Account Value** | ████ |
| ***Total Cost Basis*** | ████ |

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 08/23/21 | 08/19/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 10.0000 | 5.6500 | 0.00 | (56.50) |
| 08/23/21 | 08/19/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 4.0000 | 5.6500 | 0.00 | (22.60) |
| 08/23/21 | 08/19/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 176.0000 | 5.6500 | 0.00 | (994.40) |
| 08/23/21 | 08/19/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 2,582.0000 | 5.6500 | 0.00 | (14,588.30) |



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
■ **6552**

**Statement Period**
**August 1-31, 2021**

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 08/23/21 | 08/19/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 4,728.0000 | 5.6500 | 0.00 | (26,713.20) |

| **Total Equities Activity** | | | | | | | **(42,375.00)** |
|---|---|---|---|---|---|---|---|

| **Total Purchases & Sales** | | | | | | | **(42,375.00)** |
|---|---|---|---|---|---|---|---|

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)



| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| **Total Dividends & Interest** | | | | ■ |

| **Total Transaction Detail** | | | | (■ |
|---|---|---|---|---|

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████ **6552**

**Statement Period**
**August 1-31, 2021**

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance X,Z |
|---|---|---|---|---|---|
| **Opening Balance** X,Z | | | | | ████ |
| ████ | ████ | ████ ▪ | | ████ | ████ |
| ████ | ████ | ████ ▪ | | ████ | ████ |
| ████ | ████ ▪ | ████ | | ████ | ████ |
| ████ | ████ | ████ | ████ | | ████ |
| ████ | ████ | ████ ▪ | | ████ | ████ |
| ████ | ████ | ████ | ████ | | ████ |
| **Total Activity** | | | ████ | ████ | |
| **Ending Balance** X,Z | | | | | ████ |

*Bank Sweep: Interest Rate as of 08/31/21 was 0.01%.* Z

## Contribution Summary

| | 2020 | 2021 |
|---|---|---|
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **e** | Data for this holding has been edited or provided by the account holder. |



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**6552**

**Statement Period**
**August 1-31, 2021**

## Endnotes For Your Account (continued)

| Symbol | Endnote Legend |
|---|---|
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 11 of 11**





**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**



| Account Number | Statement Period |
|---|---|
| ▉6552 | **November 1-30, 2021** |

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*



MITCHELL WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

11/30-67074-TTIP2607-101620 *



Contributory IRA  of
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
■■■■ **6552**

**Statement Period**
**November 1-30, 2021**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
• You can lose more funds than you deposit in the margin account.
• Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
• You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
• Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.
**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 12**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**6552**

**Statement Period**
**November 1-30, 2021**

## Account Value as of 11/30/2021:$ ███████

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ████ | $ ████ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | | |
| **Ending Value on 11/30/2021** | $ ████ | $ ████ |
| **Total Change in Account Value** | $ ████ | $ ████ |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep [X,Z] | $ ████ | ██ |
| Equities | | |
| **Total Assets Long** | $ ████ | |
| Settled Debit Balance | | |
| **Total Account Value** | $ ████ | ██ |



38% Bank Sweep [X,Z]
62% Equities

To explore the features of this statement visit schwab.com/premiumstatement



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
  6552

**Statement Period**
**November 1-30, 2021**

|  | **Gain or (Loss) on Investments Sold** | **Unrealized Gain or (Loss)** |
|---|---|---|
| **Gain or (Loss) Summary** | **This Period** | |
| **All Investments** | $ ▮ | $ ▮ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ▮ | ▮ |
| Cash Dividends | ▮ | ▮ |
| **Total Income** | ▮ | ▮ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████ **6552**

**Statement Period**
**November 1-30, 2021**

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash**[*] | $ ████ | $ ████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ██ | ████ |
| Dividends and Interest | ██ | ████ |
| Withdrawals and other Debits | ██ | ██ |
| Investments Purchased | ( ████ | ( ████ |
| Fees and Charges | ██ | ██ |
| **Total Cash Transaction Detail** | ( ████ | ████ |
| **Ending Cash**[*] | $ ████ | $ ████ |

[*]Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ████ | ████ | ██ |
| SCHWAB PREMIER BANK | ██ | ██ | |
| **Total Bank Sweep** [X,Z] | ████ | ████ | ██ |
| **Total Bank Sweep** | | ████ | ██ |



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████6552

**Statement Period**
**November 1-30, 2021**

## Investment Detail - Equities

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** | | | *Cost Basis* | | | | |
| ██████████ | ████ | ████ | ████ | ██ | ████ | ██ | ████ |
| ████████ | | | ████ | | | | |
| ████ | ████ | ████ | ████ | ██ | ████ | ██ | ████ |
| ████ | | | ████ | | | | |
| ██████████ | ████ | ████ | ████ | ██ | ████ | ██ | ████ |
| ████ | | | ██████ | | | | |
| ████ | ████ | ████ | ████ | ██ | ████ | ██ | ████ |
| ████ | | | ██████ | | | | |
| **SUNLIGHT FINL HOLDINGS I** | **28,420.0000** | **4.37000** | **124,195.40** | **27%** | **(41,040.03)** | **N/A** | **N/A** |
| SYMBOL: SUNL | | | *165,235.43* | | | | |
| ████████ | ████ | ████ | ████ | ██ | ████ | ██ | ████ |
| ████ | | | ████ | | | | |
| ████ | | | | | | | |
| **Total Equities** | ████ | | ████ | ██ | ████ | | ████ |
| | | *Total Cost Basis:* | ████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| 6552 | **November 1-30, 2021** |

| | |
|---|---|
| **Total Investment Detail** | ▮ |
| **Total Account Value** | ▮ |
| *Total Cost Basis* | ▮ |

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 11/08/21 | 11/04/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 300.0000 | 5.6500 | 0.00 | (1,695.00) |
| 11/08/21 | 11/04/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 450.0000 | 5.6500 | 0.00 | (2,542.50) |
| 11/08/21 | 11/04/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 1,596.0000 | 5.6500 | 0.00 | (9,017.40) |
| 11/08/21 | 11/04/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 2,000.0000 | 5.6500 | 0.00 | (11,300.00) |
| 11/08/21 | 11/04/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 74.0000 | 5.6500 | 0.00 | (418.10) |
| 11/23/21 | 11/19/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 300.0000 | 4.9800 | 0.00 | (1,494.00) |
| 11/23/21 | 11/19/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 100.0000 | 4.9800 | 0.00 | (498.00) |



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████ **6552**

**Statement Period**
**November 1-30, 2021**

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 100.0000 | 4.9800 | 0.00 | (498.00) |
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 100.0000 | 4.9800 | 0.00 | (498.00) |
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 100.0000 | 4.9800 | 0.00 | (498.00) |
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 100.0000 | 4.9800 | 0.00 | (498.00) |
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 100.0000 | 4.9800 | 0.00 | (498.00) |
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 96.0000 | 4.9800 | 0.00 | (478.08) |
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 100.0000 | 4.9800 | 0.00 | (498.00) |
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 100.0000 | 4.9800 | 0.00 | (498.00) |
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 284.0000 | 4.9800 | 0.00 | (1,414.32) |



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Account Number
**6552**

Statement Period
**November 1-30, 2021**

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 172.0000 | 4.9800 | 0.00 | (856.56) |
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 300.0000 | 4.9800 | 0.00 | (1,494.00) |
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 328.0000 | 4.9800 | 0.00 | (1,633.44) |
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 200.0000 | 4.9800 | 0.00 | (996.00) |
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 2,320.0000 | 4.9800 | 0.00 | (11,553.60) |
| 11/24/21 | 11/22/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 200.0000 | 4.9800 | 0.00 | (996.00) |
| 11/26/21 | 11/23/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 423.0000 | 4.4700 | 0.00 | (1,890.81) |
| 11/26/21 | 11/23/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 1,816.0000 | 4.4700 | 0.00 | (8,117.52) |
| 11/26/21 | 11/23/21 | Bought | SUNLIGHT FINL HOLDINGS I:  SUNL | 1,042.0000 | 4.4700 | 0.00 | (4,657.74) |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████ **6552**

**Statement Period**
**November 1-30, 2021**

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 11/26/21 | 11/23/21 | Bought | SUNLIGHT FINL HOLDINGS I: SUNL | 1,700.0000 | 4.4700 | 0.00 | (7,599.00) |
| 11/26/21 | 11/23/21 | Bought | SUNLIGHT FINL HOLDINGS I: SUNL | 19.0000 | 4.4700 | 0.00 | (84.93) |
| 11/30/21 | 11/26/21 | Bought | SUNLIGHT FINL HOLDINGS I: SUNL | 604.0000 | 4.2000 | 0.00 | (2,536.80) |
| 11/30/21 | 11/26/21 | Bought | SUNLIGHT FINL HOLDINGS I: SUNL | 1,396.0000 | 4.2000 | 0.00 | (5,863.20) |

| **Total Equities Activity** | **(80,623.00)** |
|---|---|
| **Total Purchases & Sales** | **(80,623.00)** |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)



| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ██████ | ██████ | ██████ | ██████ | ██ |
| ██████ | ██████ | ██████ | ██████ | ██ |
| ██████ | ██████ | ████ | ████████████ | ██ |
| ██████ | ██████ | ████ | ██████████████ | ██ |
| **Total Dividends & Interest** | | | | ████ |



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**■■■6552**

**Statement Period**
**November 1-30, 2021**

## Transaction Detail - Total

| | Total Transaction Detail | ██████ |
|---|---|---|

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance [X,Z]** | | | | | ██████ |
| ████ | ██████ | ██████████ | ██████ | | ████ |
| ████ | ██████ | ██████████ ▪ | | ███ | ████ |
| ████ | ██████ | ██████████ ▪ | | ███ | ████ |
| ████ | ██████ ▪ | █████████████ | | ███ | ████ |
| ████ | ██████ ▪ | █████████████ | | ███ | ████ |
| ████ | ██████ | ██████████ | ███ | | ████ |
| ████ | ██████ | ██████████ ▪ | | ███ | ████ |
| ████ | ██████ | █████████████ | ████ | | ████ |
| ████ | ██████ | █████████████ | ████ | | ████ |
| ████ | ██████ | ██████████ | ████ | | ████ |
| ████ | ██████ | ██████████ | ████ | | ████ |
| **Total Activity** | | | ██████ | ████ | |
| **Ending Balance [X,Z]** | | | | | ██████ |

*Bank Sweep: Interest Rate as of 11/30/21 was 0.01%. [Z]*

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**6552**

**Statement Period**
**November 1-30, 2021**

## Contribution Summary

|  | 2020 | 2021 |
|---|---|---|
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **e** | Data for this holding has been edited or provided by the account holder. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**



