**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW MILLUNCHICK and MIKE MARGENT, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:22-cv-10658-AKH |
| Plaintiffs, | |
| -against- | CLASS ACTION |
| SUNLIGHT FINANCIAL HOLDINGS, INC. f/k/a/ SPARTAN ACQUISITION CORP. II, MATTHEW POTERE, BARRY EDINBURG, RODNEY YODER, GEOFFREY STRONG, JAMES CROSSEN, OLIVIA WASSENAAR, WILSON HANDLER, CHRISTINE HOMMES, JOSEPH ROMEO, and SPARTAN ACQUISITION SPONSOR II LLC, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING/EMAILING OF NOTICES; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Margery Craig, declare as follows:

1.      I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over seventeen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred fifty (550) class action cases since its inception. I have personal knowledge of the facts set forth herein and, if called on to do so, I could and would testify competently thereto.

**UPDATE ON THE NOTIFICATION PROCESS**

2.      Pursuant to the Stipulation of Settlement, dated August 8, 2024 (ECF No. 113-4, the "Settlement Stipulation"), Lead Counsel[1] retained SCS as the Claims Administrator to administer the Settlement, including notification, processing claims, and performing such other administrative services in connection with the above-captioned action.[2]

3.      I submit this declaration as a supplement to the previously filed Declaration of Josephine Bravata Concerning: (A) Mailing/Emailing of Notices; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated November 12, 2024 (ECF No. 120-1, the "Initial Mailing Declaration") to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

4.      As detailed in the Initial Mailing Declaration, 45,901 notices (either via a mailed Postcard Notice or an emailed link to the Long Notice and Proof of Claim) have been sent to potential Settlement Class Members.  There have been no additional notice disseminations since the Initial Mailing Declaration.

**UPDATE ON TOLL-FREE PHONE LINE**

5.      The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS will continue to respond promptly to each telephone inquiry through the claims process.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Settlement Stipulation.

[2] By order dated August 15, 2024, the Court approved SCS as Claims Administrator.  (ECF No. 115).

2

## UPDATE ON SETTLEMENT WEBSITE

6.    The Initial Mailing Declaration also noted that on August 23, 2024, SCS established a webpage on its website at www.strategicclaims.net/Sunlight/. The webpage is accessible 24 hours a day, 7 days a week and contains a current status, relevant deadlines, the online claim filing link, and important case documents. To date, the settlement website has received 4,838 pageviews from 1,168 unique users.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

7.    The Postcard Notice, Long Notice, Summary Notice, and the settlement website informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than November 19, 2024. SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has not received any request for exclusion.

8.    According to the Long Notice, Settlement Class Members seeking to object to any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs, must mail their objection to Clerk of the Court, Lead Counsel, and Defendants' Counsel, no later than November 19, 2024. As of the date of this declaration, SCS has not received any objections; however, Lead Counsel informed SCS that they received one objection.

## CLAIMS RECEIVED TO DATE

9.    The    deadline    for    claims    submission    was    either    online    at www.strategicclaims.net/Sunlight/ or by mail postmarked no later than November 19, 2024.  As of the date of this declaration, SCS has received 12,918 claims.  SCS is currently conducting quality assurance review of the submitted claims, such as verifying that the claim includes the

required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of December 2024, in Media, Pennsylvania.

_____
Margery Craig