December 12, 2024

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Millunchick et al. v. Sunlight Financial Holdings, Inc. et al.*,
           Case No. 1:22-cv-10658-AKH

Dear Judge Hellerstein:

Pursuant to Your Honor's directives from the December 10, 2024 Settlement Fairness Hearing (the "Hearing"), the parties respectfully submit herewith the following revised documents, which incorporate the revisions that Your Honor directed during the Hearing:

Exhibit 1: Stipulation of Settlement (Clean)
Exhibit 2: Stipulation of Settlement (Redline)
Exhibit 3: [Proposed] Order and Final Judgment (Clean)
Exhibit 4: [Proposed] Order and Final Judgment (Redline)
Exhibit 5: [Proposed] Order Approving Plan of Allocation (Clean)
Exhibit 6: [Proposed] Order Approving Plan of Allocation (Redline)

With the submission of the above revised documents, the parties understand that the hearing set for December 19, 2024 at 10:00 a.m. is adjourned.

                    Respectfully submitted,

                    */s/ Yu Shi*

                    */s/ Jeffrey J. Chapman*

                    */s/ Jeffrey Crough*

cc: All counsel of record (via ECF)