# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW MILLUNCHICK and MIKE MARGENT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SUNLIGHT FINANCIAL HOLDINGS, INC. f/k/a/ SPARTAN ACQUISITION CORP. II, MATTHEW POTERE, BARRY EDINBURG, RODNEY YODER, GEOFFREY STRONG, JAMES CROSSEN, OLIVIA WASSENAAR, WILSON HANDLER, CHRISTINE HOMMES, JOSEPH ROMEO, and SPARTAN ACQUISITION SPONSOR II LLC,<br><br>Defendants. | Case No.: 1:22-cv-10658-AKH<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION**

On December 10, 2024, a hearing was held before this Court to determine, among other things, whether the proposed plan of allocation of the Net Settlement Fund ("Plan of Allocation") created by the Settlement in the above-captioned action ("Action") should be approved.

The Court having considered all matters submitted to it at the hearing and otherwise; and

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.     All capitalized terms used herein have the same meanings as set forth and defined in the Stipulation of Settlement, dated December 12August 8, 2024 (ECF No. 113-4).

2.     The Court has jurisdiction over the subject matter of the Action, Plaintiffs, all Settlement Class Members and the Defendants.

3.    The Plan of Allocation set forth in the Notice of Pendency and Proposed Settlement of Class Action (ECF No. 113-6) provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Authorized Claimants, and is all in respects fair and reasonable.  Accordingly, the Court approves the Plan of Allocation.

4.    There is no just reason for delay in the entry of this Order, and the Court directs immediate entry of this Order by the Clerk of the Court.


Dated: _____                    _____
                                             HONORABLE ALVIN K. HELLERSTEIN
                                             UNITED STATES DISTRICT JUDGE