UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW MILLUNCHICK and MIKE MARGENT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SUNLIGHT FINANCIAL HOLDINGS, INC. f/k/a/ SPARTAN ACQUISITION CORP. II, MATTHEW POTERE, BARRY EDINBURG, RODNEY YODER, GEOFFREY STRONG, JAMES CROSSEN, OLIVIA WASSENAAR, WILSON HANDLER, CHRISTINE HOMMES, JOSEPH ROMEO, and SPARTAN ACQUISITION SPONSOR II LLC,<br><br>Defendants. | Case No.: 1:22-cv-10658-AKH<br><br>CLASS ACTION |

## [~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

WHEREAS, the Court has granted final approval of the Settlement in the above-referenced Action;

WHEREAS, Lead Counsel has petitioned the Court for an award of attorneys' fees in compensation for services provided to Plaintiffs and the Settlement Class, along with reimbursement of expenses incurred in connection with prosecuting this Action, and an award to Plaintiffs, to be paid out of the Settlement Fund;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement, dated December 12, 2024 (the "Stipulation") (ECF No. 127-1); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Lead Counsel during the Settlement Fairness Hearing on December 10, 2024, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. The Rosen Law Firm, P.A. ("RLF") is hereby awarded attorneys' fees totaling $685,000.00 plus reimbursement of out-of-pocket litigation expenses in the amount of $47,634.21, together with interest earned thereon at the rate earned by the Settlement Fund until paid.

2. Glancy Prongay & Murray LLP ("GPM") is hereby awarded attorneys' fees totaling $20,000.00 plus reimbursement of out-of-pocket expenses in the amount of $825.77, together with interest earned thereon at the rate earned by the Settlement Fund until paid.

3. The attorneys' fees shall be paid to RLF and GPM pursuant to the following schedule: one-half at the time that the Settlement becomes Final, and the remaining half at the time of the first distribution of the Net Settlement Fund.

4. The reimbursement of expenses shall be paid at the time the Settlement becomes Final.

5. The Court finds that the amount of attorneys' fees and expenses awarded is fair and reasonable.

6. Lead Plaintiff Matthew Millunchick and named plaintiff Mike Margent's request for a service award is denied.

Dated: Dec. 16, 2024

HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE