**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW MILLUNCHICK and MIKE MARGENT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SUNLIGHT FINANCIAL HOLDINGS, INC. f/k/a/ SPARTAN ACQUISITION CORP. II, MATTHEW POTERE, BARRY EDINBURG, RODNEY YODER, GEOFFREY STRONG, JAMES CROSSEN, OLIVIA WASSENAAR, WILSON HANDLER, CHRISTINE HOMMES, JOSEPH ROMEO, and SPARTAN ACQUISITION SPONSOR II LLC,<br><br>Defendants. | Case No.: 1:22-cv-10658-AKH<br><br>CLASS ACTION |

**NOTICE OF PLAINTIFFS' MOTION FOR DISTRIBUTION OF CLASS ACTION**
**SETTLEMENT FUND**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e), Lead Plaintiff Matthew Millunchick and named plaintiff Mike Margent ("Plaintiffs"), through Lead Counsel, hereby move this Court for entry of the [Proposed] Order Granting Distribution of Class Action Settlement Fund ("Class Distribution Order"). Among other things, the Class Distribution Order: (i) approves the Claims Administrator's[1] recommendations accepting and rejecting Claims submitted in the Action; and (ii) directs distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, the Declaration of Margery Craig Concerning the Results of the Claims Administration Process, and the exhibits thereto.

Dated: July 31, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
By: */s/ Yu Shi*
Laurence Rosen
Yu Shi
275 Madison Ave, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827

*Counsel for Plaintiffs and the Settlement Class*

---

[1] Unless otherwise defined, capitalized terms herein have the same meanings attributed to them in the Stipulation of Settlement dated August 8, 2024 (ECF No. 113-4).

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system

*/s/ Yu Shi*
Yu Shi