**Account Number**
**■■■■6552**

**Statement Period**
**December 1-31, 2021**

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*



MITCHELL WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 10**

12/31-67074-TTIP2611-104914 *1-2-3-4



**Contributory IRA of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
■■■■**6552**

**Statement Period**
**December 1-31, 2021**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
• You can lose more funds than you deposit in the margin account.
• Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
• You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
• Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.
**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 10**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**6552**

**Statement Period**
**December 1-31, 2021**

## Account Value as of 12/31/2021: $ ████████

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ████████ | $ ████████ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | | |
| **Ending Value on 12/31/2021** | $ ████ | $ ████ |
| **Total Change in Account Value** | $ ████ | $ ████ |



Account Value [in Thousands]

## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep$^{X,Z}$ | $ ████ | ██ |
| Equities | | |
| **Total Assets Long** | $ ████ | |
| Settled Debit Balance | | |
| **Total Account Value** | $ ████ | ██ |



- 22% Bank Sweep [X,Z]
- 78% Equities

To explore the features of this statement visit schwab.com/premiumstatement



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███**6552**

**Statement Period**
**December 1-31, 2021**

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | **This Period** | |
| **All Investments** | $█ | $(█ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | █ | █ |
| Cash Dividends | █ | █ |
| **Total Income** | █ | █ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| | | |
|---|---|---|
| **Account Number** | | **Statement Period** |
| ■■■■ 6552 | | **December 1-31, 2021** |

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash*** | $ ██████ | $ █████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ██ | ████ |
| Dividends and Interest | ██ | ███ |
| Withdrawals and other Debits | ██ | ██ |
| Investments Purchased | ( ████ | ( ████ |
| Fees and Charges | ██ | ██ |
| **Total Cash Transaction Detail** | ( ████ | ████ |
| **Ending Cash*** | $ ████ | $ ████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ████ | ████ | ██ |
| **Total Bank Sweep** X,Z | ████ | ████ | ██ |
| | | | |
| **Total Bank Sweep** | | ████ | ██ |



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███████ **6552**

**Statement Period**
**December 1-31, 2021**

## Investment Detail - Equities

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** | | | *Cost Basis* | | | | |
| ██████████████ ████████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ██ |
| ████ ████████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ██ |
| ██████████████ ██████ | ████ | ████ | ████ ████▮ | ██ | ████ | ██ | ██ |
| ████████ ████████ | ████ | ████ | ████ ████▮ | ██ | ████ | ██ | ██ |
| **SPARTAN ACQUISITION CORP** SYMBOL: SUNL | 38,420.0000 | 4.78000 | **183,647.60** *201,155.43* | 38% | (17,507.83) | N/A | N/A |
| ████████████ ▮ ████ ▮ ████████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ██ |
| **Total Equities** | ████ | | ████ | ██ | ████ | | ████ |
| | **Total Cost Basis:** | | ████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EY and EAI will continue to display at a prior rate.*



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| ████6552 | **December 1-31, 2021** |

| Total Investment Detail | ████████ |
|---|---|
| **Total Account Value** | ████████ |
| *Total Cost Basis* | ████████ |

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP: SUNL | 600.0000 | 3.6000 | 0.00 | (2,160.00) |
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP: SUNL | 127.0000 | 3.6000 | 0.00 | (457.20) |
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP: SUNL | 88.0000 | 3.6000 | 0.00 | (316.80) |
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP: SUNL | 73.0000 | 3.6000 | 0.00 | (262.80) |
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP: SUNL | 600.0000 | 3.6000 | 0.00 | (2,160.00) |
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP: SUNL | 100.0000 | 3.6000 | 0.00 | (360.00) |
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP: SUNL | 412.0000 | 3.6000 | 0.00 | (1,483.20) |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████ **6552**

**Statement Period**
**December 1-31, 2021**

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 12/16/21 | 12/14/21 | Bought | SPARTAN ACQUISITION CORP:  SUNL | 8,000.0000 | 3.5900 | 0.00 | (28,720.00) |
| ████ | ████ | ████ | ███████████ █ | ████ | ███ | ██ | ████ |
| | | | ████ ████ | | | | |

| **Total Equities Activity** | (████) |
|---|---|
| **Total Purchases & Sales** | (████) |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 12/15/21 | 12/16/21 | Bank Interest [X,Z] | ██████████████ | ██ |
| **Total Dividends & Interest** | | | | ██ |

| **Total Transaction Detail** | (████) |
|---|---|

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████ 6552

**Statement Period**
**December 1-31, 2021**

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance [X,Z]** | | | | | **173,737.99** |
| ████ | ████ | ████ | | ████ | ████ |
| ████ | ████ | ████ | ████ | | ████ |
| ████ | ████ | ████ | ████ | | ████ |
| ████ | ████ | ████ | | ████ | ████ |
| ████ | ████ | ████ | ████ | | ████ |
| **Total Activity** | | | ████ | ████ | |
| **Ending Balance [X,Z]** | | | | | ████ |

*Bank Sweep: Interest Rate as of 12/31/21 was 0.01%.* [Z]

## Contribution Summary

| | 2020 | 2021 |
|---|---|---|
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **e** | Data for this holding has been edited or provided by the account holder. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 9 of 10**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**6552**

**Statement Period**
**December 1-31, 2021**

## Endnotes For Your Account (continued)

| Symbol | Endnote Legend |
|---|---|
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**



**Account Number**
█████**6552**

**Statement Period**
**September 1-30, 2022**

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*



MITCHELL WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 9**

09/30-67074-TTIP2610-134159 *1-2-3



**Contributory IRA of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████6552

**Statement Period**
**September 1-30, 2022**

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed to us by you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
• You can lose more funds than you deposit in the margin account.
• Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
• You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
• Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.
**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)

**Page 2 of 9**



**Contributory IRA of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
■■■■6552

**Statement Period**
**September 1-30, 2022**

## Account Value as of 09/30/2022: $ ■■■■■■

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ■■■■ | $ ■■■■ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | ( ■■■ ) | ( ■■■ ) |
| **Ending Value on 09/30/2022** | $ ■■■ | $ ■■■ |
| **Total Change in Account Value** | $ ( ■■■ ) | $ ( ■■■ ) |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep[X,Z] | $ ■■■ | ■■ |
| Equities | | |
| **Total Assets Long** | $ ■■■ | |
| Settled Debit Balance | | |
| **Total Account Value** | $ ■■■ | ■■ |



- 15% Bank Sweep [X,Z]
- 85% Equities

To explore the features of this statement visit schwab.com/premiumstatement



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
██████**6552**

**Statement Period**
**September 1-30, 2022**

## Gain or (Loss) Summary

|  | Gain or (Loss) on Investments Sold This Period | Unrealized Gain or (Loss) |
|---|---|---|
| **All Investments** | $██ | $██████ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

|  | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ██ | ██ |
| Cash Dividends | ██ | ██ |
| **Total Income** | ██ | ██ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███ **6552**

**Statement Period**
**September 1-30, 2022**

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash*** | ██████ | ██████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ██ | ██ |
| Dividends and Interest | ██ | ██ |
| Withdrawals and other Debits | ██ | ██ |
| Investments Purchased | ████ | ████ |
| Fees and Charges | ██ | ██ |
| **Total Cash Transaction Detail** | ████ | ████ |
| **Ending Cash*** | ████ | ████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ████ | ████ | ██ |
| **Total Bank Sweep** X,Z | ████ | ████ | ██ |
| **Total Bank Sweep** | | ████ | ██ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 5 of 9**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███ **6552**

**Statement Period**
**September 1-30, 2022**

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | | | *Cost Basis* | | | | |
| ██████████████ | ███ | ███ | ███ | ██ | ███ | ██ | ██ |
| ████████ | | | ███ | | | | |
| █████ | ███ | ███ | ███ | ██ | ███ | ██ | ██ |
| ████████ | | | ███ | | | | |
| ████████████ | ███ | ███ | ███ | ██ | ███ | ██ | ██ |
| ██████ | | | ██████ | | | | |
| ██████ | ███ | ███ | ███ | ██ | ███ | ██ | ██ |
| ██████ | | | ██████ | | | | |
| **SUNLIGHT FINL HOLDINGS I** | **38,420.0000** | **1.24000** | **47,640.80** | **16%** | **(153,514.63)** | **N/A** | **N/A** |
| SYMBOL: SUNL | | | *201,155.43* | | | | |
| ███████████ █ | ███ | ███ | ███ | ██ | ███ | ██ | ██ |
| ████ █ | | | ███ | | | | |
| ██████ | | | | | | | |
| **Total Equities** | ███ | | ███ | ██ | ███ | | ██ |
| *Total Cost Basis:* | | | ███ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████ **6552**

**Statement Period**
**September 1-30, 2022**

| | |
|---|---|
| **Total Investment Detail** | ██████ |

| | |
|---|---|
| **Total Account Value** | ██████ |
| *Total Cost Basis* | ██████ |

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| ██████ | ██████ | ██████ | ██████ | ██████ | ██████ | ████ | ██████ |

| | |
|---|---|
| **Total Equities Activity** | (██████ |

| | |
|---|---|
| **Total Purchases & Sales** | (██████ |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 09/15/22 | 09/16/22 | Bank Interest [X,Z] | ██████ | ████ |
| **Total Dividends & Interest** | | | | ████ |

| | |
|---|---|
| **Total Transaction Detail** | (██████ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████ **6552**

**Statement Period**
**September 1-30, 2022**

## Bank Sweep Activity



| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance [X,Z]** | | | | | ████ |
| ████ | ████ | ████ | | ████ | ████ |
| ████ | ████ | ████ | ████ | | ████ |
| ████ | ████ | ████ | | ████ | ████ |
| ████ | ████ | ████ | ████ | | ████ |
| **Total Activity** | | | ████ | ████ | |
| **Ending Balance [X,Z]** | | | | | ████ |

*Bank Sweep: Interest Rate as of 09/30/22 was 0.40%.* [Z]

## Trades Pending Settlement

| | Transaction | Quantity | Trade Date | Settle Date | Unit Price | Purchase/Debit | Sale/Credit |
|---|---|---|---|---|---|---|---|
| SUNLIGHT FINL HOLDINGS I: SUNL | Bought | 12,500.0000 | 09/29/22 | 10/03/22 | 1.1500 | 14,375.00 | |
| SUNLIGHT FINL HOLDINGS I: SUNL | Bought | 200.0000 | 09/29/22 | 10/03/22 | 1.1500 | 230.00 | |
| SUNLIGHT FINL HOLDINGS I: SUNL | Bought | 100.0000 | 09/29/22 | 10/03/22 | 1.1500 | 115.00 | |
| SUNLIGHT FINL HOLDINGS I: SUNL | Bought | 200.0000 | 09/29/22 | 10/03/22 | 1.1500 | 230.00 | |
| SUNLIGHT FINL HOLDINGS I: SUNL | Bought | 100.0000 | 09/29/22 | 10/03/22 | 1.1500 | 115.00 | |
| SUNLIGHT FINL HOLDINGS I: SUNL | Bought | 1,200.0000 | 09/29/22 | 10/03/22 | 1.1500 | 1,380.00 | |
| SUNLIGHT FINL HOLDINGS I: SUNL | Bought | 400.0000 | 09/29/22 | 10/03/22 | 1.1500 | 460.00 | |
| SUNLIGHT FINL HOLDINGS I: SUNL | Bought | 1,300.0000 | 09/29/22 | 10/03/22 | 1.1500 | 1,495.00 | |
| SUNLIGHT FINL HOLDINGS I: SUNL | Bought | 100.0000 | 09/29/22 | 10/03/22 | 1.1500 | 115.00 | |
| SUNLIGHT FINL HOLDINGS I: SUNL | Bought | 100.0000 | 09/29/22 | 10/03/22 | 1.1500 | 115.00 | |
| SUNLIGHT FINL HOLDINGS I: SUNL | Bought | 551.0000 | 09/29/22 | 10/03/22 | 1.1500 | 633.65 | |
| SUNLIGHT FINL HOLDINGS I: SUNL | Bought | 2,049.0000 | 09/29/22 | 10/03/22 | 1.1500 | 2,356.35 | |



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
■■■■6552

**Statement Period**
**September 1-30, 2022**

## Trades Pending Settlement (continued)

| | Transaction | Quantity | Trade Date | Settle Date | Unit Price | Purchase/Debit | Sale/Credit |
|---|---|---|---|---|---|---|---|
| SUNLIGHT FINL HOLDINGS I: SUNL | Bought | 6,200.0000 | 09/29/22 | 10/03/22 | 1.1500 | 7,130.00 | |
| **Total Trades Pending Settlement** | | | | | | **28,750.00** | |

*Pending transactions are not included in account value.*

## Contribution Summary

| | 2021 | 2022 |
|---|---|---|
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| e | Data for this holding has been edited or provided by the account holder. |
| X | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| Z | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.





**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**



**Account Number**
**6552**

**Statement Period**
**August 1-31, 2023**

## Manage Your Account

**Questions about this statement**

1 (800) 435-4000 - 24/7 Customer service

**For the most current records on your account visit us at**

schwab.com/login *Statements are archived up to 10 years online*



MITCHELL WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless

Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 9**

08/31-67074-TTIP2603-101126 *



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
◼◼◼◼6552

**Statement Period**
**August 1-31, 2023**

# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
• You can lose more funds than you deposit in the margin account.
• Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
• You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
• Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.
**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not held at Schwab Are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab. including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, espically thinly traded equities in the OTC marketor foreign markets, may not report report the most current price and are indicated as Stale Priced. Certain Limited Partnership (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc.,  **Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.**
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or **call Schwab Signature Alliance at 800-515-2157.**
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.

© 2023 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. **Member SIPC.**

(0822-20UL)                                                    **Page 2 of 9**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| █████ 6552 | **August 1-31, 2023** |

## Account Value as of 08/31/2023: $ █████████

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | ███████ | ███████ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | | |
| **Ending Value on 08/31/2023** | $ ████ | ████ |
| **Total Change in Account Value** | $ ████ | ████ |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep [X,Z] | $ ████ | ██ |
| Equities | | |
| **Total Assets Long** | $ ████ | |
| Settled Debit Balance | | |
| **Total Account Value** | $ ████ | ██ |



■ 33% Bank Sweep [X,Z]
■ 67% Equities

To explore the features of this statement visit schwab.com/premiumstatement

**Page 3 of 9**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████6552

**Statement Period**
**August 1-31, 2023**

## Gain or (Loss) Summary

|  | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
|  | **This Period** |  |
| **All Investments** | $0.00 | $█████ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

|  | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ██████ | ██████ |
| Cash Dividends | ██████ | ██████ |
| **Total Income** | ██████ | ██████ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████ **6552**

**Statement Period**
**August 1-31, 2023**

## Cash Transactions Summary

|  | This Period | Year to Date |
|---|---|---|
| **Starting Cash**[*] | ████ | ████ |
| Deposits and other Cash Credits | ██ | ██ |
| Investments Sold | ██ | ██ |
| Dividends and Interest | ██ | ██ |
| Withdrawals and other Debits | ██ | ██ |
| Investments Purchased | ██ | ███ |
| Fees and Charges | ██ | ██ |
| **Total Cash Transaction Detail** | ██ | ███ |
| **Ending Cash**[*] | ████ | ████ |

[*]Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ███ | ███ | ██ |
| **Total Bank Sweep** [X,Z] | ███ | ███ | ██ |
| **Total Bank Sweep** | | ███ | ██ |



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| ███6552 | **August 1-31, 2023** |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ██████ ███████ | ████ | ████ | ████ ████ | ██ | ████ | ████ | ████ |
| ████████████ ████████ | ████ | ████ | ████ ████ | ██ | ████ | ████ | ████ |
| ██████████████ ████████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ██ |
| ████████ ████████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ██ |
| **SUNLIGHT FINL HOLDINGS,** CLASS        A SYMBOL: SUNL | **3,171.0000** | **2.46000** | **7,800.66** *229,905.43* | **3%** | **(222,104.77)** | **N/A** | **N/A** |
| ████████████████ █ ████████ █ ████████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ██ |
| **Total Equities** | ████ | | ████ | ██ | ████ | | ██ |
| **Total Cost Basis:** | | | ████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| ████ 6552 | **August 1-31, 2023** |

| | |
|---|---|
| **Total Investment Detail** | ████ |
| **Total Account Value** | ████ |
| *Total Cost Basis* | ████ |

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 08/23/23 | 08/23/23 | Reverse Split | SUNLIGHT FINL HOLDINGS, CLASS          A: SUNL | 3,171.0000 | | 0.00 | |
| 08/23/23 | 08/23/23 | Reverse Split | SUNLIGHT FINL HOLDINGXXX REVERSE SPLIT | (63,420.0000) | | 0.00 | |

| **Total Equities Activity** | **0.00** |
|---|---|
| **Total Purchases & Sales** | **0.00** |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████ **6552**

**Statement Period**
**August 1-31, 2023**

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested) (continued)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ████ | ████ | ██████ | ████████ | ██ |
| **Total Dividends & Interest** | | | | ██ |
| | | | **Total Transaction Detail** | ██ |

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance** [X,Z] | | | | | ██ |
| ██ | ████ | ████████ | | ██ | ██ |
| ██ | ████ | ██████ | ██ | | ██ |
| ██ | ████ | ██████ | | ██ | ██ |
| ██ | ████ | ██████ | | ██ | ██ |
| ██ | ████ | ██████ | | ██ | ██ |
| **Total Activity** | | | ██ | ██ | |
| **Ending Balance** [X,Z] | | | | | ██ |



*Bank Sweep: Interest Rate as of 08/31/23 was 0.45%.* [Z]



**Contributory IRA of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████ **6552**

**Statement Period**
**August 1-31, 2023**

## Open Orders

*You can change or cancel any open order by calling us.*

| | Transaction | Quantity | Order Date | Market Price | Limit Price |
|---|---|---|---|---|---|
| ████ | ██ | ███ | ███ | ███ | ███ |

## Contribution Summary

| | 2022 | 2023 |
|---|---|---|
| Traditional IRA | 0.00 | 0.00 |
| **Year To Date Total** | **0.00** | **0.00** |

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| **e** | Data for this holding has been edited or provided by the account holder. |
| **X** | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| **Z** | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 9 of 9**





**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**6552**

**Statement Period**
**September 1-30, 2023**

## Manage Your Account

**Questions about this statement**
1 (800) 435-4000 - 24/7 Customer service
**For the most current records on your account visit us at**
schwab.com/login *Statements are archived up to 10 years online*

MITCHELL WAX
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

## Commitment to Transparency
Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

## Go Paperless
Protect your privacy and the environment, make the switch at schwab.com/ez

**Page 1 of 9**



**Contributory IRA of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████6552

**Statement Period**
**September 1-30, 2023**

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
• You can lose more funds than you deposit in the margin account.
• Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
• You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
• Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.
**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not held at Schwab Are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab. including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, espically thinly traded equities in the OTC marketor foreign markets, may not report report the most current price and are indicated as Stale Priced. Certain Limited Partnership (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., **Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or **call Schwab Signature Alliance at 800-515-2157.**
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.

© 2023 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved.
**Member SIPC.**

(0822-20UL)

**Page 2 of 9**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
**6552**

**Statement Period**
**September 1-30, 2023**

## Account Value as of 09/30/2023: $ ▮▮▮▮▮

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ ▮ | $ ▮ |
| Credits | | |
| Debits | | |
| Transfer of Securities (In/Out) | | |
| Income Reinvested | | |
| Change in Value of Investments | ( ▮ | ( ▮ |
| **Ending Value on 09/30/2023** | $ ▮ | $ ▮ |
| **Total Change in Account Value** | $ ( ▮ | $ ( ▮ |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep[X,Z] | $ ▮ | < |
| Money Market Funds [Non-Sweep] | ▮ | ▮ |
| Equities | | |
| **Total Assets Long** | $ ▮ | |
| Settled Debit Balance | | |
| **Total Account Value** | $ ▮ | ▮ |



- 35% MMFs [Non-Sweep]
- 65% Equities

To explore the features of this statement visit schwab.com/premiumstatement



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████ **6552**

**Statement Period**
**September 1-30, 2023**

| Gain or (Loss) Summary | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | **This Period** | |
| **All Investments** | $0.00 | $████████ |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| Income Summary | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | ███ | ███ |
| Cash Dividends | ███ | ███ |
| **Total Income** | ███ | ███ |

## Margin Information

The opening settled debit balance in this limited margin account for the statement period was $0.00.
There were no margin debits during the margin period. **No interest was charged.**



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
███6552

**Statement Period**
**September 1-30, 2023**

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash** * | ████████ | ████████ |
| Deposits and other Cash Credits | ███ | ███ |
| Investments Sold | ███ | ███ |
| Dividends and Interest | ███ | ███ |
| Withdrawals and other Debits | ███ | ███ |
| Investments Purchased | (████ | (████ |
| Fees and Charges | ███ | ███ |
| **Total Cash Transaction Detail** | ██████ | ██████ |
| **Ending Cash** * | ████ | ████ |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | ██████ | ████ | ████ |
| **Total Bank Sweep** X,Z | ██████ | ████ | ████ |
| **Total Bank Sweep** | | ████ | ████ |

## Investment Detail - Money Market Funds [Non-Sweep]

| Fund Name | Quantity | Market Price | Market Value | % of Account Assets |
|---|---|---|---|---|
| ████████████████████ ▌ | ████ | ███ | █████ | ███ |
| **Total Money Market Funds [Non-Sweep]** | ████ | | █████ | ███ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| ███6552 | **September 1-30, 2023** |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ██████ | ████ | ████ | ████ ████ | ██ | ████ | ████ | ██ |
| ████████████ | ████ | ████ | ████ ████ | ██ | ████ | ████ | ██ |
| ██████████ ████████ | ████ | ████ | ████ ████ ▪ | ██ | ████ | ██ | ██ |
| ████████ ████████ | ████ | ████ | ████ ████ ▪ | ██ | ████ | ██ | ██ |
| **SUNLIGHT FINL HOLDINGS I** CLASS          A SYMBOL: SUNL | **3,171.0000** | **0.45050** | **1,428.54** *229,905.43* | **<1%** | **(228,476.89)** | **N/A** | **N/A** |
| ████████████ ████ ▪ ████████ | ████ | ████ | ████ ████ | ██ | ████ | ██ | ██ |
| **Total Equities** | ████ | | ████ | ██ | ████ | | ██ |
| | | **Total Cost Basis:** | ████ | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

| Account Number | Statement Period |
|---|---|
| ██████ **6552** | **September 1-30, 2023** |

| | |
|---|---|
| **Total Investment Detail** | ██████ |
| **Total Account Value** | ██████ |
| *Total Cost Basis* | ██████ |

## Transaction Detail - Purchases & Sales

### Money Market Fund [Non-Sweep] Activity



| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| ████ | ████ | ████ | ███████████ | ████ | ████ | ██ | ████ |
| | | | ██████ | | | | |

| | |
|---|---|
| **Total Money Market Fund [Non-Sweep] Activity** | (██████ |
| **Total Purchases & Sales** | (██████ |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 09/15/23 | 09/18/23 | Bank Interest $^{X,Z}$ | ███████████ | ██ |
| **Total Dividends & Interest** | | | | ██ |
| | | **Total Transaction Detail** | | (██████ |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
█████**6552**

**Statement Period**
**September 1-30, 2023**

## Bank Sweep Activity



| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance** [X,Z] | | | | | ████ |
| ████ | ████ | ████████ | | ██ | ████ |
| ████ | ████ | ████ | ███ | | █ |
| **Total Activity** | | | ███ | ██ | |
| **Ending Balance** [X,Z] | | | | | ██ |

*Bank Sweep: Interest Rate as of 09/29/23 was 0.45%.* [Z]

## Open Orders

*You can change or cancel any open order by calling us.*

| | Transaction | Quantity | Order Date | Market Price | Limit Price |
|---|---|---|---|---|---|
| ████ | █ | ███ | ███ | ███ | ███ |

## Contribution Summary

| | 2022 | 2023 | |
|---|---|---|---|
| Traditional IRA | 0.00 | 0.00 | |
| **Year To Date Total** | **0.00** | **0.00** | |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Contributory IRA  of**
**MITCHELL WAX**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

**Account Number**
████6552

**Statement Period**
**September 1-30, 2023**

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| ◊ | Dividends paid on this security will be automatically reinvested. |
| e | Data for this holding has been edited or provided by the account holder. |
| X | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| Z | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.



# EX B

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MITCHELL WAX, Individually and on behalf of All Others Similarly Situated, | Case No. |
| Plaintiff, | **COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS** |
| v. | CLASS ACTION |
| CROSS RIVER BANK, | DEMAND FOR JURY TRIAL |
| Defendant | |

Plaintiff Mitchell Wax ("Plaintiff"), individually and on behalf of all others similarly situated, by undersigned counsel, alleges the following based upon personal knowledge as to himself and his own acts, and upon information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of: (a) regulatory filings by Defendant Cross River Bank ("CRB"), including with the Federal Deposit Insurance Corporation ("FDIC"); (b) documents related to Sunlight Financial Holdings, Inc. f/k/a Spartan Acquisition Corp. II ("Spartan"), including, among others, documents filed with the U.S. Securities and Exchange Commission ("SEC"); (c) press releases and other public statements disseminated by CRB and Sunlight; (d) court filings relating to actions against Sunlight, CRB, and others; and (e) other publicly available information.

### NATURE OF THE ACTION

1. This is a securities fraud class action on behalf of all persons who purchased or otherwise acquired the securities of Sunlight and/or Spartan (collectively, "Sunlight") between January 25, 2021 and October 31, 2023, inclusive (the "Class Period"). The action is filed against CRB, Sunlight's purported "Bank Partner," as that term is used in Sunlight's SEC filings, for violations of the Securities Exchange Act of 1934 (the "1934 Act"). As set forth below, Defendant

1

violated Section 10(b) of the 1934 Act by engaging in a plan or scheme that, to the extreme detriment of Sunlight investors, enabled Sunlight to originate and conceal from its investors a large pool of loans to unscrupulous solar panel installers of dubious credit quality, and a massive amount of funded but unsold mispriced solar loans that CRB warehoused "off balance sheet" – that is, loans for which Sunlight retained full economic exposure until those loans were sold, but which were not reflected on Sunlight's balance sheet.

2. CRB had every incentive to engage in the fraudulent scheme described above. CRB earned substantial profits from loans to borrowers of dubious credit quality for which it had no risk of loss, as Sunlight retained all of the economic risk. In addition to the substantial fees CRB charged to borrowers as a lender, Sunlight also paid CRB, as its Bank Partner a fee based on the principal balance of loans originated by CRB. Thus, CRB benefitted financially on multiple fronts as the volume of loans it made increased.

3. Unbeknownst to Plaintiff and other Sunlight investors, CRB allowed Sunlight to amend the Program Agreement (and other lending agreements) between the parties in a way which dramatically increased Sunlight's exposure to the mispriced, off-balance sheet loans as interest rates rose during 2021 and 2022. CRB repeatedly facilitated that rapid increase, allowing Sunlight to exceed the lending limits in its lending agreements with CRB in order to charge substantial fees to borrowers as a lender, in addition to the fee Sunlight was obligated to pay to CRB based on loan volume.  CRB's scheme to allow Sunlight to exceed its lending limits just as interest rates were rising was inherently fraudulent and designed solely to enrich CRB.

4. Sunlight was at all relevant times a technology-enabled point-of-sale financing platform that, during the Class Period, provided residential solar and home improvement contractors the ability to offer point-of-sale financing to those contractors' customers when

2

purchasing residential solar systems or certain other home improvements. Such loans were funded by Sunlight's capital providers and facilitated by Sunlight's proprietary technology platform, Orange, through which Sunlight offered instant credit decisions to homeowners nationwide at point-of-sale on behalf of Sunlight's capital providers.

5. During the Class Period, Sunlight categorized its capital providers as being either Sunlight's "direct channel" or "indirect channel." Direct channel capital providers fund Sunlight-facilitated solar or home improvement loans one-by-one directly onto their balance sheet via Orange. Sunlight's direct channel capital providers were depositary institutions with the power and authority to originate loans, such as banks and credit unions. Generally, direct channel capital providers choose to service the loans they originate.

6. In the indirect channel, Sunlight's allocation engine directed that certain solar and home improvement loans be funded on the balance sheet of Sunlight's Bank Partner, CRB, under the terms of loan agreements with CRB. Those loans were aggregated, pooled, and sold to indirect channel capital providers that could not, or did not wish to, directly originate solar loans. CRB, as Sunlight's Bank Partner, was Sunlight's only indirect channel provider.

7. During the Class Period, CRB engaged in a scheme to extend loans to disreputable solar contractors of dubious credit quality and facilitate Sunlight's accumulation of a large loan pools of fixed-rate loans on CRB's balance sheet for which Sunlight retained the risk of loss. These loans contained enormous levels of risk of default and interest rate risk for Sunlight, but Sunlight lacked the necessary capital to tolerate a default or significant rise in interest rates. Neither Sunlight nor CRB disclosed to Plaintiff and the Class the magnitude of that risk or, when interest rates increased, the extent of Sunlight's mounting off-balance sheet liabilities (which were being warehoused on the balance sheet of Sunlight's Bank Partner, CRB). Instead, CRB repeatedly and

intentionally (or at a minimum, extremely recklessly) allowed Sunlight to far exceed the credit limits in its lending agreements with Sunlight, and, in furtherance of its fraudulent scheme, CRB worked with Sunlight to amend those agreements after the fact to allow for the increased amounts to avoid a default under the agreements.

8.      As interest rates continued to rise throughout 2022, Sunlight, in an apparent attempt to keep growing its unsustainable lending and keep its margins and volumes intact, kept interest rates on loans to its customers at depressed and economically unviable rates. Predictably, Sunlight was unable to sell those loans to the direct channel because its existing loan buyers would not purchase such low-interest loans at a price that was profitable to Sunlight. Consequently, Sunlight turned to its indirect channel Bank Partner, CRB, and dramatically increased the magnitude of what was later identified as the CRB "Backbook," by amassing an enormous amount of loans that were mispriced at below-market interest rates and/or at fixed interest rates, all of which were quickly decreasing in value as interest rates continued to rise. As a result, these loans were unsellable other than at a steep discount.

9.      As CRB knew, Sunlight had a minimal equity cushion to absorb the level of liability risk it was building, and CRB's repeated extensions of credit beyond then-existing lending limits prescribed in the agreements between enabled Sunlight to conceal from investors that Sunlight's capital was rapidly eroding and the liabilities warehoused on the CRB Backbook were skyrocketing. For its part, Sunlight consistently omitted the size of the Backbook from its public filings until it was too late.

10.     CRB's repeated extensions of credit and agreement to help Sunlight conceal its true indebtedness from investors by having it recorded in CRB's books, coupled with Sunlight's false statements about its true loan exposure, kept Sunlight's true financial distress a secret from

4

investors, which kept the price of Sunlight's shares artificially inflated during the Class Period. For example, Sunlight's stock closed at $2.57 per share on September 27, 2022.

11. Then, on September 28, 2022, investors first began to learn Sunlight's true financial picture. On that date, Sunlight announced that it was taking a non-cash advance receivable impairment of $30 to $33 million stemming from liquidity issues by one installer. Sunlight's stock price plummeted 57%, or $1.44 per share, on the news, falling from a closing price of $2.52 per share on September 28, 2022 to a close of $1.08 per share on September 29, 2022.

12. Then, on December 13, 2022, Sunlight filed a Current Report on Form 8-K with the SEC announcing a Fifteenth Amendment to the Existing Solar Loan Program Agreement and Ninth Amendment to the Existing Home Improvement Program Agreement with its Bank Partner CRB which provided for, among other things, a ***more than doubling*** of the loan capacity CRB was willing to extend to Sunlight, from $210 million to $450 million. This meant that CRB had enabled Sunlight to vastly exceed – by more than double – the credit limits imposed in prior agreements. CRB thus had used such a deceptive device and/or artifice for no purpose other than to conceal Sunlight's exposure to its loan portfolio, thereby benefitting CRB in terms of substantial fees to borrowers as a lender, in addition to the fees Sunlight was obligated to pay CRB based on loan volume. On that news, shares of Sunlight fell more than 6%, or $0.12 per share, from a closing price on December 13, 2022 of $1.81 per share to a close of $1.69 per share on December 14, 2022.

13. Next, on March 17, 2023, Sunlight filed a Notice of Late Filing of its Annual Report with the SEC, revealing that it anticipated a significant change in its financial results for the fiscal year ended December 31, 2022, compared to the fiscal year ended December 31, 2021. resulting primarily from the deterioration in the market for sales of Sunlight's indirect channel loans funded

by, and held on the balance sheet of, Sunlight's Bank Partner CRB, for which Sunlight retained economic exposure. This Notice of Late Filing sent Sunlight's share price reeling. Shares fell from a closing price of $0.57 per share on March 16, 2023 to a closing price on March 17, 2023 of $0.42 per share – a decline of $0.15 per share, more than 25%. The impact continued into the next trading day, as shares closed at $0.30 per share on March 20, 2023, a decline of $0.12 per share, or more than 28%. At the same time, however, the filing did not reveal any information about the magnitude of Sunlight's economic exposure to those Backbook loans and thus did not fully disclose CRB's scheme.

14. On April 3, 2023, Sunlight announced that CRB increased its loan capacity yet again from $450 million to *$650 million* as of April 2, 2023.

15. Then, on May 4, 2023, Sunlight filed its delayed Annual Report with the SEC on Form 10-K. In that 10-K, Sunlight quantified for the first time the losses stemming from the Backbook loans, revealing that Sunlight could incur negative platform fees *between $45.0 million and $55.0 million* in connection with a portfolio of funded but unsold loans held by Sunlight's Bank Partner CRB at March 31, 2023.

16. Also, on May 4, 2023, Sunlight issued an earnings release that revealed that, as of March 31, 2023, Sunlight's CRB warehouse facility balance was a staggering *$764 million*, far in excess of the then-current lending cap of $450 million. While Sunlight also announced that the balance had been reduced by a $296 million sale of Indirect Channel loans in April 2023, even with that sale, the Backbook balance stood at $468 million, above the prior $450 million limit. The effect of the sale merely brought the balance within the new, increased $650 million limit announced on April 3, 2023. These partial disclosures caused Sunlight's shares to decline by more

than 4% on May 4, 2023, closing at $0.43 per share that day, down from a May 3, 2023 close of $0.45. Shares fell an additional 6% on May 5, 2023, closing at $0.40 per share.

17.     Just eleven days later, on May 15, 2023, Sunlight filed its delayed quarterly report with the SEC on Form 10-Q and issued an earnings release that tried to downplay Sunlight's dire financial picture and business prospects. The earnings release quoted Sunlight's CEO Matt Potere as stating that he was "pleased we completed the Financing Agreements with [Bank Partner CRB] which position us to resolve our challenges from last year by strengthening our liquidity and enabling us to resume Indirect Channel loan sales. . ." Potere further touted that in the first quarter of 2023, Sunlight funded an additional $627 million of solar and home improvement loans, "up 6% from the prior year period." On this announcement, Sunlight's shares fell $0.02 per share, or 5%, from a closing price of $0.38 per share on May 15, 2023 to a close of $0.36 per share on May 16, 2023.

18.     Thereafter, Sunlight's financial picture rapidly spiraled downward. On August 9, 2023, Sunlight's quarterly report with the SEC on Form 10-Q for the quarter ending June 30, 2023 revealed that its net tangible assets were negative by approximately $37 million. This meant that Sunlight was essentially insolvent. On this news, Sunlight's shares plummeted from a closing price of $0.39 per share on August 9, 2023 to a closing price of $0.23 on August 10, 2023 – a decline of $0.16 per share, or more than 40%.

19.     On August 23, 2023, Sunlight announced a 1 for 20 reverse stock split.

20.     On September 13, 2023, Sunlight announced yet another amendment of its agreements with its Partner Bank CRB whereby CRB had waived certain provisions of its prior loan agreements, including certain cash payments due on October 31, 2023; a waiver of certain repurchase obligations; a waiver of certain consequences of a Sunlight default of the agreements;

revisions to requirements of certain loan sales; and revisions to the provisions that require Sunlight to maintain certain cash balances in its accounts with CRB.

21. On September 28, 2023, Sunlight announced that it was suspended from trading and delisted by the New York Stock Exchange ("NYSE") as of September 25, 2023.

22. Finally, on October 31, 2023, investors fully learned of CRB's fraudulent scheme, as on that date, Sunlight announced it had filed for Chapter 11 bankruptcy with a pre-packaged plan whereby **CRB** would provide exit financing in return for 12.5% of the New Equity in the reorganized company. Under the plan, the interests of Plaintiff and the other common stockholders of Sunlight were extinguished. On this news, shares of Sunlight fell $0.13 per share, or 34%, from a closing price of $0.38 per share on October 30, 2023 to a close of $0.25 per share on October 31, 2023.

23. As set forth herein, CRB, as Sunlight's Bank Partner, repeatedly extended enormous amounts of credit to Sunlight and its unscrupulous solar panel installers of dubious credit quality, even as interest rates rose and Sunlight's financial condition deteriorated. CRB further increased its loan limits and enabled Sunlight to exceed those limits, and held such loans on its own balances sheet, thus knowingly allowing and enabling Sunlight to hide its exposure to the solar Backbook from its investors. All such conduct was employed for no legitimate purpose other than for CRB to benefit itself in terms of the substantial fees it charged to borrowers as a lender, as well as the fees Sunlight was obligated to pay to CRB based on loan volume. Thereby, CRB knowingly employed a device, scheme, or artifice to defraud Sunlight investors, and engaged in an act, practice or course of business which operated as a fraud or deceit upon those investors. CRB's scheme deceived the investing public as to Sunlight's business and prospects, artificially inflated the price of Sunlight common stock, and caused Plaintiff and the other members of the

8

Class (as defined below) to purchase Sunlight stock at artificially inflated prices and suffer economic loss when the revelations set forth herein reached the market.

## JURISDICTION AND VENUE

24. Jurisdiction is conferred by Section 27 of the 1934 Act, 15 U.S.C. §78aa. The claims asserted herein arise under Section 10(b) of the 1934 Act, 15 U.S.C. §§78j(b) and SEC Rule 10b-5, 17 C.F.R. §240.10b-5.

25. Venue is proper in this District pursuant to Section 27 of the 1934 Act. Defendant is a New Jersey incorporated bank with its main offices in this District. The violations of law complained of herein occurred in part in this District, and the lending agreements between CRB and Sunlight that give rise to this action were entered into in this District.

26. In connection with the acts alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the mails, interstate telephone communications, and the facilities of the national securities markets.

## PARTIES

27. Plaintiff Mitchell Wax purchased shares of Sunlight stock during the Class Period, as described in the Certification filed herewith and incorporated by reference. Plaintiff has suffered damages in connection with his purchase of Sunlight stock. Plaintiff is a citizen and resident of the State of Arizona.

28. Defendant CRB is a New Jersey incorporated bank with its main address at 885 Teaneck Road, Teaneck, New Jersey 07666. CRB was established in 2008 per the FDIC and is a subsidiary of CRB Group, Inc. a New Jersey corporation with its business address at 400 Kelby Street, Fort Lee, New Jersey 07024.

**RELEVANT NON-PARTY**

29.     Relevant non-party Sunlight was a technology-enabled point-of-sale financing platform that provides residential solar and home improvement contractors the ability to offer point-of-sale financing to those contractors' customers when purchasing residential solar systems or other home improvements. The resulting loans were funded by Sunlight's capital providers facilitated by Sunlight's proprietary technology platform, Orange through which Sunlight offered instant credit decisions to homeowners nationwide at point-of-sale on behalf of Sunlight's capital providers.

**FACTUAL ALLEGATIONS**

**Background**

30.     Sunlight was formed in 2020 when Spartan initiated an initial public offering ("IPO") of securities.

31.     On January 25, 2021, Spartan and a company known as Legacy Sunlight announced a business combination. The combined company would be known as Sunlight Financial, Inc.

32.     On July 8, 2021, Spartan shareholders approved the combination, and on July 12, 2021, Sunlight common shares began training on the NYSE under the symbol "SUNL".

**Sunlight's Business**

33.     According to Sunlight's public statements, Sunlight:

- Offered solar contractors with point-of-sale (POS) financing to customers;

- Revenue came from a "platform fee" from each loan facilitated;

- Sunlight did not advertise or conduct outreach to homeowners and relied on contractors to tell customers about financing;

- Sunlight did not have exclusivity agreements with contractors;

- To make money, Sunlight had to convince contractors to use the Sunlight financing platform;

- Sunlight differentiated itself by offering generous cash advances to contractors;

- Whereas generally in industry, loans are funded after contractor finished, Sunlight's generous cash advance program was a differentiator.

34. According to Sunlight's public filings with the SEC, Sunlight arranged for the origination of loans by third-party lenders in two distinct ways:

Direct Channel Loans – to be originated and retained by Direct Channel Partners. The Direct Channel partners originate the Direct Channel Loans directly using their own credit criteria. They remit funds to Sunlight and Sunlight makes payments to relevant contractor. Sunlight earns difference between cash paid to Sunlight by the lender and the amount given to contractor.

Indirect Channel Loans—Sunlight arranges for Loans to be originated by Sunlight's issuing Bank Partner. Sunlight entered into program agreements with Bank Partners. Sunlight pays its Bank Partner a fee based on balance of Loans originated by the Bank Partner. The Bank Partner funds loans by remitting funds to Sunlight, and Sunlight is responsible for making payments to the contractor. Sunlight arranges for sale of Indirect Channel Loans to third party purchasers.[1]

35. Initially, most of Sunlight's loans were Direct Channel Loans sold directly to third-party financial institutions, whereas a minority of the loans were Indirect Channel Loans originated by Sunlight's Bank Partner, Defendant CRB. However, that mix changed dramatically as interest rates rose starting in 2021.

36. Regarding those Indirect Channel loans, Sunlight's public filings explained:

Revenue Recognition—Sun recognizes revenue from (a) platform fees on Indirect Channel Loans when the Indirect Channel Purchaser buys the Loans from the balance sheet of the Bank Partner, and loan portfolio and management services monthly as Sun provides such services.

---

[1] From Sunlight's quarterly report on Form 10-Q/A for the quarter ending September 30, 2021 filed with the SEC on November 19, 2021.

*    *    *

Sunlight is required to guarantee the performance of certain Indirect Channel Loans, which it is required to repurchase in the event Sunlight is unable to facilitate the sale of such loans. . .

*    *    *

*Funded Loans*. Sunlight refers to the aggregate principal balance of the loans facilitated through Orange®, and funded by Sunlight's capital providers, during a given period, as "funded loans." . . . In the indirect channel, Sunlight's solar loan allocation engine directs the solar loans to be funded on the balance sheet of Sunlight's intermediary bank partner. These loans are aggregated, pooled and sold to indirect channel capital providers that cannot, or do not wish to, directly originate solar loans. . .

37.    Sunlight's public filings explained the following regarding Sunlight's relationships with its capital providers:

. . . Sunlight earns a platform fee on each solar and home improvement loan facilitated through Orange®. The platform fee is generally equal to the difference, or the margin, between (i) the contractor fee that Sunlight charges to contractors for access to Orange® and for making the various Sunlight-offered loan products available to such contractors and (ii) the capital provider discount charged by the relevant capital provider either funding or purchasing the loan in the direct and indirect channels, respectively (as described below). .    .

Sunlight engages with its capital providers not just as funding sources but as funding partners. As with Sunlight's network of contractors, Sunlight works closely with its capital providers to understand and address their business needs as related to the residential solar loan industry. Matters related to loan product, credit strategy, contractor commercial underwriting and consumer protection practices are considered and designed in tandem with the goal of creating a robust and growing channel for funded loan volume. . .

*    *    *

In the indirect channel, Sunlight's solar loan allocation engine directs the solar loans to be funded on the balance sheet of Sunlight's intermediary bank partner. These loans are aggregated, pooled and sold to indirect channel capital providers that cannot, or do not wish to, directly originate solar loans. . .

38.    Specifically, regarding Platform Fees, Sunlight's public filings explained:

. . . These loans are facilitated by Sunlight's proprietary technology platform, Orange®, through which Sunlight offers instant credit decisions to homeowners nationwide at the POS on behalf of Sunlight's various capital providers. Sunlight recognizes platform fees

12

as revenues at the time that direct channel partners or indirect channel loan purchasers obtain control of the service provided to facilitate their origination or purchase of a loan, which is no earlier than when Sunlight delivers loan documentation to the customer. Sunlight wholly satisfies its performance obligation to direct channel partners, bank partner and indirect channel loan purchasers upon origination or purchase of a loan. . .

Sunlight is obligated to repurchase non-performing loans originated by its bank partner from the date of origination to the date the loans are purchased from Sunlight's bank partner by a Sunlight indirect channel capital provider. Sunlight does not record loans originated by its bank partner on its consolidated balance sheets (as Sunlight is not the originator of the loans), but Sunlight does record a liability for the losses Sunlight reasonably expects to incur in connection with Sunlight's guarantee of its bank partner. . .

39.      Regarding its economic exposure to losses, the public filings explained:

Currently a portion of solar system loans originated through Sunlight's Platform . . . are funded by Sunlight's bank partnership arrangement whereby loans are originated by Sunlight's bank partner but held for sale to a third party. The terms of Sunlight's bank partnership arrangement provide that such sales must occur within a certain period of time, subject to certain exceptions (180 days from origination for solar system loans . . . While Sunlight has not been required to date to purchase solar system loans from its bank partner due to the expiration of Sunlight's bank partner's agreed hold period, Sunlight cannot be certain that fluctuations in the credit markets or other market, regulatory or business factors will not impede Sunlight's ability to source such third-party purchasers in the future, which could result in Sunlight being required to purchase all or part of unsold solar system loans. Sunlight's arrangements with its bank partner also require that Sunlight purchase solar loans when subject to charge-off by Sunlight's bank partner. . .

40.      Significantly, Sunlight's public filings reveal that:

Sunlight acts as the administrator for its bank partner's portfolio of Sunlight-facilitated loans, and Sunlight has access to comprehensive daily reporting regarding those loans, which allows it to track the status of loans, including days from origination, and monitors the performance of those loans on a loan-level basis.

Sunlight has entered into committed indirect funding program agreements with capital providers for the purchase of solar system and home improvement loans from Sunlight's bank partner. . . In addition, Sunlight's indirect funding program agreements contain covenants and agreements relating to the origination of such loans and Sunlight's financial condition. . . Such covenants and agreements generally include, among others, obligations related to funding volumes, concentration limits on certain loan products, Fair Isaac Corporation ("FICO") score requirements, agreements related to Sunlight's legal compliance in the origination process, underwriting requirements and milestone or other payment requirements. . .

13

41. Thus, while CRB is the "owner" of the Indirect Channel Loans until the loans are sold to purchasers, Sunlight retained full economic exposure to the Backbook until the loans were sold, and only profited when the price that the loan purchaser paid for the Indirect Channel Loans exceeded CRB's cost basis in the loans. Sunlight incurred a loss, however, when the price that such purchasers paid for the Indirect Channel Loans was less than CRB's cost basis in the loans, as CRB knew.

42. In addition, the Backbook was highly sensitive to fluctuations in interest rates and other macro-economic factors, which left Sunlight exposed to significant losses when interest rates rose in the absence of an interest rate hedge to protect from such losses. Even though Sunlight was exposed to the economic risk of the Backbook, the Indirect channel Loans were warehoused "off balance sheet" on CRB's balance sheet until they were sold.

43. Sunlight further segregated its Backbook into solar loans ("Solar Backbook") and home improvement loans (Home Improvement Backbook"). Only Sunlight's Home Improvement Backbook, however, was considered a derivative subject to Fair Market Value accounting. Thus, while the Solar Backbook massively outweighed the Home Improvement Backbook, only the Home improvement Backbook had to reflect fair market value changes on Sunlight's financial statements. As Sunlight's SEC filings reveal:

> Sunlight has entered into two agreements considered derivatives under GAAP that are subject to interest rate, credit, and/ or prepayment risks. . .

> In January 2019, Sunlight entered into an agreement with its Bank Partner to arrange Loans for the purchase and installation of home improvements other than residential solar energy systems. . .

> In February 2021, Sunlight entered into an agreement with an Indirect Channel Loan Purchaser to purchase Loans for the installation of home improvements other than residential solar energy systems. . .

Sunlight's derivative asset is recorded at fair value in the accompanying Condensed Consolidated Balance Sheets. . .

44.    To the contrary, however, the Solar Backbook was deemed not to be derivative, and thus not subject to Fair Market Value accounting. This meant that any fair value changes in the Solar Backbook would go unaccounted for on Sunlight's financial statements and concealed from Sunlight's stockholders. Sunlight's lack of transparency, in combination with CRB's fraudulent scheme alleged herein, left Plaintiff and the other Sunlight stockholders in the dark about the rapid deterioration of the Solar Backbook.

**The Scheme to Deceive Sunlight Investors**

45.    Between January 25, 2021 and October 31, 2023, CRB knowingly (at a minimum, extremely recklessly) engaged in a scheme to deceive Sunlight investors which artificially inflated the price of Sunlight stock and operated as a fraud or deceit on purchasers of Sunlight stock. Specifically, CRB knowingly facilitated loans to disreputable solar contractors of dubious credit quality, as well as the build-up of an enormous Backbook of high-risk Indirect Channel Loans Defendant warehoused for Sunlight on CRB's balance sheet but for which Sunlight retained the risk of loss.

46.    Since at least 2018, CRB was Sunlight's Indirect Channel Bank Partner, regularly providing financing through Sunlight for consumers' purchases of solar power systems from solar contractors. This included providing financing for customers of two of Sunlight's primary vendors, Power House Solar, LLC d/b/a Pink Energy ("Pink Energy") and Vision Solar, LLC ("Vision Solar"). Critically, both Pink Energy and Vision Solar were subject to numerous consumer complaints and lawsuits nationwide, and moreover, were the subject of investigations and lawsuits by numerous state Attorneys General for their illicit business practices. For example, a November 22, 2022 letter to, among others, CRB and Sunlight from Pennsylvania Attorney General Josh

15

Shapiro and the Attorneys General of the Commonwealth of Kentucky, the States of North Carolina, Illinois, Indiana, Michigan, South Carolina, Tennessee, and the Commonwealth of Virginia, the Attorneys General notifying the recipients that Pink had been under investigation and/or litigation by the undersigned Attorneys General for suspected violations of state consumer protection laws as well as applicable federal and state regulations, noted that CRB and others "regularly provided financing for consumers' purchases of solar power systems from Pink."

47.     Similarly, a series of class action lawsuits were filed against Vision Solar in 2020 and 2021, alleging that it recruited customers through a telemarketing scam, and in 2023, the United States and the State of Arizona filed an action against Vision Solar and its telemarketing partners alleging the same pattern of activity as alleged in the class action lawsuit.

48.     Pursuant to the scheme described herein, CRB, as Sunlight's Bank Partner, knowingly granted ever-increasing amounts of credit to Sunlight and its contractors (including Vision Solar and Pink), repeatedly lifted its loan caps, and waived defaults under its agreements with Sunlight, all with knowledge that such defaults and Sunlight's unsustainable debt load were being concealed from Sunlight's investors. CRB engaged in these inherently fraudulent transactions for no legitimate purpose other than to enrich itself with substantial fees as a lender, as well as the fee Sunlight was obligated to pay to CRB based on loan volume.

**The Truth Is Revealed in a Series of Partial Disclosures**

49.     On September 28, 2022, Sunlight investors were first tipped off as to CRB's scheme when Sunlight filed a Current Report with the SEC on Form 8-K. In that filing, Sunlight announced that it was taking a non-cash advance receivable impairment of $30 to $33 million based on liquidity issues by one installer, later identified as Pink. Sunlight's stock price plummeted 57%, or

16

$1.44 per share, on the news, falling from a closing price of $2.52 per share on September 28, 2022 to a close of $1.08 per share on September 29, 2022.

50.     On November 14, 2022, Sunlight filed its quarterly report with the SEC on Form 10-Q for the quarter ending September 30, 2021 ("3Q10-Q"), and after the market closed, issued an earnings release and held an investor conference call. Those reports revealed for first time, that rising interest rates were having a material negative impact on Sunlight's existing loan portfolio. Sunlight, however, did not quantify the impact or reveal the existence of the CRB Backbook.

51.     More specifically, Sunlight's 3Q10-Q stated the following:

> ***Impact of Rapid and Significant Increase in Interest Rates.*** During the second and third quarters of 2022, interest rates have increased rapidly and significantly. The macro-economic impact of these significant interest rate increases will have a material impact on Sunlight's business, profitability and cash-flow in the near term until the significant pricing increases Sunlight has implemented over the past several months take effect. First, these rapid interest rate increases have resulted in a significant shift in reliance from Sunlight's Direct Channels to its Indirect Channel, which is less profitable and creates additional risk of changing rates between the time that the underlying Indirect Channel loan is processed at a lower interest rate to a later time when Sunlight is able to monetize Indirect Channel loans after interest rates have increased. As a result, Sunlight expects to incur significant losses relating to its current portfolio of Indirect Channel loans because of this interest rate gap. In response to rapidly rising interest rates, Sunlight implemented several increases in dealer fees charged to contractors during the third quarter of 2022, for which Sunlight expects to facilitate platform fee loans that reflect those dealer fee increases starting in the fourth quarter of 2022.

52.     The 3Q10-Q further revealed that Sunlight's Board had initiated a review of "strategic alternatives," including a possible sale of the business:

> ***Board Initiates Review of Strategic Alternatives***. Sunlight is currently considering a range of strategic alternatives that may be available to Sunlight to maximize stakeholder value, including but not limited to financings, strategic alliances, or a possible business combination or sale of the business. Sunlight has engaged a financial advisory firm to help explore available strategic alternatives. Sunlight will only make further public comments once the Board has approved a specific transaction or otherwise concludes its review. While the results of the Strategic Alternatives review cannot be estimated until the review is completed, which is expected in 2023, implementation of recommendations resulting from such review could have a material impact on Sunlight's future results of operations,

financial condition and/or cash flows.

53.     Sunlight's November 14, 2021 earnings release, issued after the market closed, attempted to paint a more rosy assessment of Sunlight's financial prospects noting:

> "While our earnings this quarter were negatively impacted by non-cash charges related to insolvency of an installer and goodwill impairment, our core performance was in line with our expectations."

54.     Then, on December 13, 2022, Sunlight filed a Current Report on Form 8-K with the SEC announcing a Fifteenth Amendment to the Existing Solar Loan Program Agreement and Ninth Amendment to the Existing H[ome]I[mprovement] Program Agreement with its Bank Partner CRB providing for, among other things, a more than doubling of the loan capacity CRB was willing to extend to Sunlight. The Form 8-K revealed:

- An increased cap on the total loans held by the Bank Partner at any time of $450 million (up from $210 million);
- The Bank Partner's continued commitment to timely fund any credit approved loan;
- A revised tiered fee structure;
- A revised distribution of payments in respect to each Bank Partner loan;
- The establishment of a deposit account that requires Sunlight to deposit as collateral an amount equal to 50% of the cost basis of any loan that is more than 60 days past due, with a minimum required balance of $1,000,000.

> In connection with the amendments, CRB, Sunlight's Bank Partner, agreed to an omnibus waiver of certain potential breaches and defaults under the Existing Bank partner Agreements by Sunlight through Jan. 31, 2023, including any required compliance with any applicable loan cap under the agreements.

55.     The Form 8-K further revealed that not only did CRB more than double Sunlight's total loan capacity at a time when Sunlight's financials were materially and negatively impacted by rapidly rising rates, but also that CRB and Sunlight were already out of compliance with that new, increased cap. By violating its own lending caps, CRB thus exposed Sunlight to enormous economic risk:

The Company will seek to sell a portion of the loans that the Bank partner currently holds by January 31, 2023 to facilitate the Company's compliance with the revised $450 million total loan cap under the Bank Party Agreements.

56.     The Form 8-K also, for the first time, revealed the existence of the Backbook:

*Impact of Sales of Certain Funded Indirect Channel Loans*

\*     \*     \*

The Bank Partner currently holds, pursuant to the Bank Partner Agreements, a portfolio of funded but unsold loans, a significant portion of which were credit approved prior to certain pricing actions that the Company took in the third and fourth quarters (such loans, "Backbook Loans").  Sunlight plans to sell a material portion of the Backbook Loans in December 2022 to comply with the Bank Partner Agreements and other similar agreements with capital providers. Losses associated with the sale of Backbook Loans are recorded by the Company as negative platform fees. As a result of the anticipated sale of a portion of the Backbook Loans in December, the Company expects that total platform fees in the fourth quarter will be in a range of $0 to $5 million as compared to approximately $31 million reported for the quarter ended September 30, 2022.  After giving effect to the planned loan sales in December, the Company expects the aggregate principal amount of loans held by the Bank Partner pursuant to the Bank Partner Agreements will be $350 million to $400 million, of which $275 million to $300 million will be Backbook Loans. The Company expects to sell the remaining Backbook Loans in the first and second quarters of 2023 which may result in additional losses and negative platform fees.

The Company is actively working to minimize the negative impact of sales of the Backbook Loans on the Company's platform fee revenue, its cash balance and liquidity. However, losses of platform fee revenue in the fourth quarter of 2022 resulting from the December sale of the Backbook Loans will significantly reduce the Company's cash balance and may result in materially less available liquidity through the first half of 2023.

The additional impact of sales of the remaining $275 million to $300 million of Backbook Loans in the first half of 2023 on the Company's platform fee revenue and its cash balance and liquidity will depend on many factors (including prevailing market prices for Indirect Channel Loans at the time of the sales) and which could be mitigated by the results of the strategic alternatives process.

57.     In response to these disclosures, Sunlight shares declined 6%, or $0.12 per share, from a closing price on December 13, 2022 of $1.81 per share to a close of $1.69 per share on December 14, 2022.

58.     On March 14, 2023, Sunlight filed a Current Report on Form 8-K with the SEC announcing that Silicon Valley Bank, where Sunlight kept most of its unrestricted cash ($64

million out of $73.2 million), was closed by the California Department of Financial Protection and Innovation and the FDIC. The Form 8-K further reported that "[d]espite the completion of the previously disclosed loan sale in December 2022, the Company is currently not in compliance with certain provisions of the Bank Partner Agreements, including the total loan cap".

59.     On March 17, 2023, Sunlight filed a notice of late filing of its Annual Report with the SEC revealing that Sunlight anticipates a significant change in results of operations for the fiscal year ended December 31, 2022 compared to the fiscal year ended December 31, 2021, resulting primarily from the deterioration in the market for sales of Sunlight's Indirect Channel loans funded by, and held on the balance sheet of Sunlight's Bank Partner CRB, for which Sunlight retains economic exposure. However, the filing still did not reveal any information about the magnitude of Sunlight's economic exposure to those loans:

> The Company anticipates a significant change in results of operations for the fiscal year ended December 31, 2022 compared to the fiscal year ended December 31, 2021 resulting primarily from the deterioration in the market for sales of the Company's indirect channel loans funded by, and held on the balance sheet of, the Company's bank partner, for which the Company retains economic exposure. At December 31, 2022, a significant portion of such indirect channel loans were credit approved prior to certain pricing actions that the Company took in the third and fourth quarters of 2022 ("Backbook Loans"). In December 2022, in order to comply with agreements with its bank partner, the Company sold a portion of the Backbook Loans and recorded losses as negative platform fees. While the Company needs additional time for reviewing and completing its financial statements and related disclosures to be included in the Form 10-K, as a result of the sale of Backbook Loans, the Company expects to report losses on loan sales that significantly exceed such losses for the year ended December 31, 2021.

60.     This Notice of Late Filing caused Sunlight's shares to fall from a closing price of $0.57 per share on March 16, 2023 to a March 17, 2023 close of $0.42 per share – a decline of $0.15 per share, more than 25%. The effect on the shares continued into the next trading day, as shares closed at $0.30 per share on March 20, 2023, a decline of $0.12 per share, or more than

28%. Yet Sunlight's filing did not reveal the magnitude of Sunlight's economic exposure to those loans and thus did not fully disclose CRB's scheme.

61. On April 3, 2023, Sunlight filed a Current Report on Form 8-K with the SEC announcing that Sunlight and CRB entered into a "Commitment and Transaction Support Agreement" as of April 2, 2023 whereby CRB again dramatically increased the total amount of its loan cap—this time from $450 million to *$650 million,* granted Sunlight certain grace periods, extended Sunlight a $100 million loan facility to be used to repay Sunlight's borrowings from Silicon Valley Bank, and received Warrants from Sunlight representing 19.9% of the shares outstanding.

62. The April 3, 2023 Form 8-K further revealed that Sunlight was notified by the NYSE that it was no longer in compliance with its continued listing standards.

63. On May 4, 2023, Sunlight filed its delayed Annual Report with the SEC on Form 10-K that, for the first time, quantified the losses on the Backbook loans revealing that Sunlight may incur negative platform fees *between $45.0 million and $55.0 million* in connection with a portfolio of funded but unsold loans the Bank Partner held at March 31, 2023.

64. Also, on May 4, 2023, Sunlight issued an earnings release that revealed that as of March 31, 2023, Sunlight's CRB warehouse facility balance was a staggering *$764 million*, far in excess of the then-current lending cap of $450 million. While Sunlight also announced that the balance had been reduced by a $296 million sale of Indirect Channel loans in sometime in April 2023, even with that sale, the Backbook balance stood at $468 million, above the prior $450 million limit. The effect of the sale served only to bring the balance within the new, increased $650 million cap. In addition, Sunlight simultaneously announced that the increase in the loan cap and extensions of maturity of the loans for an additional two years "*enable[es]*" Sunlight to continue

21

originating loans in the Indirect Channel." (Italics added). These disclosures caused Sunlight's shares to decline by more than 4% on May 4, 2023, closing at $0.43 per share that day, down from a May 3, 2023 close of $0.45. Shares fell an additional 6% on May 5, 2023, closing at $0.40 per share.

65.     Then, just eleven days later, on May 15, 2023, Sunlight filed its delayed quarterly report with the SEC on Form 10-Q and issued an earnings release that tried to downplay Sunlight's dire financial picture and paint a rosy picture of its business prospects. The earnings release quoted Sunlight's CEO Matt Potere who stated he was "pleased we completed the Financing Agreements with [CRB] which position us to resolve our challenges from last year by strengthening our liquidity and enabling us to resume Indirect Channel loan sales. . ." and touted that in the first quarter of 2023, Sunlight funded an additional $627 million of solar and home improvement loans, "up 6% from the prior year period." In response to this news, Sunlight's shares fell $0.02 per share, or 5%, from a closing price of $0.38 per share on May 15, 2023 to a close of $0.36 per share on May 16, 2023.

66.     Thereafter, Sunlight's financial picture rapidly spiraled downward. On August 9, 2023, Sunlight's quarterly report with the SEC on Form 10-Q for the quarter ending June 30, 2023 revealed that its net tangible assets were negative by approximately $37 million meaning that Sunlight was essentially insolvent. On this news, Sunlight's shares plummeted from a closing price of $0.39 per share on August 9, 2023 to a closing price of $0.23 on August 10, 2023 – a decline of $0.16 per share, or more than 40%.

67.     On August 23, 2023, Sunlight announced a 1-for-20 reverse stock split.

68.     On September 13, 2023, Sunlight announced yet another amendment of its agreements with its Bank Partner CRB whereby CRB waived certain provisions of its prior loan

agreements including certain cash payments due on October 31, 2023, waived certain repurchase obligations, waived certain consequences of a Sunlight default of the agreements, revised requirements of certain loan sales, and revised the provisions that required Sunlight to maintain certain cash balances in its accounts with CRB.

69. On September 28, 2023, Sunlight announced that it was suspended from trading and delisted by the New York Stock Exchange ("NYSE") as of September 25, 2023. It further announced a Change of Listing whereby its shares would be traded on OTC as of September 26, 2023.

70. Finally, on October 31, 2023, Sunlight investors learned the true extent of CRB's fraudulent scheme to artificially inflate the price of Sunlight's shares to its own economic aggrandizement. On that date, Sunlight announced it had filed for Chapter 11 bankruptcy with a pre-packaged plan whereby CRB would provide exit financing in return for 12.5% of the New Equity in the reorganized company. Under the plan, the interests of Plaintiff and the other common stockholders of Sunlight were extinguished, meaning that the common stock held by Plaintiff and the members of the proposed Class was worthless. On this news, shares of Sunlight fell $0.13 per share, or 34%, from a closing price of $0.38 per share on October 30, 2023 to a close of $0.25 per share on October 31, 2023.

71. After the Class Period, on December 7, 2023, Sunlight announced that the reorganization plan was approved. CRB emerged as a 12.5% owner of the New Equity while investors such as Plaintiff and the members of the proposed Class were left with nothing.

## ADDITIONAL SCIENTER ALLEGATIONS

72. During the Class Period, Defendant had both the motive and opportunity to commit fraud. CRB was earning substantial profits as Sunlight's Bank Partner, lending relationship for

23

which CRB initially had no risk, as all of the economic risk for poor quality loans was shouldered by Sunlight. In addition to the substantial fees CRB charged to borrowers as a Bank Partner lender, CRB also benefitted by the substantial amount Sunlight was required to pay CRB on the principal balance of loans CRB originated CRB. Thus, CRB benefitted financially on multiple fronts, as the volume of loans it made and warehoused for Sunlight increased regardless of the credit quality of the borrower. As time passed and interest rates started to rise, the CRB Backbook loans became unsaleable other than at a deep discount, putting Sunlight at risk for failure. This meant that, although CRB was merely warehousing the Backbook loans and Sunlight was ultimately on the hook for their default, CRB was now at risk for the outstanding loans liability if Sunlight failed. Rather than let Sunlight fail, CRB enabled Sunlight to continue to lend at ever-increasing levels far exceeding its lending limits, and amending the lending caps after the fact.

73. In addition, CRB had actual knowledge of the misleading nature of the statements made by Sunlight or acted in reckless disregard of the true information known to them at the time. In so doing, Defendant participated in a scheme to defraud and committed acts, practices, and participated in a course of business that operated as a fraud or deceit on purchasers of the Sunlight's securities during the Class Period.

## LOSS CAUSATION

74. During the Class Period, as detailed herein, Defendant engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of Sunlight stock and operated as a fraud or deceit on Class Period purchasers of Sunlight stock by facilitating the build-up of loans to solar contractors of dubious credit quality, in addition to the build-up of an enormous Backbook of Indirect Channel Loans that CRB warehoused on its balance sheet but for which Sunlight retained the risk of loss. When Sunlight's true financial picture was revealed to investors

through a series of disclosures, the price of Sunlight stock fell precipitously and ultimately became worthless. As a result of their purchases of Sunlight stock during the Class Period, Plaintiff and the other Class Members suffered economic loss, i.e. damages, under the federal securities laws when the truth about Sunlight was revealed through the disclosures specified herein, which removed the false inflation from the price of Sunlight common stock.

75. By employing the scheme described herein whereby CRB continued to grant ever increasing amounts of credit to Sunlight, repeatedly lifted its loan caps, and waived defaults under its agreements with Sunlight, with knowledge that such defaults and Sunlight's unsustainable debt load were being concealed from Sunlight's investors, and for no legitimate business purpose other than the substantial fees as a lender in addition to the fee Sunlight was obligated to pay to CRB based on loan volume. Defendant participated in a scheme to defraud Sunlight investors that had the intended effect and caused Sunlight stock to trade at artificially inflated levels throughout the Class Period.

76. As a direct result of the disclosures identified herein, the price of Sunlight stock fell precipitously, causing real economic loss to investors who had purchased Sunlight stock at artificially inflated prices during the class period.

77. The stock price declines identified above were a direct result of the nature and extent of Defendant's fraud being revealed to investors. The timing and magnitude of the price declines in Sunlight stock negate any inference that the losses suffered by the Plaintiff and other Class members were caused by changed market conditions, macroeconomic or industry factors, or facts unrelated to Defendant's fraudulent conduct. The economic loss, i.e., damages, suffered by Plaintiff and the other Class members was a direct result of Defendant's fraudulent scheme to

artificially inflate the price of Sunlight stock and the subsequent significant decline in the value of Sunlight stock when Defendant's fraudulent conduct was revealed.

<b>THE PRESUMPTION OF RELIANCE</b>

78.     At all relevant times, the market for Sunlight stock was an efficient market for the following reasons, among others:

    (a)    Sunlight stock met the requirements for listing and was listed and actively traded on the NYSE, a highly efficient market;

    (b)    as a regulated issuer, Sunlight filed periodic public reports with the SEC;

    (c)    Sunlight regularly communicated with public investors via established market communication mechanisms, including regular disseminations of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

    (d)    Sunlight was followed by securities analysts employed by major brokerage firms who wrote reports which were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

79.     As a result of the foregoing, the market for Sunlight stock promptly digested current information regarding Sunlight from all publicly available sources and reflected such information in the price of the stock. Under these circumstances, all purchasers of Sunlight stock during the Class Period suffered similar injury through their purchase of Sunlight stock at artificially inflated prices and a presumption of reliance applies under the fraud-on-the-market doctrine.

80.    Alternatively, a Class-wide presumption of reliance is also appropriate in this action under the United States Supreme Court's holding in *Affiliated Ute Citizens v. United States*, 406 U.S. 128 (1972), because the Class's claims include allegations concerning omissions. Because this action at least in part involves Sunlight's failure to disclose material adverse information regarding its exposure to the CRB Backbook, positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of Sunlight's material Class Period omissions regarding, among other things, its exposure to its Backbook, that requirement is satisfied here.

## CLASS ACTION ALLEGATIONS

81.    Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons who purchased or otherwise acquired Sunlight stock during the Class Period of January 25, 2021 through and including October 31, 2023 (the "Class"). Excluded from the Class is CRB; its officers and directors, at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns; and any entity in which Defendant has or had a controlling interest.

82.    The members of the Class are so numerous that joinder of all members is impracticable. The disposition of their claims in a class action will provide substantial benefits to the parties and the Court. Sunlight shares traded on the NYSE. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained

by Sunlight or its transfer agent and may be notified of the pendency of this action using the form of notice similar to that customarily used in securities class actions.

83.    There is a well-defined community of interest in the questions of law and fact involved in this case. Questions of law and fact common to members of the Class which predominate over questions that may affect individual Class members include:

a.  whether Defendant violated the 1934 Act;

b.  whether Defendant employed a device, scheme, or artifice to defraud, or engaged in an act, practice or course of business which operated as a fraud or deceit;

c.  whether Defendant knew or recklessly disregarded that it employed a device, scheme, or artifice to defraud, or engaged in an act, practice or course of conduct which operated as a fraud or deceit;

d.  whether the price of Sunlight stock was artificially inflated; and

e.  the extent of damages sustained by Class members and the appropriate measure of damages.

84.    Plaintiff's claims are typical of those of the Class because Plaintiff and the other Class members sustained damages from Defendant's wrongful conduct.

85.    Plaintiff will adequately protect the interests of the Class and has retained counsel who are experienced in class action securities litigation. Plaintiff has no interests which conflict with those of the Class.

86.    A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

## COUNT I

### Violations of Section 10(b) of the Exchange Act and

**Rule 10b-5(a) and (c) Promulgated Thereunder**

87. Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

88. This Count is brought solely and exclusively under the provisions of Rule 10b-5(a) and (c). Accordingly, Plaintiff need not allege in this Count nor prove in this case that Defendant made any misrepresentations or omissions of material fact for which it may also be liable under Rule 10b-5(b) and/or any other provisions of law. Plaintiff repeats and re-alleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

89. During the Class Period, Defendant carried out a common plan, scheme, and unlawful course of conduct that was intended to, and did: (i) deceive the investing public, including Plaintiff and the Class; (ii) artificially inflate the market price of Sunlight securities; and (iii) cause Plaintiff and the Class to purchase Sunlight securities at artificially inflated prices.

90. In furtherance of this unlawful plan, scheme and course of conduct, Defendant employed devices, schemes and artifices to defraud, and knowingly and/or recklessly engaged in acts, transactions, practices, and courses of business that operated as a fraud and deceit upon Plaintiff and the Class in connection with their purchases of Sunlight stock, in violation of Section 10(b) of the Exchange Act and Rule 10b-5(a) and (c) promulgated thereunder.

91. Defendant's fraudulent devices, schemes, artifices and deceptive acts, practices, and course of business included furnishing false and misleading statements that were used in public statements made by Sunlight to Plaintiff and the Class.

92. Plaintiff and the Class reasonably relied upon the integrity of the market in which Sunlight securities traded.

93.     During the Class Period, Plaintiff and the Class were unaware of Defendant's fraudulent scheme and unlawful course of conduct. Had Plaintiff and the Class known of Defendant's unlawful scheme and unlawful course of conduct, they would not have purchased Sunlight securities, or if they had, would not have done so at the artificially inflated prices paid for such securities.

94.     As a direct and proximate result of Defendant's scheme to defraud and such unlawful course of conduct, Plaintiff and the Class suffered damages in connection with their purchases of Sunlight securities during the Class Period.

95.     By reason of the foregoing, Defendant violated Section 10(b) of the Exchange Act and Rule 10b-5(a) and (c) promulgated thereunder, and is liable to Plaintiff and the Class for damages suffered in connection with their purchases of Sunlight securities during the Class Period.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a.  Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure and certifying Plaintiff as Class Representative;

b.  Awarding compensatory damages and equitable relief in favor of Plaintiff and other members of the Class against Defendant for all damages sustained as a result of Defendant's wrongdoing, in an amount to be proven at trial, including interest thereon;

c.  Awarding Plaintiff and the Class their reasonable costs and expenses incurred in the action, including counsel fees and expert fees, and

d.  Such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

30

Dated: September 27, 2024

Respectfully submitted,

*/s/ Paul Scarlato*
Paul J. Scarlato, Esq. (NJ ID 041921986)
ROSCA SCARLATO LLC
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Telephone: (216) 946-7070
E-mail: pscarlato@rscounsel.law

Alan L. Rosca, Esq.
ROSCA SCARLATO LLC
2000 Auburn Dr. Suite 200
Beachwood, OH 44122
Telephone: (216) 946-7070
E-mail: arosca@rscounsel.law

Michael Dell'Angelo
Andrew D. Abramowitz
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bm.net
aabramowitz@bm.net

*Counsel for Plaintiff and the Proposed Class*